IN THE CIRCUIT COURT OF THE 15TH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY

CASE NO.: 502019CA008790XXXXMB AG

JOSE A. RIVERA,

     Plaintiff,

v.

PALM TRAN, INC.,

     Defendant.

_____/

## NOTICE OF REMOVAL

**COMES NOW**, the Defendant, PALM BEACH COUNTY ("County"), by and through undersigned counsel, and pursuant to Title 28, United States Code, Sections 1331, 1441, and 1446, hereby files this Notice of Removal and states:

1. On July 17, 2019, the County was served with Plaintiff's Complaint in the Circuit Court of the Fifteenth Judicial Circuit and for Palm Beach County, Florida where it was assigned Case No. 502019CA008790. A true and accurate copy of the Complaint is attached hereto as Exhibit 1.

2. A copy of the Fifteenth Judicial Circuit docket regarding the instant case is attached hereto as Exhibit 2.

3. The face of the Complaint indicates that Counts I and III arises out of an alleged violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 Equal Rights Under the Law.

4. Accordingly, this Court has original jurisdiction over this action as provided in 28 U.S.C. § 1331 and is properly removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. §

1

1446(b).  *See e.g. Incredible Invs., LLC. v. Fernandez-Rundle*, 984 F. Supp. 2d 1318, 1323 (S.D. Fla. 2013) (action seeking declaratory relief, alleging violations of federal and Florida constitutions, was removed to this court, pursuant to 28 U.S.C. §§ 1441(a) and 1446).

5.      Notice of this removal has been provided to Plaintiff and the Clerk of Court for the Fifteenth Judicial Circuit pursuant to 28 U.S.C. § 1446(d).

6.      This Notice of Removal has been filed within thirty (30) days after service of the Complaint in compliance with 28 U.S.C. § 1446(b).

Respectfully submitted,

*/s/ Kim Phan*
Kim Phan, Esquire
Assistant County Attorney
Florida Bar No. 026781
300 North Dixie Highway, Third Floor
West Palm Beach, Florida 33401
Tel.: (561) 355-2529 / Fax: (561) 355-4234
Email: kphan@pbcgov.org; ldennis@pbcgov.org
mjcullen@pbcgov.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 6th day of August, 2019, via the E-Filing Portal to Christopher Cook, Esquire, 515 N. Flagler Drive, Suite P-300, West Palm Beach, Florida 33401, chriscook@lionsdenjustice.com, jonmay@lionsdenjustice.com.

*/s/ Kim Phan*
Kim Phan, Esquire
Assistant County Attorney
Florida Bar No. 026781
300 North Dixie Highway, Third Floor
West Palm Beach, Florida 33401
Tel.: (561) 355-2529 / Fax: (561) 355-4234
Email: kphan@pbcgov.org; ldennis@pbcgov.org
mjcullen@pbcgov.org