IN THE CIRCUIT COURT OF THE FIFTEENTH )
JUDICIAL CIRCUIT IN AND FOR PALM BEACH )
COUNTY, FLORIDA )
)
CASE No. )
Division: )
)
JOSE A RIVERA, )
     Plaintiff, )
)
and )
)
PALM TRAN, INC., )
     Defendant, )
)

Case#:
2019 CA 8790

## DISCRIMINATION, UNDER
## FLORIDA CIVIL RIGHTS ACT AND TITLE VII ACTION

COMES NOW, Plaintiff, JOSE RIVERA and sues Defendant PALM TRAN, INC., and alleges as follows:

### INTRODUCTION

1. Plaintiff, Jose Rivera, seeks compensatory and punitive damages based upon Defendants deprivation of rights afforded to the named Plaintiff under the laws of the United States and the State of Florida resulting from acts and/or omissions of the named Defendant that constitutes the following causes of action: (a) discrimination, under (a) Florida Civil Rights Act of 1992 Chapter 760 Fla. Stat. and (b) Title VII Action of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

2. Plaintiff filed his Discrimination Complaints with the U.S. Equal Employment Opportunity Commission and a Right to Sue Letter has been issued with deadline dates of September 2, 2019. (See Exhibit attached hereto and marked A).

2. Plaintiff filed his Discrimination Complaints with the U.S. Equal Employment Opportunity Commission and a Right to Sue Letter has been issued with deadline dates of September 2, 2019. (See Exhibit attached hereto and marked A).

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this dispute because this complaint seeks damages in excess of $15,000.00, exclusive of interest and attorneys' fees.

4. Venue is proper in Palm Beach County, Florida because Palm Tran operates in Palm Beach County, Florida and is the county where the cause of action accrued here.

### PARTIES

5. Plaintiff, Jose Rivera (hereinafter "Jose"), is a resident of Palm Beach, County, Florida, is over the age of eighteen, and is otherwise sui juris.

6. Defendant, PALM TRAN, INC., (hereinafter "Palm Tran"), is a Florida not for Profit Corporation which maintains offices in Palm Beach County, Florida.

### SUBSTANTIVE ALLEGATIONS

7. Plaintiff, Jose Rivera, is a male of Hispanic descent both of which are protected classes.

8. Jose began working for Palm Tran on or about August 24, 1998.

9. He was employed as a bus driver.

10. The position consisted of picking up and dropping off passengers, monitor passengers, assist disabled persons, collect fares, pass out transfers, provide transit system information, and drive the bus along designated routes.

11. On March 7, 2017, Plaintiff engaged in a verbal altercation with a passenger, Myron King. Plaintiff picked up passenger Myron King whom he has had numerous problems with. Passenger King wanted Plaintiff to use lower the door entry to the ground 'kneel' at

which point the Plaintiff stated, "calm down" and kneeled the bus. Passenger King got on the bus and stated, "What do you mean calm down?" in a confrontational manner. An argument ensued in which both parties used foul language and passenger King stating, "I don't fight, I shoot." The Plaintiff felt threatened and in fear which led to Plaintiff summoning a supervisor to the scene. Plaintiff parked the bus, got out of the driver's seat, and exited the bus. Passenger King continued to argue with the Plaintiff. Plaintiff attempted to appease passenger King by providing him with a transfer to another bus. Passenger King accepted the transfer and departed. Plaintiff re-boarded the bus and apologized to the four passengers who were already on board and had witnessed the incident. Plaintiff notified the dispatcher that he was continuing his route without further incident.

12. The incident did not escalate into a physical confrontation.

13. Myron King, as a rider has displayed unprovoked aggression towards bus drivers on multiple occasions. He has struck the door of the bus being driven by bus Driver Arnaldo Guanche. He has been arrested for assault/battery on a public transit employee (see exhibit B).

14. From the period January 12, 2000 to October 28, 2009, Bus Driver Andres Robinson, a black male, was involved in eight (8) vehicle accidents (see exhibit C).

    a.  He was reprimanded, suspended with and without pay, terminated, and reinstated after arbitration.

15. Between March 2013 and March 2015, Bus Driver Andres Robinson received several traffic infractions.

16. In March of 2017, Bus Driver Andres Robinson was placed on a "Last Chance" Agreement due to violation of Palm Tran's Substance Abuse Policy.

17. On or about April 3, 2017, Arnaldo Guanche, a Hispanic male employee of Palm Tran, was involved in an incident with passenger Myron King hitting the door of his bus.

18. Arnaldo Guanche had previously been terminated from Palm Tran for engaging in a physical confrontation with a passenger.

19. Arnaldo Guanche was rehired immediately after his termination.

20. Plaintiff was suspended with pay on March 10, 2017.

21. Bus driver Meredith Collins, a black female employee with Palm Tran, was arrested for battery on April 9, 2017. She was driving a bus route in uniform at the time of the incident. She was not terminated (see exhibit D).

22. Plaintiff received a pre-termination hearing from Palm Tran on April 10, 2017.

23. Plaintiff received a phone call from Dwight Mattingly, the union president, advising him that he had been terminated from employment with Palm Tran on April 19, 2017.

24. A memorandum was issued by Palm Tran regarding interactions with Myron King.

25. Bus driver Mike Cantino, a white male Palm Tran employee, got out of his seat to retrieve a fare from a passenger which escalated into him choking the passenger and he was not terminated.

26. On or about May 31, 2017, bus driver Larry Sussman, a white male, was given a 1-day suspension for carrying a gun while driving the bus (see exhibit E).

27. The Plaintiff was able to secure an arbitration hearing through union intervention on June 11, 2017.

28. On June 22, 2017, Bus Driver Wayne E. White, black male, was captured on video getting into an argument with a member of the public; telling the member to "suck his dick," and challenging the member to a fist fight (see exhibit I).

    a. He received a three (3) day suspension and was admonished to refrain from unprofessional conduct.

29. On or about November 13, 2017, Palm Tran hired Michael J. Wallace, a black male with an extensive criminal history as a Palm Tran bus driver (see exhibit F).

30. Plaintiff was notified that his termination as a Palm Tran was upheld through arbitration on December 15, 2017.

31. On or about September 25, 2018, black female employees Connie Killings and Casandra Bradley-Daniels were involved in verbal altercations while at work. They were both warned by director Forbes that would be disciplined if they continued. Connie Killings was eventually terminated then rehired (see exhibits G & H).

32. On January 29, 2018, Plaintiff filed a complaint of Discrimination based on National Origin (Hispanic) and Gender (male).

### COUNT I - RACE/NATIONAL ORIGIN TITLE VII AND § 42 USC 1981

33. Plaintiff realleges the allegations set forth above in paragraphs 1 through 32 as if set forth herein in full.

34. PLAINTIFF is a member of a protected class in that his race is Hispanic.

35. PALM TRAN subjected PLAINTIFF to disparate treatment based upon his race in violation of § 1981.

36. PLAINTIFF's race was a motivating factor for the foregoing adverse actions, including the unwarranted discipline and termination, and negatively affected the terms, conditions

and privileges of PLAINTIFF's employment, in violation of Title VII & 42 USC § 1981.

37. PALM TRAN acted intentionally, purposefully, maliciously and/or with reckless indifference to PLAINTIFF's federally protected rights by unfairly disciplining him, terminating him and adversely affecting his employment benefits based on his race in violation of Title VII & 42 USC § 1981.

38. PALM TRAN's actions caused PLAINTIFF to suffer lost wages, lost benefits, emotional distress, humiliation, shame, loss of self-esteem and dignity, mortification, disgrace, embarrassment, loss of enjoyment of life, and mental anguish, and PLAINTIFF will continue to suffer said damages in the future.

WHEREFORE, PLAINTIFF requests that this Honorable Court enter judgment in his favor and against PALM TRAN:

A. Declaring PALM TRAN's actions to be an unlawful employment practice in violation of Title VII & 42 USC § 1981;

B. Awarding PLAINTIFF his lost wages and benefits, including interest thereon;

C. Permanently enjoining PALM TRAN from future violations of Title VII & 42 USC § 1981;

D. Awarding PLAINTIFF front pay for his future lost wages and benefits in lieu of reinstatement;

E. Awarding PLAINTIFF compensatory damages and punitive damages;

F. Awarding PLAINTIFF the reasonable attorneys' fees, costs and expenses incurred in this matter pursuant to 42 U.S.C. § 1988; and

G. Awarding such other relief as the Court deems just and appropriate.

## COUNT II – RACE/NATIONAL ORIGIN/ FLORIDA CIVIL RIGHTS ACT

39. Plaintiff realleges the allegations set forth above in paragraphs 1 through 32 as if set forth herein in full.

40. PLAINTIFF is a member of a protected class in that his race is Hispanic.

41. PALM TRAN subjected PLAINTIFF to disparate treatment based upon his race in violation of Title VII & 42 USC § 1981.

42. PLAINTIFF's race was a motivating factor for the foregoing adverse actions, including the unwarranted discipline and termination, and negatively affected the terms, conditions and privileges of PLAINTIFF's employment, in violation of Title VII & 42 USC § 1981.

43. PALM TRAN acted intentionally, purposefully, maliciously and/or with reckless indifference to PLAINTIFF's federally protected rights by unfairly disciplining him, terminating him and adversely affecting his employment benefits based on his race in violation of Title VII & 42 USC § 1981.

44. PALM TRAN's actions caused PLAINTIFF to suffer lost wages, emotional distress, humiliation, shame, loss of self-esteem and dignity, mortification, disgrace, embarrassment, loss of enjoyment of life, and mental anguish, and PLAINTIFF will continue to suffer said damages in the future.

WHEREFORE, PLAINTIFF requests that this Honorable Court enter judgment in his favor and against PALM TRAN:

    A. Declaring PALM TRAN's actions to be an unlawful employment practice in violation of Title VII & 42 USC § 1981;

    B. Awarding PLAINTIFF his lost wages and benefits, including interest thereon;

    C. Permanently enjoining PALM TRAN from future violations of Title VII & 42 USC § 1981;

    D. Awarding PLAINTIFF front pay for his future lost wages and benefits in lieu of reinstatement;

E. Awarding PLAINTIFF compensatory damages and punitive damages;

F. Awarding PLAINTIFF the reasonable attorneys' fees, costs and expenses incurred in this matter pursuant to 42 U.S.C. § 1988; and

G. Awarding such other relief as the Court deems just and appropriate.

## COUNT III - GENDER DISCRIMINATION TITLE VII

45. Plaintiff realleges the allegations set forth above in paragraphs 1 through 32 as if set forth herein in full.

46. Plaintiff is a male, a member of a protected class.

47. Plaintiff was qualified for his position.

48. Similarly situated employee's outside the employee's protected class were treated more favorably.[1]

WHEREFORE, PLAINTIFF requests that this Honorable Court enter judgment in his favor and against PALM TRAN:

A. Declaring PALM TRAN's actions to be an unlawful employment practice in violation of Title VII & 42 USC § 1981;

B. Awarding PLAINTIFF his lost wages and benefits, including interest thereon;

C. Permanently enjoining PALM TRAN from future violations of Title VII & 42 USC § 1981;

D. Awarding PLAINTIFF front pay for his future lost wages and benefits in lieu of reinstatement;

E. Awarding PLAINTIFF compensatory damages and punitive damages;

---

[1] See Dep't of Child. & Fam. Servs. v. Garcia, 911 So. 2d 171 (Fla. 3d DCA 2005).

F. Awarding PLAINTIFF the reasonable attorneys' fees, costs and expenses incurred in this matter pursuant to 42 U.S.C. § 1988; and

G. Awarding such other relief as the Court deems just and appropriate.

## COUNT IV - GENDER DISCRIMINATION FLORIDA CIVIL RIGHTS ACT

49. Plaintiff realleges the allegations set forth above in paragraphs 1 through 32 as if set forth herein in full.

50. Plaintiff is a male, a member of a protected class.

51. Plaintiff was qualified for his position.

52. Similarly situated employee's outside the employee's protected class were treated more favorably.

WHEREFORE, PLAINTIFF requests that this Honorable Court enter judgment in his favor and against PALM TRAN:

A. Declaring PALM TRAN's actions to be an unlawful employment practice in violation of § 1981;

B. Awarding PLAINTIFF his lost wages and benefits, including interest thereon;

C. Permanently enjoining PALM TRAN from future violations of Florida Civil Rights Act;

D. Awarding PLAINTIFF front pay for his future lost wages and benefits in lieu of reinstatement;

E. Awarding PLAINTIFF compensatory damages and punitive damages;

F. Awarding PLAINTIFF the reasonable attorneys' fees, costs and expenses incurred in this matter pursuant to 42 U.S.C. § 1988; and

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
Signature of Jose Rivera

A person who knowingly makes a false declaration under subsection (2) is guilty of the crime of perjury by false written declaration, a felony of the third degree, punishable as provided in s.775.082, s. 775.083, or s. 775.084.


COUNTY OF PALM BEACH


Sworn to (or affirmed) and subscribed before me this 8th day of July 2019, by Jose A. Rivera.

```
CHRISTOPHER W COOK
MY COMMISSION # FF969060
EXPIRES March 08, 2020
(407) 396-0153   FloridaNotaryService.com
```
(Seal)

Personally known:____✓_____
OR Produced Identification:_____
Type of Identification Produced:_____

CHRISTOPHER W. COOK_____
Signature of Notary Public
Print, Type/Stamp Name of Notary

CHRISTOPHER W. COOK
FL Bar No. 117367
The Lions' Den , Attorneys at Law
515 N. Flagler Dr, Suite P-300
West Palm Beach, FL 33401
Chriscook@lionsdenjustice.com
Jonmay@lionsdenjustice.com

# EXHIBIT

# A

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jose A. Rivera<br>4539 Amherst Circle Apt 89<br>West Palm Beach, FL 33417 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

|  | ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | | |
|---|---|---|---|---|
| EEOC Charge No. | | EEOC Representative<br>**George W. Ruggiano,** | | Telephone No. |
| 15M-2018-00051 | | Investigator | | **(305) 808-1805** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Michael J. Farrell,
**District Director**

JUN 0 4 2019

*(Date Mailed)*

cc:    <u>**Respondent's Representative**</u>
Nikasha M. Wells, J.D.
**Senior Manager of Governmental Affair &**
**Equal Employment Officer**
**PALM TRAN**
3201 Electronics Way
West Palm Beach, FL 33407-4291

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# EXHIBIT

# B

13MM2980

0209447

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

| 1. Arrest | 3. Request for Warrant | Juvenile |
| 2. N.T.A. | 4. Request for Copies | 1 |

Rough Arrest Only

| OBTS Number | | |

| Agency ORI Number | Agency Name | Agency Report Number |
| FL0500000 | PALM BEACH COUNTY SHERIFF'S OFFICE | 06. 13-041833 |

| Charge Type: Check as many as apply. | ☐ 1. Felony ☐ 2. Traffic Felony | ☒ 3. Misdemeanor ☐ 4. Traffic Misdemeanor | ☐ 5. Ordinance ☐ 6. Other | Weapon Seized/Type 2 1. Yes 2. No | Multiple Clearance Indicator 01 |

| Location of Arrest (Including Name of Business) | Location of Offense (Business Name, Address) |
| 214 NORTH DIXIE HWY, LAKE WORTH, FL 33461 | 214 NORTH DIXIE HWY, LAKE WORTH, FL 33461 |

| Date of Arrest 2/24/13 | Time of Arrest 1524 | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |

| Name (Last, First, Middle) KING, MYRON L | Alias (Name, DOB, Soc. Sec. #, Etc.) |

| Race W - White I - American Indian B - Black O - Oriental/Asian | B | Sex M | Date of Birth 01/13/65 | Height 5-11 | Weight 160 | Eye Color BR | Hair Color BLK | Complexion DARK | Build SMALL |

| Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description) | Marital Status S | Religion | Indication of: ☒ Alcohol Influence ☐ Drug Influence | Y ☐ ☐ | N ☒ ☒ | Unk. ☐ ☐ |

| Local Address (Street, Apt. Number) AT LARGE | (City) | (State) | (Zip) | Phone ( ) | Residence Type 1. City 3. Florida 2. County 4. Out of State | 1 |

| Permanent Address (Street, Apt. Number) SAME AS ABOVE | (City) | (State) | (Zip) | Phone ( ) | Address Source VERBAL |

| Business Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone ( ) | Occupation UNEMPLOYED |

| D/L Number, State K520-552-65-013-0 / FL | Soc. Sec. Number | INS Number | Place of Birth ALABAMA | Citizenship US |

| Co-Defendant Name (Last, First, Middle) N/A | Race | Sex | Date of Birth | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor | ☐ 5. Juvenile |
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor | ☐ 5. Juvenile |

| ☐ Parent ☐ Legal Custodian ☐ Other | Name (Last) | (First) | (Middle) | Residence Phone |
| Address (Street, Apt. Number) | (City) | (State) | (Zip) | | Business Phone |

| Notified by: (Name) | Date | Time | Juvenile Disposition 1. Handled/Processed within Dept. and Released | 2. TOT HRS/CYF 3. Incarcerated |
| Released To: (Name) | Relationship | Date | Time |

The above address was provided by defendant and/or defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office informed of any change of address:
☐ Yes, by: (Name)   ☐ No: (Reason) | School Attended | Grade |

**Recovery Information**
0. N/A   1. Voluntary   2. Located Not Returned   3. Hospitalized   4. HRS Custody   5. Law Enforcement Custody   6. Returned to Parent   7. Deceased   8. Other

| Drug Activity N. N/A P. Possess | S. Sell B. Buy T. Traffic | R. Smuggle D. Deliver E. Use | K. Dispense/ Distribute | M. Manufacture/ Produce/ Cultivate | Z. Other | Drug Type N. N/A A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Deriv. | P. Paraphernalia Equipment S. Synthetic | U. Unknown Z. Other |

| Charge Description RETAIL THEFT | Counts 1 | Domestic Violence ☐ Yes ☒ No | Statute Violation Number 812.015 (1)(D) | Violation of ORD # |
| Drug Activity N | Drug Type N | Amount/Unit $49.68 | Offense # 13-041833 | Warrant/Capias Number | Bond |

| Charge Description RESISTING W/O VIOLENCE | Counts 1 | Domestic Violence ☐ Yes ☒ No | Statute Violation Number 843.02 | Violation of ORD # |
| Drug Activity N | Drug Type N | Amount/Unit 1 | Offense # 13-041833 | Warrant/Capias Number | Bond |

| Charge Description | Counts | Domestic Violence ☐ Yes ☐ No | Statute Violation Number | Violation of ORD # |
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

| Charge Description | Counts | Domestic Violence ☐ Yes ☐ No | Statute Violation Number | Violation of ORD # |
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

| ☐ Instruction No. 1 Mandatory Appearance in Court ☐ Instruction No. 2 You need not appear in Court but must Comply with instructions on reverse side. | Location (Court, Room Number, Address) CRIMINAL JUSTICE COMPLEX, 3228 GUN CLUB ROAD, WEST PALM BEACH, FL 33406 |
| | Court Date and Time | Month MARCH | Day 26TH | Year 2013 | Time 8:00 A.M. | A.M. ☒ P.M. ☐ |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

| Signature of Defendant (or Juvenile and Parent/Custodian) | Date Signed |

| HOLD for other Agency Name: | Signature of Arresting Officer X | Name Verification (Printed by Arrestee) (PRINT) SCANNED |

| ☐ Dangerous ☐ Suicidal ☐ Injuries | ☐ Resisted Arrest ☐ Other: | Name of Arresting Officer (Print) D/S D. RAY #1288 | I.D. # | FEB 25 2013 | PAGE |
| | | Transporting Officer D/S J. SANTOS | I.D. # 9171 | Agency PBSO | Witness who is subject signed with an "X". | 1 of 1 |

DISTRIBUTION: 1st WHITE - COURT    2nd WHITE - RECORDS    GREEN - STATE ATTY.    YELLOW - CID    PINK - JAIL (Rough Arrest)    GOLD - DEFENDANT (Misd.) or BLOTTER (Felony)

| OBTS Number | | **PROBABLE CAUSE AFFIDAVIT** 1. Arrest  2. N.T.A.  3. Request for Warrant  4. Request for Capias | | 1 | Juvenile |
|---|---|---|---|---|---|

| Agency ORI Number **FLO 5 0 0 0 0 0** | Agency Name **PALM BEACH COUNTY SHERIFF'S OFFICE** | Agency Report Number **06 – 13-041833** |
|---|---|---|

| Charge Type:  ☐ 1. Felony       ☒ 3. Misdemeanor     ☐ 5. Ordinance Check as many  ☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other as apply. | Special Notes: |
|---|---|

| Defendant's Name (Last, First, Middle) **KING, MYRON** | Race **B** | Sex **M** | Date of Birth **01/13/65** |
|---|---|---|---|

| Charge Description **RETAIL THEFT OF $49.68** | Charge Description |
|---|---|

| Charge Description **RESISTING W/O VIOLENCE** | Charge Description | | | |
|---|---|---|---|---|

| Victim's Name (Last, First, Middle) **PUBLIX** | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|

| Victim's Local Address (Street, Apt. Number) **214 NORTH DIXIE HWY** | (City) **LAKE WORTH** | (State) **FL** | (Zip) **33460** | Phone | Address Source **PRESENT** |
|---|---|---|---|---|---|

| Victim's Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation **BUSINESS** |
|---|---|---|---|---|---|

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.   The Person taken into custody...

☒ committed the below acts in my presence.
☐ confessed to _____
admitting to the below facts.

☒ was observed by SOGUEL PAUL who told D/S D. RAY #7288 that he/she saw the arrested person commit the below acts.
☐ was found to have committed the below acts, resulting from my (described) investigation.

On  the 24TH day of February, 2002013 at 2:23 ☐ A.M. ☒ P.M. (Specifically include facts constituting cause for arrest).

## NARRATIVE:

On 02/24/13 I was working a special detail at 214 North Dixie Hwy in Lake Worth, which is the business of Publix.  At approximately 2:23pm I was flagged down by two Publix employees who were pointing at a b/m subject walking west through the south side of their parking lot, and they were yelling to me that he had stolen from Publix.  I saw that the b/m was the only subject in the area and he was wearing a white t-shirt and blue jeans.  I then ran towards the subject from behind him and yelled "Sheriff's Office stop and get on the ground".  At this point the b/m looked back at me and ignored my orders by continuing to walk.  It should be noted that I was wearing the full class B uniform.  Upon catching up to the black male I ordered him to the ground and he complied after I unholstered my issued Glock model 22 handgun.  I unholstered my Glock pistol after the subject refused to comply with my orders and his right hand was concealed inside a tan Publix bag.  Upon handcuffing the subject behind his back I checked his handcuff's for tightness and double lock.  I transported the b/m to my Patrol vehicle inside the Publix parking lot.  Upon searching the b/m incident to arrest I found that he was wearing two pairs of pants and the bottom pair of pants had the legs tied to store stolen merchandise from Publix.  Concealed inside the b/m's clothing was (10) decks of Bee brand playing cards and (2) Dove body wash bottles.  The stolen property was valued at $49.68.  The b/m male did not have identification on his person and he could only verbally identify himself as Myron King b/m 01/13/65.

*SCANNED*

FEB 2 5 2013 Page 1 of 2

## NARRATIVE CONTINUATION

During my investigation I met with Soguel Paul b/m 03-26-79, which I identified as Publix's Loss Prevention Officer. Soguel gave a sworn written statement that he observed who was later identified as Myron King, select the playing cards and Dove body wash and conceal the items on his person. Myron King then left Publix and passed all points of sale without attempting to pay for the items. The stolen property was returned to Publix and Publix wanted to prosecute Myron for the retail theft.

| Sworn and Subscribed before me | |
|---|---|
| Signature Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Signature of Arresting / Investigating Officer |
| D/S J. SANTOS #9171 | DETECTIVE DAVID RAY #7288 |
| Name of Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Name of Officer (Please Print) |
| 02/24/13 | 02/24/13 |
| Date | Date |

*NOT A CERTIFIED COPY*

*SCANNED*

FEB 2 5 2013  Page 2 of 2

JRT# 0269447                                          13MM5716

# ARREST / NOTICE TO APPEAR
## Juvenile Referral Report

☐ Check if Supplement is Attached

| 1. Arrest | 3. Request for Warrant |
| 2. N.T.A. | 4. Request for Caplas |

Juvenile ☑ N

**OBTS Number**

| Agency ORI Number | Agency Name | Agency Report Number (N.T.A.'s only) |
| FL0 5 0 0 3 0 0 | BOYNTON BEACH POLICE DEPARTMENT | 3 4 1 131 17421 |

| Charge Type: Check as many as apply. | ☐ 1. Felony | ☐ 2. Traffic Felony | ☑ 3. Misdemeanor | ☐ 4. Traffic Misdemeanor | ☐ 5. Ordinance | ☐ 6. Other | If Weapon Seized | Enter Type | Multiple Clearance Indicator |

| Location of Arrest (Including Name of Business) | Location of Offense (Business Name, Address) |
| 600 E WOOLBRIGHT RD BOYNTON BEACH FL | 600 E WOOLBRIGHT RD BOYNTON BEACH, FL 33435 |

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
| 04.12.13 | 12.23 | | | | | |

| Name (Last, First, Middle) | Alias (Name, DOB, Soc. Sec. #, Etc.) |
| KING, MYRON L | |

| Race W - White   I - American Indian B - Black   O - Oriental/Asian | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
| B | M | 01.13.65 | 60T | 190 | BR | BL | DARK | MED |

| Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description) | Marital Status SINGLE | Religion NONE | Indication of: Alcohol Influence Drug Influence | Y | N | Unk. |

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone ( ) | Residence Type: ☐ 1. City  ☐ 3. Florida ☐ 2. County  ☐ 4. Out of State |

| Permanent Address (Street, Apt. Number) AT LARGE | (City) | (State) | (Zip) | Phone ( ) | Address Source |

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone ( ) | Occupation UNEMPLOYED |

| O.L. Number, State K620552650130 FL | INS Number | Place of Birth (City, State) SHEFFIELD, AL | Citizenship US |

| Co-Defendant (Last, First, Middle) | | Race | Sex | Date of Birth | | ☐ 1. Arrested  ☐ 4. Misdemeanor ☐ 2. At Large  ☐ 5. Juvenile ☐ 3. Felony |
| | | | | | 1 | |

| Co-Defendant (Last, First, Middle) | | Race | Sex | Date of Birth | | ☐ 1. Arrested  ☐ 4. Misdemeanor ☐ 2. At Large  ☐ 5. Juvenile ☐ 3. Felony |

| ☐ Parent ☐ Legal Custodian ☐ Other: | Name (Last) | (First) | (Middle) | Residence Phone ( ) |
| Address (Street, Apt. Number) | (City) | (State) | (Zip) | Business Phone ( ) |

| Notified by: (Name) | Date | Time | Juvenile Disposition ☐ Handled/Processed within Dept. and Released. | ☐ 1. No Prior History ☐ 2. Prior History ☐ 3. Incarcerated |

| Released To: (Name) | Relationship | | Date | Time |

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2520) informed of any change of address.
☐ Yes, by: (Name)  ☐ No (Reason)

| School Attended | Grade |

| Property Crime? ☐ Yes  ☐ No | Description of Property | Value of Property |

| Drug Activity N. N/A P. Possess | S. Sell B. Buy T. Traffic | R. Smuggle D. Deliver E. Use | K. Dispense/ Distribute | Manufacture/ Produce/ Cultivate | Z. Other | Drug Type N. N/A A. Amphetamina | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Deriv. | P. Paraphernalia/ Equipment S. Synthetic | U. Unknown Z. Other |

| Charge Description RESIST ARREST w/o VIOLENCE | Counts 1 | Domestic Violence N | Statute Violation Number 8.4.3.1.0.2 | 1/M | Violation of ORD # | |
| Drug Activity N | Drug Type N | Amount / Unit | Offense # B-17421 | Warrant / Caplas Number | | Bond |

| Charge Description TRESPASS AFTER WARNING | Counts 1 | Domestic Violence N | Statute Violation Number 8.1.0.1.0.8 | 1/M | Violation of ORD # | |
| Drug Activity N | Drug Type N | Amount / Unit | Offense # 13-17421 | Warrant / Caplas Number | | Bond |

| Charge Description DISORDERLY CONDUCT | Counts 1 | Domestic Violence N | Statute Violation Number 8.7.7.H.0.3 | 1/M | Violation of ORD # | |
| Drug Activity N | Drug Type N | Amount / Unit | Offense # 12-17421 | Warrant / Caplas Number | | Bond |

| Charge Description POSSESS DRUG PARAPHERNALIA | Counts 1 | Domestic Violence N | Statute Violation Number 8.9.3.1.7.4.7 | 1/M | Violation of ORD # | |
| Drug Activity N | Drug Type N | Amount / Unit | Offense # | Warrant / Caplas Number | | Bond |

| Location (Court, Room Number, Address) South County Courthouse 200 W. Atlantic Ave Delray Beach FL 33444 |
| Court Date and Time Month May | Day 17 | Year 2013 | 8:30 ☐ A.M. ☐ P.M. |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

SCANNED  BJU# 98185

| Signature of Defendant (or Juvenile and Parent/Custodian) | Date Signed |

APR 16 2013

| HOLD for other agency | Signature of Arresting Officer | Name (PRINT) (Arresting Officer for Arrests) |
| ☐ Dangerous  ☐ Resisted Arrest ☐ Suicidal  ☐ Other: | | APR 12 PM 7:04 |
| | Name of Arresting Officer (Print) MEDEIROS | I.D. # 864 | (PRINT) TJC | PAGE |
| Weapon Seized | I.D. # 70 | Transporting Officer McCAFFERTY 850 BBPD | Agency | Witness here if subject signed with an "X" | 1 of 1 |

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | | | 1. Arrest  3. Request for Warrant | Juvenile |
| --- | --- | --- | --- | --- |
| | | | 2. NTA   4. Request for Capias   1 | N |

| Agency ORI Number **FLO 500 300** | Agency Name **BOYNTON BEACH POLICE DEPT.** | Agency Report Number 34 - 13 - 17421 |
| --- | --- | --- |

| Charge Type Check all that Apply | 1 Felony | 3 Misdemeanor | 5 Ordinance | Special Notes |
| | 2. Traffic Felony | 4 Traffic Misdemeanor | 6 Other | |

| Name (Last, First, Middle) **KING      MYRON      L** | Alias | Race **B** | Sex **M** | Date of Birth **1-13-65** |
| --- | --- | --- | --- | --- |

| Charge Description **TRESPASS AFTER WARNING** | Charge Description **RESISTING ARREST W/O VIOLENCE** |
| --- | --- |

| Charge Description **POSS PARAPHERNALIA** | Charge Description **DISORDERLY CONDUCT** |
| --- | --- |

| Victim's Name (Last, First, Middle) **STATE OF FLORIDA** | | | | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- | --- | --- |
| Local Address (Street, Apt Number) | (City) | (State) | (Zip) | Phone | Address Source |
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody...

| | | Was observed by | LENIN GUZMAN | Who told | OFC MEDEIROS | |
| --- | --- | --- | --- | --- | --- | --- |
| ☒ Committed the below acts in my presence. | | ☒ | | | | ☒ That he/she saw the arrested person commit the below acts. |
| ☐ Confessed to | Admitting the below Facts | ☒ Was found to have committed the below acts, resulting from my (disturbed) investigation | | | | |

On The **12** Day Of **APRIL** 20 **13** At **12:11** ☐ A.M. ☒ P.M.

I responded to 600 E Woolbright Rd (Wendy's) in reference to a b/m in the restaurant sleeping and refusing to leave. Upon arrival, I spoke with the business manager (Lenin Guzman) who advised that he asked a b/m who was sleeping in the dining room to leave and he refused. I approached the b/m and realized that the subject was Myron King DOB 1-13-65. I am familiar with King through several encounters during my time employed with the BBPD. I instructed Myron twice that he needed to leave the premises or he would be placed under arrest. To which he responded by lifting his head, looked at me, replied that he wasn't doing anything wrong and wasn't going to leave and placed his head back down on the table. Ofc Haugh instructed him that he needed to leave also to which he refused to comply. At this point, several patrons were taking notice and gathering around the area to watch. Eventually King stood up stated again that he wasn't doing anything wrong. I ordered him outside to avoid placing in handcuffs while in a busy restaurant. While outside King began cursing and stated "you guys are always fucking with me, I wasn't doing anything wrong". King grabbed his bicycle and began walking away from Ofc Haugh and I when I advised him that he was not free to leave. Ofc Haugh stood in front of King in order to stop King from leaving. King would not provide the spelling of his name upon request and stated "you know how to spell". King stated that I was a child, that he wasn't scared of jail, and that he was going to deal with me when he gets out. At this point, additional patrons and nearby drivers were taking notice of Kings behavior. I ordered King that he was under arrest and instructed him to sit down on the curb to which he refused. King stood up and pushed his bicycle back in an aggressive manner. Due to his aggressive actions, Ofc. Haugh acted by kicking out his right leg to effect an arrest. When on the ground, King placed both of his hands under his body and would not release them in order to resist arrest. I instructed King to release his hands and to stop resisting several times to which he refused to comply each time. Ofc Haugh applied elbow strikes to King's upper right back shoulder area while I instructed King to put his arms behind his back. After the initial struggle, Ofc Haugh and I were able to release his arms by pulling them from under him. King was restrained and handcuffed (checked for tightness and d/l). King later began to kick his legs out from under him while he was on the ground and needed to be restrained. King eventually became compliant with my instructions. A glass cylinder with burn marks on one end and chore boy stuffed in it was located in King's left pants pocket. I identified this item to be utilized to ingest crack cocaine.

Due to the aforementioned facts, probable cause exists to charge King with FSS 843.02 a resisting arrest without violence, FSS 810.08 trespass after warning, FSS 877.03.b disorderly conduct, and FSS 893.147.1 possess drug paraphernalia. King was later TOT PBCJ.

| Notary Public / Clerk of Court, Officer and title (F.S.S. 117.10) | (Signature of Arresting / Investigative Officer) |
| --- | --- |
| The foregoing instrument was sworn to or affirmed and subscribed before me this **12** Day of **APRIL** 20 **13** by | OFC MEDEIROS 864- |
| Who is personally known to me and/or produced identification. | (Print name of Arresting / Designative Officer) |

STATE OF FLORIDA
COUNTY OF PALM BEACH

| DISTRIBUTION | WHITE—Court Copy | GREEN—State Agency | YELLOW—Agency | PINK—Agency |
| --- | --- | --- | --- | --- |

BBPD REV. D.1.0

**SCANNED**
**APR 16 2013**
**TJC**

1

ARREST / NOTICE TO APPEAR

1. Arrest    3. Request for Warrant
5. N.T.A.    3. Request for Capias

**1**    JUVENILE

| OBTS Number | | | |
|---|---|---|---|

Agency ORI Number: **0500200**
Agency Name: **Boca Raton Police Department**
Agency Report Number (N.T.A.'s only): 3 | 2 | **2014-004054**

Charge Type:
Check as many
☐ 1. Felony
☒ 3. Misdemeanor
☐ 5. Ordinance
☐ 2. Traffic Felony
☐ 4. Traffic Misdemeanor
☐ 6. Other

If Weapon Seized
Enter Type: **None/not Applicable**

Multiple Clearance Indicator

Location of Arrest (Including Name of Business)
**555 S FEDERAL HWY**

Location of Offense (Business Name, Address)
**555 S FEDERAL HWY, BOCA RATON, FL 33432**

Date of Arrest: **03/22/2014**   Time of Arrest: **13:02**   Booking Date:   Booking Time:   Jail Date:   Jail Time:   Location of Vehicle:

Name (Last, First, Middle): **KING, MYRON LENARAYE**   Alias:

Alias (Name, DOB, Soc. Sec. #, Etc.)

Race:
W - White   I - American Indian
B - Black   O - Oriental/Asian
**B**
Sex: **M**
Date of Birth: **01/13/1965**
Height: **5'11**
Weight: **175**
Eye Color: **BRO**
Hair Color: **BLA**
Complexion: **med**
Build: **Fat.M**

Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description)

Marital Status:   Religion: **CHRISTIAN**

Influence of:
Alcohol Influence   Yes ☐ No ☐ Unk. ☐
Drug Influence

Local Address (Street, Apt. Number): **112 NE 4TH AVE, BOYNTON BEACH, FL 33435**   (City)   (State)   (Zip)   Phone

Residence Type:
1. City   3. Florida
2. County   4. Out of State

Address Source

Permanent Address (Street, Apt. Number): **112 NE 4TH AVE, BOYNTON BEACH, FL 33435**   (City)   (State)   (Zip)   Phone

Business Address (Name, Street)   (City)   (State)   (Zip)   Phone: **Boynton Beach**   Occupation

D.L. Number, State: **/ FL**   Soc. Sec. Number:   INS Number:   Place of Birth (City, State): **AL, United States Of**   Citizenship

Co-Defendant Name (Last, First, Middle)   Race   Sex   Date of Birth   ☐ 1. Arrested ☐ 3. Felony ☐ 5. Juvenile
☒ 2. At Large ☐ 4. Misdemeanor

Co-Defendant Name (Last, First, Middle)   Race   Sex   Date of Birth   ☐ 1. Arrested ☐ 3. Felony ☐ 5. Juvenile
☐ 2. At Large ☐ 4. Misdemeanor

☐ Parent   ☐ Other:
☐ Legal Custodian
Name (Last, First, Middle)   Residence Phone

Address (Street, Apt. Number)   (City)   (State)   (Zip)   Business Phone

Notified by: (Name)   Date   Time   JUVENILE DISPOSITION
1. Handled/Processed within   3. TOT JAC
Department and Released   4. Interviewed

Released To: (Name)   Relationship

The above address was provided by ☐ defendant and/or ☐ defendant's parents.
The child and/or parent was told to keep the Juvenile Court Clerk's Office
(Phone 355-2526) informed of any change of address.
☐ Yes, by:   ☐ No:

School Attended   Grade

Property/Crime?   Description of Property   Value of Property
☐ Yes ☐ No

Drug Activity:
N. N/A   S. Sell   R. Smuggle   K. Dispense/   M. Manufacture/   Z. Other
B. Buy   D. Deliver   Distribute   Produce/
P. Possess   T. Traffic   E. Use   Cultivate

Drug Type:
N. N/A   B. Barbiturate   H. Hallucinogen   P. Paraphernalia   U. Unknown
C. Cocaine   M. Marijuana   Q. Opium/Deriv.   Equipment   Z. Other
A. Amphetamine   E. Heroin   O. Opium/Deriv.   S. Synthetic

Charge Description: **RESISTING/ OBSTRUCTING WITHOUT**
Statute Violation Number: **PRN 843.02**   Violation of ORD #

Drug Activity: **N**   Drug Type:   Amount / Unit: /   Offense #: **2014-004054**   Counts: **1**   Domestic Violence ☐ Y ☒ N   Warrant / Capias Number   Bond

Charge Description: **ASSIST COUNTY LAW AGENCY**
Statute Violation Number: ~~CAS~~ **843.15** ~~843.15~~   Violation of ORD #

Drug Activity: **N**   Drug Type:   Amount / Unit:   Offense #: **2014-004054**   Counts: **1**   Domestic Violence ☐ Y ☒ N   Warrant / Capias Number   Bond

Charge Description: **Poss of Drug Paraphernalia**
Statute Violation Number: **843.15**   Violation of ORD #

Drug Activity:   Drug Type:   Amount / Unit:   Offense #:   Counts:   Domestic Violence ☐ Y ☐ N   Warrant / Capias Number: **13018688mmAYX**   Bond

Any knowledge of the following: ☐ Mental ☐ Escape Risk ☐ Medication ☐ Deformities ☐ Injuries
Explain:

Health / Apparent Physical Condition of Defendant

Check which applies: ☐ Released O.R. ☐ Released to Parent/Guardian ☐ T.O.T. County Jail   PROPERTY - Received By   Released By   Resistance/Use
☐ Posted Bond   ☐ South County Mental Health

Transported by   Date Transported   Time Transported   Other

☐ INSTRUCTION NO. 1 - Mandatory appearance in court
☒ INSTRUCTION NO. 2 - You need not appear in Court
but must comply with instructions on Page 2.

Location (Court, Room): **South County 200 W Atlantic Ave Delray Beach, FL 33444**
Court Date and Time

**No Photo Available**

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN COMTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/Custodian)   Date Signed

HOLD for Other Agency   Signature of Arresting Officer: **580**   Name Verification (Printed by Arrestee)
☐ Hangout ☐ Resisted Arrest
☐ Suicidal ☐ Other   Name of Arresting Officer (Print): **MICHEL, MICHAEL C.**   I.D. #: **580**   (PRINT)
Intake Decoy   Pouch #   Transporting Officer: **Michel**   I.D. #: **580**   **BRPD**   Witness if subject signed with an "X".   PAGE 1 OF 1

☐ COURT   ☐ STATE ATTORNEY   ☐ AGENCY   ☐ CENTRAL RECORDS   ☐ JAIL   ☐ CRIME ANALYSIS   ☐ P.I.O.   ☐ DEFENDANT

SCANNED
MAR 23 2014
MAR 22 PM 3:20

PROBABLE CAUSE AFFIDAVIT

| OBTS Number | | | 1. Arrest  3. Request for Warrant  2. N.T.A.  4. Request for Capias | JUVENILE | 1 |
|---|---|---|---|---|---|

| Agency ORI Number | Agency Name | Agency Report Number | Special Notes: |
|---|---|---|---|
| FL 0500200 | BOCA RATON POLICE DEPARTMENT | 3 │ 2  2014-004054 | |

Charge Type:
Check as many
as apply.
☐ 1. Felony      ☒ 3. Misdemeanor   ☐ 5. Ordinance
☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| KING, MYRON LENARAYE | | B | M | 01/13/1965 |

Charge Description
**843.02 OBSTRUCT OFFICER WITHOUT VIOLENCE**

Charge Description

Charge Description

Charge Description

| Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth |
|---|---|---|---|
| State Of Florida | | | |

| Local Address (Street, Apt, Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody . . .

☒ committed the below acts in my presence.
☐ confessed to _____
    admitting to the below facts.

☐ was observed by _____ who told
    _____ that he/she saw the arrested person commit the below acts.
☒ was found to have committed the below acts, resulting from my (described) investigation.

On the **22** day of **March** **2014** at **13:40** (Specifically include facts constituting cause for arrest.)

On 3/21/2014 at approximately 1210 hours I responded to 555 S. Federal Highway to investigate a possible trespassing. While en-route, I was informed by BRPD Communications, that a homeless male was blocking a doorway and the complainant would like him removed.

Upon arrival I observed Sgt. Bailey speaking with an unidentified black male. Sgt. Bailey thought that he recognized the male to be Dale Lawson an individual he had dealt with previously. I asked the male several times for his name and date of birth and he nodded his head toward Sgt. Bailey and said "he know who I am". I informed the B/M that he was being issued a trespass warning for this property at the request of the property manager. I attempted to explain to the male that as soon as I knew who he was, I would issue the warning and he`d be free to go. He replied that he knew he wasn`t going anywhere because he had a warrant.

I returned to my car and pulled up a photo of Lawson in DAVID and quickly determined the B/M we were speaking with was not this man. I pointed out to the B/M that I had obtained a picture of Lawson and learned that this was not his name. The B/M then identified himself as Myron L. King (1/13/1965). A search of DAVID verified that King was his true identity and a NCIC/FCIC search revealed he had an active warrant out of Palm Beach County for FTA on drug related charges (warrant # 13 018688).

As a result of this investigation, King was charged with obstruction contrary to F.S.S. 843.02 for failing to provide his correct name and DOB during our trespassing investigation.

King was transported to the Boca Raton Police Department for processing prior to being turned over to the Palm Beach County Jail in West Palm Beach.

SWORN AND SUBSCRIBED BEFORE ME

_____
BAILEY, KEVIN A
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

**03/22/2014**
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

**MICHEL, MICHAEL C   (580)**
NAME OF OFFICER (PLEASE PRINT)

**03/22/2014**
DATE

PAGE
1 OF 1

COURT     STATE ATTORNEY     CENTRAL RECORDS     JAIL     CRIME ANALYSIS     P.I.O.

SCANNED
MAR 23 2014

| | | Rough Arrest Only | |
|---|---|---|---|

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

1 Arrest    3 Request for Warrant
2 N.T.A    4 Request for Copies    2    Juvenile   N

| OBTS Number | | | |
|---|---|---|---|

**ADMINISTRATION**

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FL0 500300 | BOYNTON BEACH POLICE DEPT. | 14-026694 |

Charge Type:  ☐ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance
Check as many as Apply.  ☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other

☒ 3. Misdemeanor

| If Weapon Seized Enter Type | Multiple Clearance |
|---|---|
| N/A | Indicator |

Location of Arrest (Including Name of Business)
3625 S. Federal Hwy.  (Wal-Mart)

Location of Offense (Business Name, Address)
Same As Arrest

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| 6-11-14 | 1259 | | | | | N/A |

**DEFENDANT**

Name  (Last, First, Middle)
King, Myron, L

Alias (Name, DOB, Soc. Sec. #, Etc)

| | Race | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|---|
| W - White  I - American Indian<br>B - Black  O - Oriental / Asian | B | M | 1-13-65 | 5'11 | 175 | Brown | Black | Dark | Med |

Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description)

| Marital Status | Religion | Indication of | Y | N | Unk |
|---|---|---|---|---|---|
| S | Baptist | Alcohol Influence | ☐ | ☒ | ☐ |
| | | Drug Influence | ☐ | ☒ | ☐ |

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Residence Type |
|---|---|---|---|---|---|
| 112 NE 4th Ave. | Boynton Beach | FL | 33435 | () - | 1 City  3 Florida<br>2 County  4 Out of State   1 |

| Permanent Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|
| | | | | | Verbal |

| Business Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|
| | | | | | Unemployed |

| D/L Number, State | Soc. Sec. Number | INS Number | Place of Birth | Citizenship |
|---|---|---|---|---|
| | ▬▬▬ | | Sheffield, AL | US |

**CO-DEF**

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested  ☐ 3. Felony  ☐ 5. Juvenile |
|---|---|---|---|---|
| | / | | / / | ☐ 2. At Large  ☐ 4. Misdemeanor |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested  ☐ 3. Felony  ☐ 5. Juvenile |
|---|---|---|---|---|
| | / | | / / | ☐ 2. At Large  ☐ 4. Misdemeanor |

**JUVENILE**

☐ Parent          Name (Last)          (First)          (Middle)
☐ Legal Custodian
☐ Other

| Residence Phone |
|---|

Address (Street, Apt. Number)          (City)          (State)          (Zip)

| Business Phone |
|---|

| Notified by:  (Name) | Date | Time | Juvenile Disposition | |
|---|---|---|---|---|
| | | | ☐ 1. Handled/Processed within Dept. and Released.  ☐ 3. TOT HRS/DYS<br>☐ 2. Incarcerated | |

| Released To: (Name) | Relationship | PCV/CNCIC | State | Time |
|---|---|---|---|---|

The above address was provided by defendant and/or defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office informed of any change of address.     ☐ Yes, By (Name)     ☐ No (Reason)

| School Attended | Grade |
|---|---|

**CODE**

Recovery Information
0 N/A   1 Inventory   2 Located Not Returned   3 Hospitalized   4 HRS Custody   5 Law Enforcement Custody   6 Returned to Parent   7 Deceased   8 Other

Drug Activity   S Sell   R Smuggle   D Dispense/   M Manufacture   Z Other   Drug Type   B Barbiturate   H Hallucinogen   P Paraphernalia/   U Unknown
N N/A   B Buy   D Deliver   Distribute   Produce/   A N/A   C Cocaine   M Marijuana   Equipment   Z Other
P Possess   T Traffic   E Use   Cultivate   A Amphetamine   E Heroin   O Opium/Deriv.   S Synthetic

**CHARGE**

| Charge Description | | Counts | Domestic Violence | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|---|
| Retail Theft | | 01 | ☐ Yes  ☒ No | 812.015 | |
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
| N | N | | 14-026694 | / | / |

| Charge Description | | Counts | Domestic Violence | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|---|
| | | | ☐ Yes  ☐ No | / | |
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

| Charge Description | | Counts | Domestic Violence | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|---|
| | | | ☐ Yes  ☐ No | | |
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

| Charge Description | | Counts | Domestic Violence | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|---|
| | | | ☐ Yes  ☐ No | | |
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

**NOTICE TO APPEAR**

☐ Instruction No. 1
    Mandatory Appearance in Court
☐ Instruction No. 2
    You need not appear in Court but must
    Comply with instruction on reverse side

| Location (Court, Room Number, Address) |
|---|
| South County Courthouse, 200 W. Atlantic Ave., Delray Beach, FL 33444 |

Court Date and Time

| Month | Day | Year | Time | |
|---|---|---|---|---|
| July | 3rd | 2014 | 8:30 | ☐ A.M.  ☐ P.M. |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant (or Juvenile and Parent/Custodian)

Date Signed  6/11/14          BU# 101653

**ADMIN.**

HOLD for other Agency
Name

☐ Dangerous  ☐ Resisted Arrest
☐ Suicidal  ☐ Other:

| Signature of Arresting Officer | Name Verification (Printed by Arrestee)<br>(PRINT) |
|---|---|

Name of Arresting Officer (Print)    ID #
Douglas C. Gilbert Jr.                828

| Intake Deputy | ID # | Pouch # | Transporting Officer | ID # | Agency | Witness here is subject<br>Signed when on X. | Page<br>1 of 1 |
|---|---|---|---|---|---|---|---|

DISTRIBUTION   1st WHITE – COURT   2nd WHITE – RECORDS   GREEN – STATE ATTY   YELLOW – CID   PINK – JAIL (Rough Arrest)   GOLD – DEFENDANT (Ntsd ) or BLOTTER (Felony)

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | | 1 Arrest  3 Request for Warrant | | 2 | | Juvenile | N |
| | | | | 2 NTA    4 Request for Caplas | | | | | |

| Agency ORI Number | | Agency Name | | Agency Report Number | | |
|---|---|---|---|---|---|---|
| FL0 5 0 0 3 0 0 | | BOYNTON BEACH POLICE DEPT. | | 34 - 14 - 026694 | | |

| Charge Type | ☐ 1 Felony | ☐ 3 Misdemeanor | ☐ 5 Ordinance | Special Notes | | |
| Check all that | ☐ 2 Traffic Felony | ☐ 4 Traffic Misdemeanor | ☐ 6 Other | | | |
| Apply | | | | | | |

| Name (Last, First, Middle) | | | Alias | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|
| King | Myron | L | | | B | M | 1-13-65 |

| Charge Description | | Charge Description |
|---|---|---|
| Retail Theft | | / |

| Charge Description | | Charge Description |
|---|---|---|
| | | / |

| Victim's Name (Last, First, Middle) | | / | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|
| Wal-Mart | | / | | | / | / | / |

| Local Address (Street, Apt. Number) | | (City) | (State) | (Zip) | Phone | | Address Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | / |

| Business Address (Name, Street) | | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|---|
| 3625 S. Federal Hwy. | | Boynton Beach, FL | | 33435 | 561-600-3088 | Business |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law,
The Person is/has been into custody:.

| ☐ Committed the below acts in my presence. | ☒ Was observed by | Bernard Frantz | Who told | Ofc. Gilbert | That he/she saw the arrested person commit the below acts. |
| ☐ Confessed to | Admitting the below Facts | ☐ Was found to have committed the below acts, resulting from my (described) investigation. | | | |

On The 11 Day Of June 20 14 At 12:46 ☐ A.M. ☐ P.M.

On the above date and time, I responded to Wal-Mart, located at 3625 S. Federal Hwy., in reference to a shoplifter in-custody. There, I met with the complainant/loss prevention associate, Bernard Frantz, who had Myron King in-custody, and advised of the following:

While working the floor, Frantz observed a subject, later identified as: Myron King, enter the cosmetic department, and select various items. King proceeded over an aisle, where he concealed the items into his pocket. King subsequently passed all required points of sale, failing to render payment for the merchandise he selected. Frantz approached King, and identified himself as security. King was escorted to the security office, pending police arrival. Frantz was able to recover the following items from King: (6) Dove deodorants; (1) Rhoto ice eye drops; and (1) bottle of Alieve - 200 count. This item was recovered from King's right front pocket as a search incident to arrest. The total amount of recovered merchandise was $44.48.

Based on Frantz's observations/statement, King was arrested and charged with retail theft, pursuant to F.S.S. 812.015. King was checked for active warrants, which revealed negative results. He resided locally, and was processed on-scene for a notice to appear in court.

NOT A CERTIFIED COPY

| /s/ 932 | | /s/ #828 |
| Notary Public, Clerk of Court, Officer (F.S.S. 117.10) | | (Signature of arresting / Investigative Officer) |

The foregoing instrument was sworn to or affirmed and subscribed before me this 11 Day of June 20 14 by Ofc. Douglas C. Gilbert Jr. # 828
Who is personally known to me and/or produced identification. (Print name of Arresting/Investigative Officer)

STATE OF FLORIDA
COUNTY OF PALM BEACH

| DISTRIBUTION | WHITE - Court Copy | GREEN - State Attorney | YELLOW - Agency | PINK - Agency |

BBPD REV. 0.1.0

**ARREST / NOTICE TO APPEAR**
Juvenile Referral Report

☐ Check if Supplement is Attached

1. Arrest  3. Request for Warrant
2. N.T.A.  4. Request for Capias   **2**   Juvenile **N**

**ADMINISTRATIVE**

OBTS Number

Agency ORI Number: FLO 5 0 0 3 0 0   Agency Name: BOYNTON BEACH POLICE DEPARTMENT   Agency Report Number (N.T.A.'s only): 3 4 1 1 4 0 2 7 3 4 1

Charge Type: Check as many as apply.  ☐ 1. Felony  ☒ 3. Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other  PUD   If Weapon Seized ___ Enter Type ___   Multiple Clearance Indicator

☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor

Location of Arrest (including Name of Business): 627 NE 6TH AVENUE  Location of Offense (Business Name, Address): 627 NE 6TH AVENUE

Date of Arrest: 0 6 1 5 1 4   Time of Arrest: 1 1 1 4   Booking Date ___ Booking Time ___ Jail Date ___ Jail Time ___ Location of Vehicle ___

**DEFENDANT**

Name (Last, First, Middle): KING, MYRON LENARAYE   Alias (Name, DOB, Soc. Sec. #, Etc.)

Race: B  W - White  1 - American Indian  B - Black  O - Oriental/Asian   Sex: M   Date of Birth: 0 1 1 3 6 5   Height: 5'11"   Weight: 165   Eye Color: BROWN   Hair Color: BROWN   Complexion: DARK   Build: MED

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description)   Marital Status: SINGLE   Religion ___   Indication of: Alcohol Influence / Drug Influence   ☐ Y  ☐ N  ☐ Unk

Local Address (Street, Apt. Number): 132 NW 4TH ST   (City): BOYNTON BCH,   (State): FL   (Zip): 3314   Phone: (561) NONE   Residence Type: 1. City  2. County  3. Florida  4. Out of State   11

Permanent Address (Street, Apt. Number): ___   (City) ___ (State) ___ (Zip) ___ Phone ___   Address Source: FL DL

Business Address (Name, Street): ___   (City) ___ (State) ___ (Zip) ___ Phone ___   Occupation: NONE

D.L. Number, State: K520552650130   [redacted]   INS Number ___   Place of Birth (City, State): SHEFFIELD, AL   Citizenship: US

**CO-DEF**

Co-Defendant (Last, First, Middle): ___   Race ___ Sex ___ Date of Birth ___   ☐ 1. Arrested  ☐ 2. At Large  ☐ 3. Felony  ☐ 4. Misdemeanor  ☐ 5. Juvenile

Co-Defendant (Last, First, Middle): ___   Race ___ Sex ___ Date of Birth ___   ☐ 1. Arrested  ☐ 2. At Large  ☐ 3. Felony  ☐ 4. Misdemeanor  ☐ 5. Juvenile

**JUVENILE**

☐ Parent  ☐ Legal Custodian  ☐ Other   Name (Last) ___ (First) ___ (Middle) ___   Residence Phone ( )

Address (Street, Apt. Number) ___ (City) ___ (State) ___ (Zip) ___   Business Phone ( )

Notified by: (Name) ___ Date ___ Time ___   Juvenile Disposition  1. Handled/Processed within Dept. and Released.  2. TOT HRS/DYS  3. Incarcerated

Released To: (Name) ___   Relationship ___   Date ___ Time ___

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2626) informed of any change of address.  ☐ Yes, by: (Name) ___  ☐ No (Reason) ___   School Attended ___   Grade ___

**CODE**

Property Crime?  ☐ Yes  ☐ No   Description of Property ___   Value of Property ___

Drug Activity  S. Sell  R. Smuggle  K. Dispense/  M. Manufacture/  Z. Other   Drug Type  B. Barbiturate  H. Hallucinogen  P. Paraphernalia/  U. Unknown
P. Buy  D. Deliver  Distribute  Producer   N. N/A  C. Cocaine  M. Marijuana  Equipment
T. Traffic  E. Use   A. Amphetamine  E. Heroin  O. Opium/Deriv.  S. Synthetic

**CHARGE**

Charge Description: POSS. OF PARAPHERNALIA   Counts ___  Domestic Violence ☐ Y ☐ N   Statute Violation Number: 893.147 (1)   Violation of ORD # ___

Drug Activity: P   Drug Type: P   Amount / Unit ___   Offense #: 14-027314   Warrant / Capias Number ___   Bond ___

**CHARGE**

Charge Description: POSS. OF MARIJUANA   Counts ___  Domestic Violence ☐ Y ☐ N   Statute Violation Number: 893.13 (6)(B)   Violation of ORD # ___

Drug Activity: P   Drug Type: M   Amount / Unit: .7 GRAMS   Offense #: 14-027314   Warrant / Capias Number ___   Bond ___

**CHARGE**

Charge Description ___   Counts ___  Domestic Violence ☐ Y ☐ N   Statute Violation Number ___   Violation of ORD # ___

Drug Activity ___  Drug Type ___  Amount / Unit ___   Offense # ___   Warrant / Capias Number ___   Bond ___

**CHARGE**

Charge Description ___   Counts ___  Domestic Violence ☐ Y ☐ N   Statute Violation Number ___   Violation of ORD # ___

Drug Activity ___  Drug Type ___  Amount / Unit ___   Offense # ___   Warrant / Capias Number ___   Bond ___

**NOTICE TO APPEAR**

Location (Court, Room Number, Address): S. COUNTY COURTHOUSE 200 W. ATLANTIC AVE. DELRAY BCH, FL 33444

Court Date and Time: Month JULY  Day 3RD  Year 2014  Time 8:30  ☒ A.M. ☐ P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant (or Juvenile and Parent/Custodian): Myron King   Date Signed ___   BU #101678

**ADMIN**

HOLD for other agency:  ☐ Dangerous  ☐ Resisted Arrest  ☐ Suicidal  ☐ Other ___   Signature of Arresting Officer: X ___ I.D. # 415   Name Verification (Printed by Arrestee) (PRINT) ___

Name of Arresting Officer (Print): OR. PONCE  I.D. # ___  Agency BBPD

Intake Deputy ___ I.D. # ___ Pouch # ___   Transporting Officer: NTA   I.D. # ___ Agency ___   Witness here if subject signed with an "X" ___   PAGE 1 OF 1

BBPD #0146 REV. 09/07   DISTRIBUTION: WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - JAIL   GOLD - DEFENDANT (N.T.A.'s ONLY)

MNM   JUN 19 2014

# Please contact
# one of the following
# telephone numbers
# for further information

| CENTRAL CLERK'S OFFICE | NORTH CLERK'S OFFICE | SOUTH CLERK'S OFFICE | WEST CLERK'S OFFICE |
|---|---|---|---|
| Violations Bureau, Room 2.2300 206 N. Dixie Highway W. Palm Beach, FL 33402 Telephone: 561-355-2994 | Room 202 3188 PGA Blvd. Palm Beach Gardens, FL 33410 Telephone: 561-624-6608 | Room 150 200 West Atlantic Ave. Delray Beach, FL 33410 Telephone: 561-274-1530 | Criminal Justice Bldg. 38844 State Road #80 Belle Glade, FL 33430 Telephone: 561-996-4843 |

NOT A CERTIFIED CO

| OBTS Number | PROBABLE CAUSE AFFIDAVIT | | 1 Arrest | 3 Request for Warrant | 2 | Juvenile | N |
| | | | 2 NTA | 4 Request for Capias | | | |

| Agency ORI Number | Agency Name | | Agency Report Number | | |
| FL0 5 0 0 3 0 0 | **BOYNTON BEACH POLICE DEPT.** | | 34 - 14 - 027314 | | |

| Charge Type Check all that Apply | ☐ 1 Felony | ☒ 3 Misdemeanor | ☐ 5 Ordinance | Special Notes |
| | ☐ 2 Traffic Felony | ☐ 4 Traffic Misdemeanor | ☐ 6 Other | |

| Name (Last, First, Middle) | | | Alias | Race | Sex | Date of Birth |
| King | Myron | Lenaraye | | B | M | 01/13/1965 |

| Charge Description | Charge Description |
| Poss. Of Marijuana under 20 gram | Poss. Of Paraphernalia |
| Charge Description | Charge Description |

| Victim's Name (Last, First, Middle) | | | Race | Sex | Date of Birth |
| State of Florida | | | | | |

| Local Address (Street, Apt Number) | (City) | (State) | (Zip) | Phone | Address Source |
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody.

| ☒ Committed the below acts in my presence. | | ☐ Was observed by | Who told | The below have the arrested person commit the below acts. |
| ☐ Confessed to | Admitting the below Facts | ☒ Was found to have committed the below acts, resulting from my (described) investigation | | |

On The 14 Day of June 20 14 At 10:31 ☒ A.M. ☐ P.M.

I responded to the area of 627 NE 6th Avenue in reference to a suspicious person using drugs in the parking lot. Upon arrival, I met with a W/I/F who stated that she wished to remain anonymous and not fill out a witness statement. The W/F stated that she observed a W/F and a B/M in the parking lot using what she believed was a crack pipe and looking into car windows. She described the B/M male as approx. 6 foot tall wearing a grey shirt and tan pants. She stated the W/F was wearing black pants. I then canvassed the area and located B/M Myron King (DOB 01/13/1965) in the parking lot of Bud's Chicken locate dat 509 E. Boynton Beach Blvd. which is a only a few blocks from where the caller stated she saw the suspicious B/M. Myron was wearing a grey shirt and tan pants.Myron also had a bicycle with him which would have easily allowed him to cover the distance to that location with in the time frame in question.

I then made contact with Myron and he advised that he was in the above area but was not using drugs. I then asked Myron if I may conduct a consensual search to put my fears at rest. Myron stated that I may search him and that he does not have anything on him. I personally know from previous dealings with Myron that he is a crack cocaine user. As I prepared to search Myron, he stated I just got a small bag of weed in my pocket. I then discovered a small bag of Marijuana in Myron's right front pocket. I then retrieved a metal rod from Myron's left pocket and two small pieces of metal cloth called Choreboy which I know from training and experience to be used as a filter in smoking crack cocaine. The Choreboy was crushed into the size of commonly used crack cocaine pipes and appeared burnt. I also know from my training and experience that this is common when an item is used as a push rod while smoking crack cocaine.

I then advised Myron he is under arrest for possession of paraphernalia and Marijuana under 20 gram (.7 grams tpw). I then handcuffed (D/L; checked for spacing) Myron and escorted him to the back of my patrol car. I then conducted a field test of the Marijuana utilizing a Duguenois- Levine reagent test which revealed positive for Marijuana. I then conducted a field test of the burnt Choreboy utilizing a Scott reagent (modified) test for cocaine which revealed positive for cocaine. This further confirmed that the Choreboy was indeed utilized a paraphernalia. Myron was released on scene with a notice to appear after being cleared in F/NCIC and PALMS for outstanding warrants. Both the Marijuana and parapehernalia were entered into BBPD evidence.

| (Notary Public, Clerk of Court, Officer and I0# (F.S.S. 117.10) | 736 | (Signature of Arresting / Investigative Officer and I0#) | 915 | Ofc. ince #915 |

The foregoing instrument was sworn to or affirmed and subscribed before me this 14 Day of June 20 14 by _____ (Print name of Arresting/Investigative Officer)

Who is personally known to me and/or produced identification.

STATE OF FLORIDA
COUNTY OF PALM BEACH

BBPD REV. 0.1.0

| DISTRIBUTION | WHITE - Court Copy | GREEN - State Attorney | YELLOW - Agency | PINK - Agency |

2014 JUN 17 PM 2: 24 CLERK SHARON R. BOCK PALM BEACH COUNTY, FL CLERK BRANCH-FILED

1

**ARREST / NOTICE TO APPEAR**
Juvenile Referral Report

☐ Check if Supplement is Attached

1. Arrest  3. Request for Warrant
2. N.T.A.  4. Request for Capias   Z   Juvenile N

OBTS Number

**ADMINISTRATIVE**

Agency ORI Number: FL0,5,0,0,3,0,0   Agency Name: BOYNTON BEACH POLICE DEPARTMENT
Agency Report Number (N.T.A. only): 3 4 - 1 - 16 - 0 9 / 1 6 6 0

Charge Type: Check as many as apply
☐ 1. Felony   ☐ 2. Traffic Felony   ☐ 3. Misdemeanor   ☐ 4. Traffic Misdemeanor   ☐ 5. Ordinance   ☐ 6. Other

If Weapon Seized / Enter Type

Multiple Clearance Indicator

Location of Arrest (including Name of Business): 3625 S. Federal Hwy Boynton Bch
Location of Offense (Business Name, Address): Walmart 3625 S. Federal Hwy Boynton Bch

Date of Arrest: 07.28.16   Time of Arrest: 1,009   Booking Date   Booking Time   Jail Date   Jail Time   Location of Vehicle

**DEFENDANT**

Name (Last, First, Middle): KING, MYRON LENARAYE   Alias (Name, DOB, Soc. Sec. #, Etc.)

Race: B — Black   Sex: M   Date of Birth: 01.13.65   Height: 5'11   Weight: 165   Eye Color: BRN   Hair Color: BLK   Complexion: DRK   Build: Med

Scars, Marks, Tatoos, Unique Physical Features: NONE SCAR L/HAND GROWTH ON R/CHEEK
Marital Status: S   Religion: UNK
Indication of: Alcohol Influence / Drug Influence   Y ☐   N ☐

Local Address (Street, Apt. Number): 111 NE 5W ST   (City) Boyn Beach   (State) Fl   (Zip) 33435   Phone: 561 374 0084
Residence Status: 1. City ☐  2. County ☐  3. Florida  4. Out of State
Address Source: Verbal / Unemployed

Permanent Address (Street, Apt. Number)   (City)   (State)   (Zip)   Phone: (   )

Business Address (Name, Street)   (State)   (Zip)   Phone: (   )   Occupation: Unemployed

DL Number, State: K52055265030 FL   Soc. Sec. Number: ▮▮▮▮▮   INS Number
Place of Birth (City, State): Sheffield AL   Citizenship: USA

**CO-DEF**

Co-Defendant (Last, First, Middle)   Race   Sex   Date of Birth   1. Arrested  2. At Large   3. Felony  4. Misdemeanor  5. Juvenile

Co-Defendant (Last, First, Middle)   Race   Sex   Date of Birth   1. Arrested  2. At Large   3. Felony  4. Misdemeanor  5. Juvenile

**JUVENILE**

☐ Parent  ☐ Legal Custodian  ☐ Other:   Name (Last)   (First)   (Middle)   Residence Phone

Address (Street, Apt. Number)   (City)   (State)   (Zip)   Business Phone

Notified by: (Name)   Date   Time   Juvenile Disposition: ☐ 1. Handled/Processed within Dept. and Released.  ☐ 2. TOT HRS/DYS  ☐ 3. Incarcerated

Released To: (Name)   Relationship   Date   Time

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2520) informed of any change of address. ☐ Yes, by: (Name)   ☐ No (Reason)
School Attended   Grade

**CODE**

Property Crime?  ☐ Yes  ☐ No
Description of Property: 2 BIKE TUBES  PKG LIGHTER
Value of Property: $ 16.02  + 78.36

Drug Activity: S. Sell  B. Buy  T. Traffic   K. Dispense/Distribute  M. Manufacture/Cultivate  Z. Other   Drug Type: B. Barbiturate  C. Cocaine  H. Heroin  N. N/A  A. Amphetamine  O. Hallucinogen  M. Marijuana  O. Opium/Deriv.  P. Paraphernalia/Equipment  S. Synthetic  U. Unknown  Z. Other

**CHARGE**

Charge Description: RETAIL THEFT   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number: 81.21.0.1ST | | 1d   Violation of ORD #

Drug Activity: N/A   Drug Type: N/A   Amount / Unit   Offense #: 16 04 1660   Warrant / Capias Number   Bond

Charge Description   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number   Violation of ORD #
Drug Activity   Drug Type   Amount / Unit   Offense #   Warrant / Capias Number   Bond

Charge Description   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number   Violation of ORD #
Drug Activity   Drug Type   Amount / Unit   Offense #   Warrant / Capias Number   Bond

Charge Description   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number   Violation of ORD #
Drug Activity   Drug Type   Amount / Unit   Offense #   Warrant / Capias Number   Bond

**NOTICE TO APPEAR**

Location (Court, Room Number, Address): **South County Courthouse • 200 W. Atlantic Avenue, Delray Beach, FL 33444**

Court Date and Time: Month AUG   Day 25   Year 2016   Time 830 ☐ A.M. ☐ P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant (or Juvenile and Parent/Custodian): X-Myron King   Date Signed: 7-28-16   Bo # 10111

**ADMIN**

HOLD for other agency
☐ Dangerous  ☐ Resisted Arrest  ☐ Suicidal  ☐ Other

Signature of Arresting Officer: Barry Byrd   I.D. # 950
Name of Arresting Officer (Print): 'S WARD
Name Verification (Printed by Arrestee) (PRINT)

Intake Deputy   I.D. #   Pouch #   Transporting Officer   I.D. #   Agency   Witness here if subject signed with an "X"

PAGE 1 OF 1

BBPD #0148 REV. 09/07   DISTRIBUTION:   WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - JAIL   GOLD - DEFENDANT (N.T.A.'s ONLY)

# Please contact one of the following telephone numbers for further information

| **CENTRAL CLERK'S OFFICE** | **NORTH CLERK'S OFFICE** | **SOUTH CLERK'S OFFICE** | **WEST CLERK'S OFFICE** |
|---|---|---|---|
| Violations Bureau, Room 2.2300 | Room 1210 | Room 1S-124 | Room S-100 |
| 206 N. Dixie Highway | 3188 PGA Blvd. | 200 West Atlantic Ave. | 2950 State Road 15 |
| W. Palm Beach, FL 33402 | Palm Beach Gardens, FL 33410 | Delray Beach, FL 33444 | Belle Glade, FL 33430 |
| Telephone: **561-355-2994** | Telephone: **561-624-6608** | Telephone: **561-274-1530** | Telephone: **561-996-4843** |

NOT A CERTIFIED COPY

| OBTS Number | PROBABLE CAUSE AFFIDAVIT | | 1 Arrest   3 Request for Warrant | | 2 | Juvenile | N |
|---|---|---|---|---|---|---|---|
| | | | 2 NTA   4 Request for Copies | | | | |

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FL0500300 | **BOYNTON BEACH POLICE DEPT.** | 34-16-041660 |

| Charge Type Check all that Apply | ☐1 Felony | ☒3 Misdemeanor | ☐5 Ordinance | Special Notes |
|---|---|---|---|---|
| | ☐2 Traffic Felony | ☐4 Traffic Misdemeanor | ☐6 Other | |

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| King, Myron Lenaraye | | B | M | 01/13/1965 |

| Charge Description | Charge Description |
|---|---|
| Retail Theft | |

| Charge Description | Charge Description |
|---|---|
| | |

| Victim's Name (Last, First, Middle) | | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| Walmart | | | | | | |

| Local Address (Street, Apt Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|
| 3626 S. Federal Hwy. | , Boynton Beach | ,FL, 33435 | | 561-600-3088 | |

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|
| | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody...

☐ Committed the below acts in my presence.   ☐ Was observed by LPO Daniels   Who told Ofc. B. Ward   that he/she saw the arrestee/did commit the below acts.

☐ Confessed to   Admitting the below facts   ☒ Was found to have committed the below acts, resulting from my (described) investigation.

On the **28th** Day of **July** 20 **16** At **09:52** ☐ A.M. ☐ P.M.

In the City of Boynton Beach, within the County of Palm Beach, I Officer B. Ward with the Boynton Beach Police Department responded to Walmart Department Store 3625 S. Federal Highway in reference to a retail theft.

On arrival, I made contact with Walmart LPO Michael Daniels, who advised in a sworn written statement that he observed a black male, (later identified as Myron L, King, d-o-b: 01/13/1965) in the Sporting Goods Department select two bicycle tubes and two packs of cigarette lighters. King then concealed the above described merchandise within his backpack and exited the store, passing all points of sale, failing to render payment for the concealed items. LPO Daniels approached King, identified himself as Walmart LPO and escorted him back to the loss prevention office where the merchandise was recovered. Total value $18.36

Based on the aforementioned, King was placed under arrest for Retail Theft according to F.S.S 812.015 (1) (d) King was trespassed warned in my presence, forbidding him from entering Walmart indefinitely due to the fact that this was King's third shoplifting offense at Walmart. King acknowledged the trespass agreement.

King was checked in FCIC/NCIC with negative results. King was also checked for previous Florida retail theft convictions which showed one conviction. King had a local Palm Beach address as such, he was released on scene with a Notice to Appear with a court date for August 25, 2016 at 0830 hours. King was provided his copy of the Notice to Appear and acknowledge the clear written court date.

The foregoing instrument was sworn to or affirmed and subscribed before me

| | |
|---|---|
| Roper #766 | B. Ward |
| Notary Public, Clerk of Court, Officer (F.S.S. 117.10) | (Signature of Arresting / Investigative Officer) |
| | B. Ward |
| | (Print name of Arresting/Investigative Officer) |
| 07/28/2016 | 07/28/2016 |
| Date | Date |

Page 1 OF 1

NOT A CERTIFIED



# WRITTEN STATEMENT
## BOYNTON BEACH POLICE DEPARTMENT
☑ VICTIM   ☐ WITNESS   ☐ SUSPECT

Case # _16 04 1660_   Offense Type: _RETAIL THEFT_

☐☐☑☐☑☐☐
F  M  1  2  3  N/C

Location: _WALMART  3625 S Federal Hwy_   Date: _7/28/16_

I, _Michael_ _____ _Daniels#_ _____ do hereby voluntarily make the following
(FIRST NAME)                (LAST NAME)
statement without threat, coercion, offer of benefit, or favor by any persons whomsoever.

I Ap visualized a male subject enter the Facility
on 7/28/16 at 9:33 Am the subject came in looking up
and around at camera's and looking to see who was watching
him, the subject then proceeded to the sporting goals where
he selected two bike tubes and a 2-pack lighter. the
subject Concealed within his personal bag and pocket. Mr. King
that has been varified past all sorts of sales failing to
render payment for stolen merchandise. Wal-mart will trespass
and prosecute the subject. Mr. King is Trespassed Indefinately from
all wal-mart Corporations. Due To third offense

Note this is the subjects 3rd offense
Note Total Recovery $16.02

NOT A CERTIFIED COPY

2016 AUG -2  PM 1:33

I have received the Victim's Rights package _____ (INITIAL)

I will testify in court   (YES) NO   _____ (INITIAL)

I will prosecute criminally   (YES) NO   _____ (INITIAL)

I Swear / Affirm the above and/or attached statements are correct and true.

_____ (SIGNATURE)   HS

Sworn to and subscribed before me, this _28th_ Day of _July_ , _2016_ , as an Officer of the Boynton Beach Police Department.

_B. Ward_
OFFICER NAME (PRINT)

_____   _950_
OFFICER SIGNATURE   ID

☐ CHECK IF THIS STATEMENT HAS A SUPPLEMENTAL PAGE

# SUPPLEMENTAL STATEMENT
## BOYNTON BEACH POLICE DEPARTMENT

### STATEMENT AUTHOR

| | | | |
|---|---|---|---|
| FIRST NAME | Michael | HEIGHT | |
| MIDDLE NAME | | WEIGHT | |
| LAST NAME | Danielle | HAIR COLOR | |
| DATE OF BIRTH | 05/10/1990 | EYE COLOR | |
| SOCIAL SECURITY # | | ETHNICITY | |
| DRIVERS LICENSE # | | GENDER | |
| ADDRESS | | | |
| CITY / STATE / ZIP | | | |
| PHONE # | 511-600-3058 | | |
| ALTERNATE PHONE # | | | |
| EMPLOYER | | | |
| EMPLOYER ADDRESS | | | |
| (con't) | | | |
| EMPLOYER PHONE # | | | |

### SUSPECT DESCRIPTION

| | | | |
|---|---|---|---|
| FIRST NAME | | HEIGHT | |
| MIDDLE NAME | | WEIGHT | |
| LAST NAME | | HAIR COLOR | |
| ADDRESS | | EYE COLOR | |
| CITY / STATE / ZIP | | ETHNICITY | |
| PHONE # | | GENDER | |
| EMPLOYER | | | |
| EMPLOYER ADDRESS | | | |
| (con't) | | | |
| EMPLOYER PHONE # | | | |

— Larceny —

NOT A CERTIFIED COPY

*1604/660*

# Walmart ☀

**Save money. Live better.**

```
        ( 561 ) 600 - 3088
       MANAGER MARCELLUS WILLS
          3625 S FEDERAL HWY
        BOYNTON BEACH FL 33435
ST# 05911 OP# 000887 TE# 92 TR# 02709
TUBE 26 SS    003601190132K     6%84 X
TUBE 26 SS    003601190132K     6%84 X
BIC 2PK LTR   007033060268K     2%34 X
BIC 2PK LTR   007033060268      2%34 X
               SUBTOTAL        18%36
      TAX 1   6.000 x           1%11
                  TOTAL        19%47
             CASH   TEND       19%47
             CHANGE DUE         0%00
```

## # ITEMS SOLD 4

```
*#<<<<<{#**#**#**##**XXKKXKKXXKKXKKKKKKKKX
****  INVALID RECEIPT - TRAINING  ****
*##XX%%#%#%%X#X#XX#{#XKKKXKKKXKKKKKKKKKKX
Low Prices You Can Trust. Every Day.
       07/28/16    10:31:42
```

NOT A CERTIFIED COPY

J-0269447                                                      17044318    P-3924

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

☑ Check if Supplement is Attached

OBTS Number

1. Arrest  2. N.T.A.   3. Request for Warrant  4. Request for Capias   Juvenile ☑ N

| Agency ORI Number | Agency Name | Agency Report Number (N.T.A.'s only) |
|---|---|---|
| FLO 5,0,0,3,0,0 | BOYNTON BEACH POLICE DEPARTMENT | 3 4-1-1 FH-0269 16 RH |

Charge Type: Check as many as apply.
☐ 1. Felony  ☐ 2. Traffic Felony  ☐ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other

If Weapon Seized ___ Enter Type ___   Multiple Clearance Indicator   02

Location of Arrest (including Name of Business): 744 W BOYNTON BCH BLVD  BOYNTON BCH FL
Location of Offense (Business Name, Address): 744 W BOYNTON BCH BLVD  BOYNTON BCH FL (STOLEN)

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| 05 13 14 | 21 5 4 | | | | | |

Name (Last, First, Middle): King, Myron, Lenarup
Alias (Name, DOB, Soc. Sec. #, Etc.)

| Race | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| B | M | 0,1,13,6,5 | 5'11 | 165 | Brwn | Blk | Drk | Thin |

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description): Large Mass on right side of face

Marital Status: Single   Religion: None
Indication of: Alcohol Influence / Drug Influence   Y ☐ N ☐ Unk ☐

Local Address (Street, Apt. Number): 411 NE 3rd Ave   (City): Boynton Beach   (State) FL   (Zip) 33435   Phone ( )
Residency: 1. City  2. County  3. Florida  4. Out of State   3

Permanent Address (Street, Apt. Number): AT LARGE   (City)   (State)   (Zip)   Phone ( )
Address Source: Verbal

Business Address (Name, Street)   (City)   (State)   (Zip)   Phone ( )
Occupation: Unemployed

| Dr. Number, State | INS Number | Place of Birth (City, State) | Citizenship |
|---|---|---|---|
| 3956 32 AL | N/A | Alabama / USA | USA |

Co-Defendant (Last, First, Middle)   Race   Sex   Date of Birth   1. Arrested / 2. At Large   3. Felony / 5. Misdemeanor / 5. Juvenile

Co-Defendant (Last, First, Middle)   Race   Sex   Date of Birth   1. Arrested / 2. At Large   3. Felony / 4. Misdemeanor / 5. Juvenile

☐ Parent  ☐ Legal Custodian  ☐ Other:   Name (Last)   (1) NO BOND   (First)   (Middle)   Residence Phone ( )

Address (Street, Apt. Number)   (City)   (State)   (Zip)   Business Phone ( )

Notified by: (Name)   (2) NO BOND   Date   Time   Juvenile Disposition  1. Handled/Processed within Dept. and Released.  2. TOT HRS/DYS  3. Incarcerated

Released To: (Name)   Relationship   Date   Time

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2520) informed of any change of address. ☐ Yes, by: (Name)   ☐ No (Reason)
School Attended   Grade

Property Crime? ☐ Yes ☐ No   Description of Property   Value of Property

Drug Activity: N. N/A  P. Possess   S. Sell  B. Buy  E. User   R. Smuggle  D. Deliver  C. Cultivate   K. Dispense / Distribute   M. Manufacture / Produce   Z. Other
Drug Type: N. N/A  A. Amphetamine   B. Barbiturate  C. Cocaine  E. Heroin   H. Hallucinogen  M. Marijuana  O. Opium/Deriv.   P. Paraphernalia  Q. Other  S. Synthetic   U. Unknown  Z. Other

| Charge Description: ROBBERY w/ DEADLY WEAPON | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number: 812.13.1B.102B | | Violation of ORD # |
|---|---|---|---|---|---|
| Drug Activity | Drug Type | Amount / Unit | Offense # 15 2-026962 | Warrant / Capias Number | Bond |

| Charge Description: AGG ASSAULT w/ DEADLY WEAPON | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number: 784.021 N/A | | Violation of ORD # |
|---|---|---|---|---|---|
| Drug Activity | Drug Type | Amount / Unit | Offense # 15 2-026963 | Warrant / Capias Number | Bond |

| Charge Description | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | | Violation of ORD # |
|---|---|---|---|---|---|
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

| Charge Description | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | | Violation of ORD # |
|---|---|---|---|---|---|
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

Location (Court, Room Number, Address):
**South County Courthouse · 200 W. Atlantic Avenue, Delray Beach, FL 33444**

Court Date and Time
| Month | Day | Year | Time | A.M. | P.M. |
|---|---|---|---|---|---|

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant (or Juvenile and Parent/Custodian)   SCANN   Date Signed NOV 14 12:54

HOLD for other agency   Signature of Arresting Officer X   Name Verification (Printed by Arrestee) (PRINT)

☐ Dangerous  ☐ Suicidal  ☐ Resisted Arrest  ☐ Other:
Name of Arresting Officer (Print): ESTEVES  93   108942

Intake Deputy ___ I.D. ___ Pouch #   Transporting Officer: OFC A. Berben 964   Agency BBPD
Witness here if subject signed with an "X"   PAGE 1 OF 1

DS Willingham 744   Berben 964

BBPD #0148 REV. 09/07   DISTRIBUTION:   WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - JAIL   GOLD - DEFENDANT (N.T.A.'s ONLY)

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | | | | 1 Arrest  3 Request for Warrant | Juvenile |
|---|---|---|---|---|---|
| | | | | 2 NTA   4 Request for Capias | 1 | N |

| Agency ORI Number | Agency Name | | Agency Report Number |
|---|---|---|---|
| FL0500300 | BOYNTON BEACH POLICE DEPT. | | 34-17-026962 |

| Charge Type Check all that Apply | ☑ 1 Felony | ☐ 3 Misdemeanor | ☐ 5 Ordinance | Special Notes |
|---|---|---|---|---|
| | ☐ 2 Traffic Felony | ☐ 4 Traffic Misdemeanor | ☐ 6 Other | |

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| King, Myron, Lenaraye | | B | M | 1/13/1965 |

| Charge Description | Charge Description |
|---|---|
| Robbery with a Deadly Weapon (Knife) | Aggravated Assault with a Deadly Weapon (Knife) |

| Charge Description | Charge Description |
|---|---|
| | |

| Victim's Name (Last, First, Middle) | | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| Laredo, Breno, William | | | | W | M | 4/12/96 |

| Local Address (Street, Apt Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|
| 744 W. Boynton Beach Blvd. | Boynton Beach, FL 33426 | | | 561-734-8197 | Store Clerk (7-Eleven) |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody.

| ☐ Committed the below acts in my presence. | | ☐ Was observed by | Who told | | ☐ That he/she saw the arrested person commit the below acts. |
|---|---|---|---|---|---|
| ☐ Confessed to | Admitting the below facts | ☑ Was found to have committed the below acts, resulting from my (described) investigation. | | | |

On The **13th** Day of **May** 20 **17** at **9:46** ☐ A.M. ☑ P.M.

I responded to 744 W. Boynton Beach Blvd. (7-Eleven) in reference to a 911 Open Line. Reporting person advised Boynton Beach Police Communications that a B/M subject was trying to take things from the store and that he was taking a knife out threatening people inside the store. Reporting person advised the subject was wearing a yellow shirt, jeans, and a blue cap. I arrived on scene and entered the business. The clerk on duty at the 7-Eleven during the time of this incident, Breno William Laredo, pointed towards a B/M subject precisely matching the description given via radio. The B/M subject, later identified as Myron Lenaraye King, was walking towards me at the front entrance of the business. I observed a bulge on both of the pants pockets King was wearing at the time of this incident. I immediately drew my firearm as King approached me and commanded him to drop down onto the ground out of fear for my own personal safety based on the originating call claiming the subject had a knife. King initially refused to comply with my commands, while offering verbal resistance and shouting obscenities towards me, however after several repeated commands he finally complied with my orders. I conducted a search of King's person and retrieved a gray folding knife with an approximately 3" blade, from his pants. King was handcuffed and continued to be extremely belligerent throughout this incident, however he was detained without incident.

I spoke with Laredo who stated that at approximately 2130 hours, King (Whom he confirmed was the subject in custody at the time of this incident) entered the store and asked him for a free cup of coffee. Laredo stated that because he felt bad for King he offered to pay for the cup of coffee for King. As King approached the coffee section of the store, Laredo observed King place store merchandise inside of his pocket and prepare some tea, which he stated is not what he agreed to pay for King. Laredo approached King and asked if it was his tea or if he had taken it from the store and King became aggressive towards him and shouted that he was going to "whoop my pussy ass". Laredo also advised during the argument that King stated he would be waiting outside for Laredo until he got off work. As Laredo asked King to leave the business, King pulled out a knife (Laredo confirmed that the knife I had located was the same knife in question) and approached the counter area where he was working. King approached Laredo behind the counter and continued to threaten Laredo while being verbally aggressive towards Laredo. Laredo stated that he cannot recall exactly what King was saying to him as he was afraid and had grabbed a box cutter to defend himself as King approached the cash register area. As Laredo held the box cutter, King backed away from the cash register area and grabbed other merchandise to include coffee and napkins. A witness Woodrow Lunsford confirmed this account and both completed statements detailing the incident. Surveillance footage was obtained that confirmed both accounts of the incident.

King was read Miranda warnings and stated that he only pulled the knife because Laredo pulled out the box cutter, however this account of the incident is not depicted in the surveillance footage. King refused to sign a Miranda Warning card. Based on the statements given, evidence recovered, and the surveillance video confirming the incident; I arrested Myron Lenaraye King for Robbery with a Deadly Weapon - Knife (F.S.S. 812.013.2B) and Aggravated Assault with a Deadly Weapon - Knife (F.S.S. 784.021A).

The foregoing instrument was sworn to or affirmed and subscribed before me

| | 423 |
|---|---|
| | _(Signature of Arresting / Investigative Officer)_ |
| _(Notary Public, Clerk of Court, Officer (F.S.S. 117.10)_ | Esteves #933 |
| | _(Print name of Arresting / Investigative Officer)_ |
| **05/14/2017** | **05/14/2017** | Page 1 OF 1 |
| _Date_ | _Date_ | |

7MM011436

| OBTS Number | **ARREST / NOTICE TO APPEAR**<br>**Juvenile Referral Report** | 1. Arrest  3. Request for Warrant<br>2. N.T.A.  4. Request for Caplas | 1 | Juvenile N |
|---|---|---|---|---|

**ADMINISTRATION**

| Agency ORI Number<br>FL0500300 | Agency Name<br>BOYNTON BEACH POLICE DEPT. | Agency Report Number<br>34-17-52082 | |
|---|---|---|---|

| Charge Type:<br>Check as many as Apply. | ☐ 1. Felony<br>☒ 3. Misdemeanor | ☐ 2. Traffic Felony<br>☐ 4. Traffic Misdemeanor | ☐ 5. Ordinance<br>☐ 6. Other | If Weapon Seized Enter Type | Multiple Clearance Indicator 01 |

| Location of Arrest (Including Name of Business)<br>NE 4th Street/ East Ocean Ave | Location of Offense (Business Name, Address)<br>NE 4th Street/ East Ocean Ave |
|---|---|

| Date of Arrest<br>09/08/2017 | Time of Arrest<br>11:47 | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|

**DEFENDANT**

| Name  (Last, First, Middle)<br>King, Myron Lenarage | Alias (Name, DOB, Soc. Sec. #, Etc) |
|---|---|

| W - White    I - American Indian<br>B - Black    O - Oriental / Asian | Race<br>B | Sex<br>M | Date of Birth<br>01/13/1965 | Height<br>5'11 | Weight<br>173 | Eye Color<br>Brown | Hair Color<br>Black | Complexion<br>Dark | Build<br>Medium |
|---|---|---|---|---|---|---|---|---|---|

| Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description) | Marital Status<br>Single | Religion<br>None | Alcohol Influence ☐ Y ☐ N Unk.<br>Drug Influence ☐ ☒ ☐ |
|---|---|---|---|

| Local Address (Street, Apt. Number)<br>Homeless | (City) | (State) | (Zip) | Phone<br>( ) | Residence Type<br>1. City   3. Florida<br>2. County  4. Out of State |
|---|---|---|---|---|---|

| Permanent Address (Street, Apt. Number)<br>None at this time | (City) | (State) | (Zip) | Phone<br>( ) | Address Source |
|---|---|---|---|---|---|

| Business Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone<br>( ) | Occupation |
|---|---|---|---|---|---|

| DL Number, State<br>K520552650130 | Soc. Sec. Number | INS Number | Place of Birth<br>Georgia | Citizenship<br>USA |
|---|---|---|---|---|

**CO-DEF**

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested  ☐ 3. Felony  ☐ 5. Juvenile<br>☐ 2. At Large  ☐ 4. Misdemeanor |
|---|---|---|---|---|

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested  ☐ 3. Felony  ☐ 5. Juvenile<br>☐ 2. At Large  ☐ 4. Misdemeanor |
|---|---|---|---|---|

**JUVENILE**

| ☐ Parent<br>☐ Legal Custodian<br>☐ Other | Name (Last) | (First) | (Middle) | Residence Phone |
|---|---|---|---|---|

| Address (Street, Apt. Number) | (City) | (State) | (Zip) | Business Phone |
|---|---|---|---|---|

| Notified by: (Name) | Date | Time | Juvenile Disposition<br>1. Handled/Processed Within  2. TOT HRS/DYS<br>Dept. and Released  3. Incarcerated |
|---|---|---|---|

| Released To: (Name) | Relationship | Date | Time |
|---|---|---|---|

| The above address was provided by ☐ defendant and/or ☐ defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office (Phone 561-355-2526) informed of any change of address.<br>☐ Yes, By: (Name)      ☐ No; (Reason) | School Attended | Grade |
|---|---|---|

| Property Crime?<br>Yes ☐  No ☐ | Description of Property | Value of Property |
|---|---|---|

**CHARGE CODE**

| Drug Activity<br>N. N/A  P. Possess | S. Sell  R. Smuggle<br>B. Buy  D. Deliver<br>T. Traffic  E. Use | K. Dispense/<br>Distribute | M. Manufacture/<br>Produce/<br>Cultivate | Z. Other | Drug Type<br>N. N/A<br>A. Amphetamine | B. Barbiturate<br>C. Cocaine<br>E. Heroin | H. Hallucinogen<br>M. Marijuana<br>O. Opium/Deriv. | P. Paraphernalia/<br>Equipment<br>S. Synthetic | U. Unknown<br>Z. Other |
|---|---|---|---|---|---|---|---|---|---|

**CHARGE**

| Charge Description<br>Simple battery 784.03(1) | Counts<br>1 M | Domestic Violence<br>☐ Yes  ☒ No | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|

| Drug Activity<br>N | Drug Type<br>N | Amount/Unit<br>N/A | Offense #<br>17-52082 | Warrant/Caplas Number | Bond |
|---|---|---|---|---|---|

**CHARGE**

| Charge Description | Counts | Domestic Violence<br>☐ Yes  ☐ No | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Caplas Number | Bond |
|---|---|---|---|---|---|

**CHARGE**

| Charge Description | Counts | Domestic Violence<br>☐ Yes  ☐ No | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Caplas Number | Bond |
|---|---|---|---|---|---|

**CHARGE**

| Charge Description | Counts | Domestic Violence<br>☐ Yes  ☐ No | Statute Violation Number | Violation of ORD# |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Caplas Number | Bond |
|---|---|---|---|---|---|

**NOTICE TO APPEAR**

| ☐ Instruction No. 1<br>Mandatory Appearance in Court<br>☐ Instruction No. 2<br>You need not appear in Court but must<br>Comply with instruction on reverse side. | Location (Court, Room Number, Address)<br>South County Courthouse, 200 West Atlantic Ave, Delray Beach, FL 33444 |
|---|---|
| | Court Date and Time<br>Month October   Day 12   Year 2017   Time 8:30   ☒ A.M.  ☐ P.M. |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

| X _Myron J. King_<br>Signature of Defendant (or Juvenile & Parent/Custodian) | Date Signed<br>9-8-17 |
|---|---|

**ADMIN**

| HOLD for other Agency<br>Name: | Signature of Arresting Officer | Name Verification (Printed by Arrestee)<br>(PRINT) |
|---|---|---|
| ☐ Dangerous  ☐ Resisted Arrest<br>☐ Suicidal     ☐ Other: | Name of Arresting Officer (Print)<br>Det. Astrel Labbe        I.D. # | BU# 109637 | Page |
| Intake Deputy       I.D. # | Pouch # | Transporting Officer       I.D. #       Agency | Witness here is subject<br>Signed with an "X". | OF |

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | N Juvenile | 1 Arrest | 2 NTA | 3 Request for Warrant | 4 Request for Capias |
|---|---|---|---|---|---|

| Agency Name | Agency Report Number |
|---|---|
| BOYNTON BEACH POLICE DEPT. | 34-17-52082 |

PCN/OBTS Number: FL0500300

| Name (Last, First, Middle) | Race | Sex | Date of Birth |
|---|---|---|---|
| King, Myron Lenarge | B | M | 01/13/1965 |

Charge Description: Simple battery 784.03(1)

| Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth |
|---|---|---|---|
| Lincoln, Elizabeth Ashley | W | F | 09/21/1984 |

Local Address (Street, Apt Number): Homeless
Phone: 561-374-0088
Alarm Device: Verbal

On the 8th day of September 17 at 11:47 ☐ A.M. ☐ P.M.

On Friday, September 8, 2017, at about 11:47 AM, while Det. C. Ramos and I were on patrol during the hurricane deployment traveling on NE 4th Street/East Ocean Ave, we saw a male punching a female several times behind a building located on NE 4th Street/East Ocean Ave. Det. Ramos and I quickly stopped the vehicle and ran towards the location for assistance.

The male that we saw punching was later identified as Myron King. The victim, Elizabeth Ashley Lincoln, indicated that she was hanging out with the defendant, at which time he started punching her in the face. She feels that he punched her because she refused to give him $10.00. She stated that she has been friends with the defendant for over one year.

The victim suffered from a laceration to the right side of her eye. Photograph was taken of the victim's injury. She was treated by paramedics at the scene. Victim completed a recorded statement advising that she wanted to press charges.

Based on my observation of the incident and the victim's statement, I have reason to believe that the defendant did actually and intentionally strike the victim against her will, contrary to Florida Statute 784.03(1).

The defendant was arrested, processed at the police department, and later released with a Notice to Appear.

2017 SEP 14 PM 1:11

...... COUNTY FL
SOUTH ...... SEARCH FILED

NOT A COPY

The foregoing instrument was sworn to or affirmed and subscribed before me

629

Clerk of Court, Officer (F.S.S.117.10)
Date 09/08/2017

(Signature of Arresting or Investigative Officer)

Det. Astrel Labbe
(Print name of Arresting/Investigative Officer)
Date 09/08/2017

026947                                                    3633

| OBTS Number | | ARREST / NOTICE TO APPEAR | | ☐ Check if Supplement is Attached | | Juvenile |
| | | Juvenile Referral Report | | 1. Arrest   3. Request for Warrant | | |
| | | | | 2. N.T.A.   4. Request for Capias | | N |

**ADMINISTRATIVE**

| Agency ORI Number | Agency Name | | Agency Report Number (N.TA.'s only) |
| FLO, 5, 0, 0, 3, 0, 0 | BOYNTON BEACH POLICE DEPARTMENT | | 3 4 0 8 - J 3 6 8 6 ( ) |

| Charge Type: Check as many as apply. | ☑ 1. Felony | ☐ 3. Misdemeanor | ☐ 5. Ordinance | II Weapon Seized | Multiple Clearance Indicator |
| | ☐ 2. Traffic Felony | ☐ 4. Traffic Misdemeanor | ☐ 6. Other | Enter Type | |

Location of Arrest (including Name of Business): 301 E Boynton Bch Blvd BB, FL  DJ's Grill

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
| 0, F, 1, 8, 0, 8 | 0, 8, 4, 8 | | | | | Same |

**DEFENDANT**

Name (Last, First, Middle): King, Myron

| Race W - White B - Black | I - American Indian O - Oriental/Asian | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
| B | | M | 01, 13, 65 | 600 | 180 | BLK | BLK | Dark | Thin |

| Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description) | Mental Status | Religion | Indication of Alcohol Influence Drug Influence | Y | N | Unk |
| NONE | Single | | | ☐ | Y | ☐ |

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Residence Type: |
| 518 NE 3rd St | P.B. | FL | 33435 | (561) NONE | 1. City   3. Florida |
| | | | | | 2. County   4. Out of State |  1

| Permanent Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source |
| S.A.A. | | | | (561) NONE | |

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
| None | | | | ( ) | CAR WASHS |

| D.L. Number, State | | INS Number | Place of Birth (City, State) | Citizenship |
| | | | Boyn, Fla | US. |

**CO-DEF**

| Co-Defendant (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor ☐ 5. Juvenile |
| Co-Defendant (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor ☐ 5. Juvenile |

**JUVENILE**

| ☐ Parent ☐ Legal Custodian ☐ Other: | Name (Last) | (First) | (Middle) | Residence Phone ( ) |
| Address (Street, Apt. Number) | | (City) | (State) | (Zip) | Business Phone ( ) |

| Notified by: (Name) | Date | Time | Juvenile Disposition 1. Handled/Processed within Dept. and Released. | 2. TOT HRS/DYS 3. Incarcerated |

| Released To: (Name) | Relationship | Date | Time |

The above address was provided by ☐ defendant and / or ☐ defendant's parent. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2926) informed of any change of address.  ☐ Yes, by: (Name)   ☐ No (Reason)

| School Attended | Grade |

| Property Crime? ☐ Yes ☐ No | Description of Property | Value of Property |

**CODE**

| Drug Activity N. N/A P. Possess | S. Sell B. Buy T. Traffic | R. Smuggle D. Deliver E. Use | K. Dispense/ Distribute | M. Manufacture/ Produce/ Cultivate | Z. Other | A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Deriv. | P. Paraphernalia/ Equipment S. Synthetic | U. Unknown Z. Other |

**CHARGE**

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
| Agg Assault | 1F | ☐ Y ☐ N | 1784.02, 1(1)(4), | |
| Drug Activity | Drug Type | Amount / Unit | Offense # 08-033686 | Warrant / Capias Number | Bond |

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
| | | ☐ Y ☐ N | | |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
| | | ☐ Y ☐ N | | |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
| | | ☐ Y ☐ N | | |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

**NOTICE TO APPEAR**

Location (Court, Room Number, Address):

| Court Date and Time | | | | | | |
| Month | Day | Year | Time | A.M. | P.M. | |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

| Signature of Defendant (or Juvenile and Parent/Custodian) | Date Signed |
| | BU# E 82420 |

**ADMIN**

| HOLD for other agency | Signature of Arresting Officer | 188 | Name Verification (Printed by Arrestee) |
| ☐ Dangerous ☐ Resisted Arrest ☐ Suicidal ☐ Other: | Name of Arresting Officer (Print) Brady | 843 | (PRINT) |
| Intake Deputy | I.D. # | Pouch # | Transporting Officer Surabaly | Agency 844 | Witness here if subject signed with an "X" | PAGE 1 of 1 |

BBPD #0148 REV 09/07      DISTRIBUTION:   WHITE - COURT COPY    GREEN - STATE ATTORNEY    YELLOW - AGENCY    PINK - JAIL    GOLD - DEFENDANT (N.T.A.'s ONLY)

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | | 1. Arrest<br>2. N.T.A. | 3. Request for Warrant<br>4. Request for Capias | 1 | | Juvenile | 0 |

| Agency ORI Number | Agency Name | | | Agency Report Number | | | | |
|---|---|---|---|---|---|---|---|---|
| FLO 5 0 0 3 0 0 | BOYNTON BEACH POLICE DEPARTMENT | | 3 4 | - 08 - 03368 | | | | |

**Charge Type**
Check as many as apply
☒ 1. Felony   ☐ 3. Misdemeanor   ☐ 5. Ordinance
☐ 2. Traffic Felony   ☐ 4. Traffic Misdemeanor   ☐ 6. Other

Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| KING, MYRON | UNKNOWN | B | M | 01-13-65 |

| Charge Description | Charge Description |
|---|---|
| AGG. ASSAULT | |
| Charge Description | Charge Description |
| | |

| Victim's Name (Last, First, Middle) | | | | | Race | Sex | Date of birth |
|---|---|---|---|---|---|---|---|
| BANUSHI, QAMIL | | | | | W | M | 1-29-71 |

| Local Address (Street, Apt. Number) | (City) | (State) | (zip) | Phone | Address Source |
|---|---|---|---|---|---|
| | | | | - | |

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|
| 301 E. BOYNTON BEACH BLVD. (DJS RESTAURANT) | | FL | 33435 | 561 -732-5172 | OWNER |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody . .
☐ committed the below acts in my presence.   ☐ was observed by _____ who told
☐ confessed to _____   that he/she saw the arrested person commit the below acts.
admitting to the below facts.   ☒ was found to have committed the below acts, resulting from my (described) investigation.

On the __18TH__ day of __JUNE__ 20 __08__ at __8:48__ ☒ A.M. ☐ P.M.   (Specifically include facts constituting cause for arrest.)

I responded to 301 E. Boynton Beach Blvd. (DJs Restaurant) reference an assault. Upon arrival I met with the

owner/caller W/M, Qamil Banushi (DOB 1/29/71). Banushi stated that while he was putting the tables and chairs outside, getting ready to

open he saw a B/M, later identified as B/M Myron King (DOB 1/13/65) riding his bicycle passed the restaurant. Banushi is familiar with

King because of problems they have had in the past. Banushi stated that while King was riding by him on his bicycle he shouted out "fuck

you" and called him out to the sidewalk to fight him. Banushi stated that has he walked towards King, King pulled out a pocket knife.

Banushi was in fear for his life at this point so he ran inside of his restaurant and called the police. King was nearby when BBPD arrived

and was taken into custody. While searching King incident to arrest a small pocket knife was recovered from his front left pocket. King

was handcuffed which were double locked and checked for tightness. He was TOT to BBPD for processing and later TOT to PBCJ. King

is being charged with 1F aggravated assault with a deadly weapon. FSS 784.021.

SWORN AND SUBSCRIBED BEFORE ME

NOTARY PUBLIC / CLERK OF COURT / POLICE OFFICER

DATE __07-18-2008__

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

NAME OF OFFICER (PLEASE PRINT)
T.Donadio

DATE __07-18-2008__

PAGE 1 OF 1

DISTRIBUTION:   ONE FOR COURT   ONE FOR STATE ATTORNEY   TWO FOR AGENCY

0269447

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

08 of 14921   3349

☐ Check if Supplement is Attached

1. Arrest   3. Request for Warrant
2. N.T.A.   4. Request for Caples

Juvenile ☐ N

| OBTS Number | | | | | | |
|---|---|---|---|---|---|---|

**ADMINISTRATIVE**

Agency ORI Number  FL 0,5,0,0,3,0,0
Agency Name  BOYNTON BEACH POLICE DEPARTMENT
Agency Report Number (N.T.A.'s only)  3,4,H,0,8,1,4,8,2,3,3

Charge Type: Check as many as apply.
☒ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance
☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other

If Weapon Seized  Enter Type
Multiple Clearance Indicator

Location of Arrest (Including Name of Business)  1100 N. FEDERAL HWY
Location of Offense (Business Name, Address)  1100 N. FEDERAL HWY

Date of Arrest  1,0,1,08  Time of Arrest  2,3,4,5  Booking Date  Booking Time  Jail Date  Jail Time  Location of Vehicle

**DEFENDANT**

Name (Last, First, Middle)  KING, MYRON L
Alias (Name, DOB, Soc. Sec. #, Etc.)

| Race W-White B-Black | 1-American Indian O-Oriental/Asian | Sex B M | Date of Birth 0,1,13,65 | Height 70 | Weight 193 | Eye Color BRN | Hair Color BLACK | Complexion DARK | Build MED |
|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description)

Marital Status  SINGLE  Religion  NONE
Indication of Alcohol Influence  Drug Influence  ☐ Y  ☒ N  ☐ Unk

Local Address (Street, Apt. Number)  AT LARGE  (City)  (State)  (Zip)  ( )
Residence #  1. Florida  2. City  3. Out of State

Permanent Address (Street, Apt. Number)  (City)  (State)  (Zip)  Phone ( )
Address Source  DEFENDANT

Business Address (Name, Street)  (City)  (State)  (Zip)  Phone ( )
Occupation

D/L Number, State  Soc. Sec. Number  INS Number  Place of Birth (City, State)  ALABAMA  Citizenship  US

**CO-DEF**

Co-Defendant (Last, First, Middle)  Race  Sex  Date of Birth  ☐1. Arrested ☐2. At Large  ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile

Co-Defendant (Last, First, Middle)  Race  Sex  Date of Birth  ☐1. Arrested ☐2. At Large  ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile

**JUVENILE**

☐ Parent  ☐ Legal Custodian  ☐ Other:  Name (Last)  (First)  (Middle)  Residence Phone ( )

Address (Street, Apt. Number)  (City)  (State)  (Zip)  Business Phone ( )

Notified by: (Name)  Date  Time
Juvenile Disposition  1. Handled/Processed within Dept. and Released.  2. TOT HRS/DYS  3. Incarcerated

Released To: (Name)  Relationship  Date  Time

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address. ☐ Yes, by (Name)  ☐ No (Reason)
School Attended  Grade

Property Crime? ☐ Yes ☐ No  Description of Property  Value of Property

**CODE**

Drug Activity  N. N/A  P. Possess
R. Smuggle  S. Sell  B. Buy  T. Traffic
K. Dispense  D. Deliver
M. Manufacture/Produce/Cultivate  Z. Other
N. N/A  A. Amphetamine
B. Barbiturate  C. Cocaine  E. Heroin
H. Hallucinogen  M. Marijuana  O. Opium/Deriv.
P. Paraphernalia/Equipment  S. Synthetic
U. Unknown  Z. Other

**CHARGE**

Charge Description  ATTEMPTED BURGLARY  Counts  Domestic Violence ☐Y ☐N  Statute Violation Number  8,1,0,1,0,2  1,0,4  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  08 48233  Warrant / Caples Number  Bond

Charge Description  Counts  Domestic Violence ☐Y ☐N  Statute Violation Number  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  Warrant / Caples Number  Bond

Charge Description  Counts  Domestic Violence ☐Y ☐N  Statute Violation Number  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  Warrant / Caples Number  Bond

Charge Description  Counts  Domestic Violence ☐Y ☐N  Statute Violation Number  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  Warrant / Caples Number  Bond

**NOTICE TO APPEAR**

Location (Court, Room Number, Address)

Court Date and Time  Month  Day  Year  Time  A.M.  P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/Custodian)  Date Signed

**ADMIN**

HOLD for other agency
Signature of Arresting Officer  X
Name Verification (Printed by Arrestee)  (PRINT)

☐ Dangerous  ☐ Resisted Arrest
☐ Suicidal  ☐ Other:
Name of Arresting Officer (Print)  OFF. JOSEPH  886
Witness here if subject signed with an "X"

Intake Deputy  I.D. #  Pouch #
Transporting Officer  I.D. #  OFFD. COSKO  BBPD  869

PAGE  1 OF 1

BBPD #0148 REV. 09/07   DISTRIBUTION:   WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - JAIL   GOLD - DEFENDANT (N.T.A.'s ONLY)

$5000 @ LARGE

PROBABLE CAUSE AFFIDAVIT

| OBTS Number | | 1. Arrest  3. Request for Warrant | Juvenile |
| | | 2. N.T.A.  4. Request for Capias | N |

| Agency ORI Number | Agency Name | Agency Report Number | |
| FLO 5 0 0 3 0 0 | BOYNTON BEACH POLICE DEPARTMENT | 3 4 -1 08 1-48233 | |

Charge Type:
Check as many as apply
☑ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance
☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other

Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
| King, Myron L. | | B | M | 01/13/1965 |

| Charge Description | Charge Description |
| Burglary to a Conveyance (Attempted) | |
| Charge Description | Charge Description |

| Victim's Name (Last, First, Middle) | | | | | Race | Sex | Date of birth |
| State of Florida | | | | | | | |
| Local Address (Street, Apt. Number) | (City) | (State) | (zip) | Phone | | Address Source |
| At Large | | | | | | |
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | | Occupation |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody . .
☐ committed the below acts in my presence.
☐ confessed to _____
admitting to the below facts.

☑ was observed by  Ofc Zeller/Picciano  who told  Me
that he/she saw the arrested person commit the below acts.
☐ was found to have committed the below acts, resulting from my (described) investigation.

On the  11  day of  10  20 08 at  2300  ☐ A.M. ☑ P.M.  (Specifically include facts constituting cause for arrest.)

Memebers of the Traffic Unit were working an undercover operation detail at the 1100 blk of N Federal Highway in the city of Boynton Beach, Palm Beach County, Florida. A "bait vehicle", 2008 Kia SUV, was placed in a lot at 1105 North Federal highway and was being watched by Officer Zeller and Picciano. From a concealed position of approximately 20 feet away they observed a B/M later identified as King, Myron 01/13/1965 and B/M (unk) enter the parking lot and approach the "bait vehicle." Officers observed King looking into the windows of the vehicle and checking doors via shaking the door handles. He then attempted to pull open the passenger door by prying his fingers in between the corner of the door. This information was relayed to other officers who responded and confronted both males before they could do any damage to the vehicle. King was handcuffed immediately and during the pat down search of the other male, he broke free and fled on foot from police. Officers gave chase but the other male got away. King repeatedly insisted that he never left the sidewalk and did not know who the unk B/M that got away. Due to the fact that King attempted to enter the "bait vehicle" he was charged with attempted burglary to a conveyance and sent to the Palm Beach county Jail.

SWORN AND SUBSCRIBED BEFORE ME

730

NOTARY PUBLIC / CLERK OF COURT / POLICE OFFICER

10/12/2008
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

Ofc Joseph #836
NAME OF OFFICER (PLEASE PRINT)

10/12/2008
DATE

| PAGE |
| 1 OF 1 |

DISTRIBUTION:  ONE FOR COURT   ONE FOR STATE ATTORNEY   TWO FOR AGENCY

0269447  09CF1297  'P- 3222

**ARREST / NOTICE TO APPEAR**
Juvenile Referral Report

☐ Check if Supplement is Attached

1. Arrest  3. Request for Warrant
2. N.T.A.  4. Request for Capias

Juvenile  [N]

| OBTS Number | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Agency ORI Number: FLO 5 0 0 3 0 0
Agency Name: BOYNTON BEACH POLICE DEPARTMENT
Agency Report Number (N.T.A.'s only): 3 4 01 00 4952

Charge Type — Check as many as apply: ☒1. Felony  ☐2. Traffic Felony  ☒3. Misdemeanor  ☐4. Traffic Misdemeanor  ☐5. Ordinance  ☐6. Other

If Weapon Seized — Enter Type ____
Multiple Clearance Indicator

Location of Arrest (Including Name of Business): 500 Block NW 4th St
Location of Offense (Business Name, Address): 500 Block NW 4th St.

Date of Arrest: 01 29 09  0235  Booking Date ___ Booking Time ___ Jail Date ___ Jail Time ___ Location of Vehicle ___

Name (Last, First, Middle): King Myron
Alias (Name, DOB, Soc. Sec. #, Etc.)

Race: W - White  B - Black  1 - American Indian  O - Oriental/Asian
[B] [M] Sex 01 13 65 Date of Birth  Hgt 5'11  Weight 185  Eye Color BRN  Hair Color BLK  Complexion Dark  Build Thin

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description)
Marital Status: Single  Region ___ Indication of: Alcohol Influence Y N Drug Influence Y N

Local Address (Street, Apt. Number): At Large  (City) (State) (Zip)  Phone NO PHONE
Residence Status: 1. County  2. County  3. Florida  4. Out of State

Permanent Address (Street, Apt. Number): (City) (State) (Zip) Phone
Address Source: VICOBA
Occupation

Business Address (Name, Street): (City) (State) (Zip) Phone

D/L Number, State: [redacted]  INS Number  Place of Birth (City, State): BR FL  Citizenship: US

| | Co-Defendant (Last, First, Middle) | Race | Sex | Date of Birth | ☐1. Arrested ☐2. At Large | ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile |
|---|---|---|---|---|---|---|

Co-Defendant (Last, First, Middle): 4500  Race  Sex  Date of Birth  ☐1. Arrested ☐2. At Large  ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile

☐ Parent ☐ Legal Custodian ☐ Other  Name (Last) (First) (Middle)  Residence Phone ___
Address (Street, Apt. Number): (City) (State) (Zip) Business Phone  NO 100 BH

Notified by: (Name)  Date 800  Relationship  Juvenile Disposition 1. Handled/Processed within Dept. and Released,  2. TOT HRS/DYS 3. Incarcerated

Released To: (Name)  Date ___ Time ___

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2626) informed of any change of address. ☐ Yes, by: (Name) ☐ No (Reason)  School Attended  Grade

Property Crime? ☐ Yes ☐ No  Description of Property  Value of Property

CODE: Drug Activity N. N/A  P. Possess  S. Sell  B. Buy  T. Traffic  R. Smuggle  D. Deliver  E. Use  K. Dispense/ Distribute  M. Manufacture/ Produce/ Cultivate  Z. Other  Drug Type M. Marijuana A. Amphetamine  B. Barbiturate C. Cocaine E. Heroin  H. Hallucinogen M. Marijuana O. Opium/Deriv.  P. Paraphernalia/ Equipment S. Synthetic  U. Unknown Z. Other

Charge Description: Resisting w/ violence  Counts 1F  Domestic Violence ☐Y ☒N  Statute Violation Number 843.01  Violation of ORD #
Drug Activity ___ Drug Type ___ Amount / Unit ___ Offense # 09-004952  Warrant / Capias Number  Bond

Charge Description: Poss Drug Paraphernalia  Counts 3M  Domestic Violence ☐Y ☒N  Statute Violation Number 893.147  Violation of ORD #
Drug Activity ___ Drug Type ___ Amount / Unit ___ Offense # 09-004952  Warrant / Capias Number  Bond

Charge Description: ___  Counts ___ Domestic Violence ☐Y ☐N  Statute Violation Number  Violation of ORD #
Drug Activity ___ Drug Type ___ Amount / Unit ___ Offense # ___  Warrant / Capias Number  Bond

Charge Description: ___  Counts ___ Domestic Violence ☐Y ☐N  Statute Violation Number  Violation of ORD #
Drug Activity ___ Drug Type ___ Amount / Unit ___ Offense # ___  Warrant / Capias Number  Bond

Location (Court, Room Number, Address) ___

Court Date and Time  Month ___ Day ___ Year ___ Time ___ A.M. P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED  B4# 84581

Signature of Defendant (or Juvenile and Parent/Custodian)  Date Signed  Name Verification (Printed by Arrestee)

HOLD for other agency  Signature of Arresting Officer X David Britto 886
☐ Dangerous ☐ Suicidal ☒ Resisted Arrest ☐ Other: w/ vio  I.D. # Pouch #  Name of Arresting Officer (Print) Britto, David  Agency BBPD  (PRINT)
Intake Deputy  Transporting Officer McCaffrey 850  Agency BBPD  Witness here if subject signed with an "X"  PAGE 1 of 1

PROBABLE CAUSE AFFIDAVIT

| OBTS Number | | 1. Arrest   3. Request for Warrant<br>2. N.T.A.   4. Request for Capias | 1 | Juvenile | N |
|---|---|---|---|---|---|

| Agency ORI Number | Agency Name | Agency Report Number | Special Notes: |
|---|---|---|---|
| FLO 5 0 0 3 0 0 | BOYNTON BEACH POLICE DEPARTMENT | 3 4 - 09 - 04952 | |

Charge Type: Check as many as apply
- [X] 1. Felony
- [ ] 2. Traffic Felony
- [X] 3. Misdemeanor
- [ ] 4. Traffic Misdemeanor
- [ ] 5. Ordinance
- [ ] 6. Other

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| King, Myron | | B | M | 01/13/65 |

| Charge Description | Charge Description |
|---|---|
| Resisting Arrest w/ violence F.S.S. 843.01 | 3 counts Possession Drug Paraphernalia F.S.S.893.147.1 |

| Charge Description | Charge Description |
|---|---|
| Suspicious Loitering | |

| Victim's Name (Last, First, Middle) | | | | | Race | Sex | Date of birth |
|---|---|---|---|---|---|---|---|

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody . .
- [ ] committed the below acts in my presence.
- [ ] confesses to _____ admitting to the below facts.
- [X] was observed by __Ofc. Shane__ who told me that he/she saw the arrested person commit the below acts.
- [X] was found to have committed the below acts, resulting from my (described) investigation. __Ofc. Britto__

On the __29__ day of __January__ 20 __09__ at __02:11__ [X] A.M. [ ] P.M. (Specifically include facts constituting cause for arrest.)

I responded as a back up Officer to Ofc. Shane (ID # 885) on 3 individuals who were loitering on the 500 blk of NW 4th St. It should be noted that this area is documented as a high crime and narcotics area in the city of Boynton Beach. Upon arrival, I made contact with one of the individuals, later identified as B/M King, Myron (DOB 01/13/65). I then asked King if he had any drug or weapons in his pockets and he stated, " just a stem" (street word for Crack Pipe). I then asked King where the Crack Pipe was located and he stated, "in one of my pockets". I immediately asked King to place his hands on top of his head in order to search him for the Drug Paraphernalia, and discovered an apprx. 3 inch cylindrical pipe with copper mesh stuffed in one end (which I know from training and experience to be used to smoke Crack Cocaine) inside his left pants pockets and an apprx. 4 inch metallic rod (in which I know from training and experience to be used to push Crack into the pipe, as drug paraphernalia).

I then asked King to sit on the ground and take his boots off in which I know  it can carry weapons and narcotics. King then took his boots off. I then asked King to take his socks off. When King took his right sock off, another apprx. 3 inch cylindrical pipe with copper mesh stuffed in one end (Crack Pipe) fell from inside his sock, in which he immediately tried to grab in order to conceal it from me.

While King was trying to reach for the Crack Pipe that fell, I immediately grabbed his arm and verbally told him to place his hands behind his back in order to place him in handcuffs. King refused my verbal commands and refused to place his hands behind his back. Ofc. Shane then came to my aid in order to place King's hands behind his back and King responded by kicking and flailing his arms, trying to escape Officers control and stand back up. King almost struck Ofc. Shane and I while he was trying to get away from our control. Ofc. Shane and I then kept verbally commanding King to stop resisting while he kept moving around and it took several moments for Ofc. Shane and I to gain control of King and able to successfully place him in handcuffs, (in which I suspected King to be under the influence of possibly a narcotic due to his abnormal behavior).

King was then transported to the police dept. for booking and processing. An NCIC/FCIC check on King came back with negative results. Based on the above information, I find probable cause to arrest King with 3 counts of Possession of Drug Paraphernalia, and 1 count of Resisting Arrest w/ violence F.S.S. 843.01. King was then TOT PBCJ.

| SWORN AND SUBSCRIBED BEFORE ME | SIGNATURE OF ARRESTING / INVESTIGATING OFFICER |
|---|---|
| | David Britto 886 |
| NOTARY PUBLIC / CLERK OF COURT / POLICE OFFICER | Britto, David 886 |
| | NAME OF OFFICER (PLEASE PRINT) |
| 01/29/09 | 01/29/09 |
| DATE | DATE |

PAGE 1 OF 1

DISTRIBUTION:   ONE FOR COURT   ONE FOR STATE ATTORNEY   TWO FOR AGENCY

026 9447)

3553 10CF6280

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

☐ Check if Supplement is Attached

1. Arrest   3. Request for Warrant
2. N.T.A.   4. Request for Capias

Juvenile N

| OBTS Number | | |
|---|---|---|

**ADMINISTRATIVE**

Agency ORI Number FLO 5,0,0,3,0,0   Agency Name BOYNTON BEACH POLICE DEPARTMENT   Agency Report Number (N.T.A.'s only) 3 4-1 10-1 0 2 8 0 5 | | |

Charge Type: Check as many as apply. ☒1. Felony ☐2. Traffic Felony ☐3. Misdemeanor ☐4. Traffic Misdemeanor ☐5. Ordinance ☐6. Other   If Weapon Seized Enter Type   Multiple Clearance Indicator

Location of Arrest (including Name of Business) NE 1st + NE 1st AVE   Location of Offense (Business Name, Address) 1006

Date of Arrest 8,6,2,10   Time of Arrest 1,5,3,4   Booking Date   Booking Time   Jail Date   Jail Time   Location of Vehicle

**DEFENDANT**

Name (Last, First, Middle) Ling, Myron L   Alias (Name, DOB, Soc. Sec. #, Etc.)

Race W - White B - Black I - American Indian O - Oriental/Asian BM   Sex M   Date of Birth 0,1,3,6,5   Height 5 11   Weight 170   Eye Color brown   Hair Color black   Complexion   Build

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description)   Marital Status S   Religion N/A   Indication of: Alcohol Influence Drug Influence   Y ☐ N ☐ Unk ☐

Local Address (Street, Apt. Number) 112 NE 4 AVE   (City) Boynton Beach   (State) FL   (Zip) 33435   Phone ( )   Residence Type: 1. City ☐ 2. County ☐ 3. Florida ☐ 4. Out of State ☐

Permanent Address (Street, Apt. Number)   (City)   (State)   (Zip)   Phone ( )   Address Source

Business Address (Name, Street)   (City)   (State)   (Zip)   Phone ( )   Occupation

Off. Number, State   INS Number   Place of Birth (City, State) Enterfield Alabama   Citizenship US

**CO-DEF**

Co-Defendant (Last, First, Middle)   Race   Sex   Date of Birth   ☐1. Arrested ☐2. At Large   ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile

Co-Defendant (Last, First, Middle)   Race   Sex   Date of Birth   ☐1. Arrested ☐2. At Large   ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile

**JUVENILE**

☐ Parent ☐ Legal Custodian ☐ Other:   Name (Last)   (First)   (Middle)   Residence Phone ( )

Address (Street, Apt. Number)   (City)   (State)   (Zip)   Business Phone ( )

Notified by: (Name)   Date   Time   Juvenile Disposition 1. Handled/Processed within Dept. and Released.   2. TOT HRS/DYS 3. Incarcerated

Released To: (Name)   Relationship   Date   Time

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2626) informed of any change of address. ☐ Yes. by: (Name)   ☐ No (Reason)   School Attended   Grade

Property Crime? ☐ Yes ☐ No   Description of Property   Value of Property

**CODE**

Drug Activity N. N/A R. Possess   S. Sell B. Buy T. Traffic   R. Smuggle D. Deliver E. Use   K. Dispense/ Distribute   M. Manufacture/ Produce/ Cultivate   U/Z. Other   Drug Type N. N/A A. Amphetamine   B. Barbiturate C. Cocaine E. Heroin   H. Hallucinogen M. Marijuana O. Opium/Deriv.   P. Paraphernalia S. Synthetic   U. Unknown Z. Other

**CHARGE**

Charge Description Strong Arm Robbery (Att)   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number 8 1 2 1 3   10 2.6   Violation of ORD #

Drug Activity N   Drug Type N   Amount / Unit N/A   Offense # 10 02 P05/   Warrant / Capias Number   Bond

Charge Description   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number   Violation of ORD #

Drug Activity   Drug Type   Amount / Unit   Offense #   Warrant / Capias Number   Bond

Charge Description   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number   Violation of ORD #

Drug Activity   Drug Type   Amount / Unit   Offense #   Warrant / Capias Number   Bond   JUN 12 '8:43

Charge Description   Counts   Domestic Violence ☐Y ☐N   Statute Violation Number   Violation of ORD #

Drug Activity   Drug Type   Amount / Unit   Offense #   Warrant / Capias Number   Bond

**NOTICE TO APPEAR**

Location (Court, Room Number, Address)

Court Date and Time   Month   Day   Year   Time   A.M.   P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/Custodian)   Date Signed

**ADMIN**

HOLD for other agency   Signature of Arresting Officer X   I.D. # 916   Name Verification (Printed by Arrestee) (PRINT)

☐ Dangerous ☐ Suicidal   ☐ Resisted Arrest ☐ Other   Name of Arresting Officer (Print) Smalk C   I.D. #

Intake Deputy   I.D. #   Pouch #   Transporting Officer D L R Lugur   I.D. # 874   Agency BBPD   Witness here if subject signed with an "X"   PAGE 1 of 1

BBPD #0148 REV. 09/07   DISTRIBUTION: WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - JAIL   GOLD - DEFENDANT (N.T.A.'s ONLY)

# Please contact
# one of the following
# telephone numbers
# for further information

| CENTRAL CLERK'S OFFICE | NORTH CLERK'S OFFICE | SOUTH CLERK'S OFFICE | WEST CLERK'S OFFICE |
|---|---|---|---|
| Violations Bureau, Room 2.2300 | Room 202 | Room 150 | Criminal Justice Bldg. |
| 206 N. Dixie Highway | 3188 PGA Blvd. | 200 West Atlantic Blvd. | 38844 State Road #80 |
| W. Palm Beach, FL 33402 | Palm Beach Gardens, FL 33410 | Delray Beach, FL 33410 | Belle Glade, FL 33430 |
| Telephone: 561-355-2994 | Telephone: 561-624-6608 | Telephone: 561-274-1530 | Telephone: 561-996-4843 |

NOT A CERTIFIED COPY

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | | 1. Arrest   3. Request for Warrant | | 1 | | Juvenile | N |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 2. N.T.A.   4. Request for Capias | | | | | |

| Agency ORI Number | Agency Name | | Agency Report Number | | |
| --- | --- | --- | --- | --- | --- |
| F L O 5 0 0 3 0 0 | BOYNTON BEACH POLICE DEPARTMENT | | 3 4 -\| 10 -\|28051 | | \|.\| |

Charge Type: Check as many as apply  ☒ 1. Felony   ☐ 2. Traffic Felony   ☐ 3. Misdemeanor   ☐ 4. Traffic Misdemeanor   ☐ 5. Ordinance   ☐ 6. Other___   Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| king, Myron | | B | M | 01/13/65 |

| Charge Description | Charge Description |
| --- | --- |
| Strong Arm Robbery (ATT) | |
| Charge Description | Charge Description |
| | |

| Victim's Name (Last, First, Middle) | | | | Race | Sex | Date of birth |
| --- | --- | --- | --- | --- | --- | --- |
| Balverdy-Ortiz, Larry | | | | H | M | 02/21/61 |

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source |
| --- | --- | --- | --- | --- | --- |
| 1006 SE 4th St. Boynton Beach FL 33035 | | | | 561 -541 7160 | V |

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody . .
☐ committed the below acts in my presence.
☐ confessed to ___
   admitting to the below facts.
☒ was observed by    Balverdy-Ortiz    who told    Ofc Schalk, C
that he/she saw the arrested person commit the below acts
☒ was found to have committed the below acts, resulting from my (described) investigation.

On the 12 day of June 20 10 at 1534 ☐ A.M. ☒ P.M. (Specifically include facts constituting cause for arrest.)

    An Attempted strong arm robbery at 1006 SE 4th St. Boynton Beach FL. Upon meeting with (VICTIM) Balverdy-Ortiz, Larry he stated the following: While walking north bound in the area of 1000 SE 4th St. the above mentioned B/M approached Balverdy, and asked for sixty five cents. As Balverdy took out three dollars from his front pants pocket the suspect grabbed his right hand, and attempted to take his money. Balverdy was able to break free (no money taken), and told the suspect to leave him alone, and that he didn't want any problems. The suspect then fled the area and traveled northbound on S. Federal highway. Initially Balverdy stated the suspect was riding a three wheel bicycle, and was wearing a green shirt with blue pants. Upon questioning him again Balverdy then stated the suspect was wearing a blue shirt, blue pants, riding a two wheel bike with what appeared to be milk crates on both sides of the rear tire. It should be noted that Balverdy was extremely inconsistent with his story. Balverdy was given a case card with case number, and completed a sworn written statement.

    After leaving the victims residence, units continued to canvass the surrounding area, still yielding negative results. It should be noted that after discussing the description of the above B/M via Police radio with other Officers, they said that the above subject matches the description of B/M Myron King. Officers checked the surrounding area, and could not locate Mr King.

    At approximately 1534 hours King came to the BBPD, because he heard officers were looking for him. King was read his Miranda Rights and confessed to being involved in the above incident, his story matched Balverdy-Ortiz story except King stated he never tried to take any money. King completed a recorded statement. A photo line up was produced and King was positively ID'd by Balverdy-Ortiz Based on the aforementioned, King was placed in temporary hand restraints (under arrest) (checked for tightness and double locked) for Strong arm robbery pursuant to FSS 812.13 (2)(C).

| SWORN AND SUBSCRIBED BEFORE ME | | SIGNATURE OF ARRESTING / INVESTIGATING OFFICER |
| --- | --- | --- |
| NOTARY PUBLIC / CLERK OF COURT / POLICE OFFICER | | Schalk, C 916 |
| 06/12/2010 | | NAME OF OFFICER (PLEASE PRINT) |
| DATE | | 06/12/2010 |
| | | DATE |

| | PAGE 1 OF 1 |
| --- | --- |

**STATE OF FLORIDA**
VS.

CASE NO. 2010mm0445AX

Name Myron King                    DOB 1/13/65   Race B   Sex M   Arrest

For: ① Trespass in a Structure & Conveyance

Cit.# _____ Disc# _____ ISS _____ Agency _____

Bond Amt _____ Type _____ Amt _____ Ref _____ A/C _____

Date: _____ Judge: K. Neff   State: M. Sandsmark

Interp:   Spanish/Creole Present/Needed   Deft _____ (Pres W/Counsel PD)

☐ RECALL CAPIAS   ☐ CAPIAS ORDERED   Bond Set $ _____   ☐ Bond Forf/Disch/Remains

Obtain/Waive Atty   ☐ Advised of rights   ☐ Sworn & Testified   ☐ Indigent/Not Indigent

Plea: ☐ Not Guilty  ☐ Private counsel _____ Appt.   ☐ PD Appt'd $50 Fee   ☐ PD Discharged

☐ G CT _____   ☐ NC CT _____   Adj: ☐ G CT _____   NG CT _____   ☐ W/Held CT _____

☐ PLEA TO COURT   ☐ Best int.   ☐ Action/plea/bond forfeiture of _____ vacated & set aside   ☐ Sentencing Passed

☐ Nolle Prosequi CT _____   ☐ Dismiss CT _____

☐ SEE Order Assessing Costs/Judgment _____ Mos/Days to pay _____   Report immediately to Clerks Office
To Complete collections agreement

Total deduct $ _____ from cash bond in case # _____   Apply To: _____

Jail sent. Consec/Concur W/ _____

Prob _____ Yrs/Mos Consec/Concur W/ _____

☐ Prob Term/Rev/Continue   ☐ _____ Day Immobilization   ☐ AA/NA mtg   ☐ Driver Lisc Susp. _____ Mos/Yrs.

Early term after _____ Mos/when conditions are met   ☐ Hrs Comm Serv in lieu of fine/costs

_____ Hrs Comm Service/enroll w/in _____ days   ☐ W/PBCCS program/Non prof. Org.   ☐ BIP/enroll w/in _____ days

☐ DUI School/enroll w/in _____ days/any rec. treat   ☐ VIP/enroll w/in _____ days   ☐ No Consum/Poss Alcohol/Drug/Mind Altering Sub. W/O RX

☐ Psych/drug/alcohol eval/treat as needed   ☐ PIPE/PREP   ☐ Random Alcohol/Drug Test at Deft Expense   ☐ HIV/STD/Hep A,B,C test/class

☐ No violent Contact w/Victim   Restitution ordered/reserved $ _____ TO _____

Felony Case, no legal. Misdemeanor information filed in open court. No Misdemeanor case number created at time of plea. DNA swabs

Arraign Cs Dispo  NJ  Trial  Tral  Plea  Cal Call  Status  Prelim  Final  Sent  Rest Hrg   on _____ Div _____ at _____ M

☐ Deft pres waived/required   Also set for: _____   on _____ Div _____ at _____ M

· ☐ Clerk to notice   ☐ PD to notice   ☐ WST Waiver Of Jury   ☐ File to Judges Office   ☐ St/Def Motion for cont granted/denied.

Bondsman: _____   Prob: _____   GAL: _____

Deft: X _____

By: _____   Def Counsel: X _____
Deputy Clerk

Mailed To: _____

**JAIL INFORMATION**

☐ Time Served
☐ Jail _____ 20 _____ Mos/Days
☐ With credit for 20 days
already served
☐ Straight Time/Served as _____
☐ Short/long weekends _____
☐ No objection to work release
☐ May do In-House Arrest
Jail sent to commence on _____
at _____ M.
☐ REMANDED
   ☐ SERVICE OF CAPIAS
   ☐ DO NOT FIRST APPEAR
Bond set at/reduced to $ _____
☐ RELEASE SOR/OR

☐ Room _____ , County Courthouse
205 N. Dixie, West Palm Beach

☐ Room _____ , So County Complex
200 W. Atlantic Ave., Delray Beach

☐ Room _____ , No County Complex
3188 PGA Blvd., Palm Beach Gardens

☐ Courthouse, Criminal Justice Bldg. _____
38844 State Road 80, Belle Glade

☐ Courtroom, Criminal Justice Complex
3228 Gun Club Rd., West Palm Beach

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT MS. MARY JAFFE, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURT-HOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA, 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE, IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

# EXHIBIT

# C

# EMPLOYEE TRAFFIC CITATION REPORT

DATE: *03-28-2013*     EMPLOYEE'S NAME: *Andre' Robinson*

DRIVER'S LICENSE NUMBER: *R-152-012-64-175-0*

CITATION NUMBER: _____     CITATION DATE: *03/11/2013*

OFFENSE: *Red Light* _____

_____

PLACE OF ISSUANCE:

    CITY: *Palm Springs* _____

    COUNTY: *Palm Beach County*   STATE: *FLA*

ISSUING POLICE AGENCY: *Palm Springs* _____

COMPANY VEHICLE NUMBER: *1104* _____

PRIVATE VEHICLE:   YES OR (NO)  *(Circle one)*

DO YOU INTEND TO GO TO COURT?   (YES) OR NO  *(Circle one)*

COURT DATE: _____ *(Documentation must be provided)*

## PLEASE ATTACH A COPY OF THE CITATION



**Village of Palm Springs, Florida**
**Intersection Safety Program**
P.O. Box 22091
Tempe, AZ 85285-2091

Payments are not accepted at this address.

## NOTICE OF VIOLATION

| | |
|---|---|
| | If you have questions or want to view your video, images or pay online, login to www.ViolationInfo.com |
| | NOTICE #: 1341300016356 |
| | PIN: 7161 |

**BOARD OF COUNTY COMMISSIONERS OF PBC**
2455 VISTA PKWY
WEST PALM BEACH, FL 33411

**Amount Due: $158.00**

**Due Date: 04/21/2013**



| ON/ (Date) | AT TIME | AT LOCATION | | COUNTY |
|---|---|---|---|---|
| 03/11/2013 | 10:05 AM | NB S CONGRESS AVE / SR-807 @ 10TH AVE N | | PALM BEACH |

| NAME | | | | |
|---|---|---|---|---|
| BOARD OF COUNTY COMMISSIONERS OF PBC | | | | |

| STREET ADDRESS | | | | |
|---|---|---|---|---|
| 2455 VISTA PKWY | | | | |

| CITY | | STATE | ZIP CODE | |
|---|---|---|---|---|
| WEST PALM BEACH | | FL | 33411 | |

| DID UNLAWFULLY | ■ OPERATE/DRIVE | □ PARK | |
|---|---|---|---|

| VEHICLE | YEAR 2011 | MAKE GLLG | MODEL | STYLE BU | COLOR UNK |
|---|---|---|---|---|---|
| | LIC | NUMBER TC4759 | STATE FL | REGISTRATION NUMBER | |

Did then and there commit the following offense:
**FAILURE TO COMPLY WITH A STEADY RED SIGNAL**
The recorded images relating to the vehicle stated above are evidence of this violation.

IN VIOLATION OF:
Florida Statute §§ 316.0083, 316.074(1) and 316.075(1)(c)1

POLICE DEPARTMENT
DFC ~~~~~   ID# 112

The traffic infraction enforcement officer named or law enforcement officer above has reviewed the recorded images evidencing the red light signal infraction, has identified the license tag number of the violating vehicle and has found reasonable and probable grounds that an offense has been committed.
**STATUTORY PENALTY OF $158.00**

| ISSUE DATE |
|---|
| 03/22/2013 |

## IF YOU HAVE QUESTIONS ABOUT THIS NOTICE, PLEASE GO TO WWW.VIOLATIONINFO.COM

---

Pay with your Visa or MasterCard at www.ViolationInfo.com or mail your check or money order with this coupon to the address below.

  

| | VISA | NAME: BOARD OF COUNTY COMMISSIONERS OF | DUE: 04/21/2013 |
|---|---|---|---|
| | | NOTICE #: 1341300016356   VERSION: 1 | ISSUED: 03/22/2013 |
| | | PLATE: TC4759   STATE: FL   TYPE: | |

No points will be assessed for this Notice of Violation

✓ Si necesitas ayuda en Español, favor de llamar al 1.866.228.8876.
✓ Make your check or money order payable to Village of Palm Springs.
✓ DO NOT MAIL CASH.
✓ Write the Notice # on the front of your payment.
✓ Insert this tear-off coupon in the enclosed envelope with the address (at the right) showing through the window.
✓ It is recommended that you respond with payment or an affidavit 8 days prior to your due date in order to avoid issuance of a Uniform Traffic Citation resulting in additional costs and potential court appearance.

**Village of Palm Springs**
**Payment Processing Center**
PO Box 742527
Cincinnati, OH 45274-2527

RISK MGMT.
Received

MAR 2 7 2013

DEPT.

**AMOUNT DUE: $158.00**

1  1341300016356  000006077161  158008



**ANDRES ROBINSON II ARBITRATION – 10/28/09 ACCIDENT – CHRONOLOGY**

1. 1/12/00  preventable accident (PA), hit light pole

2. 2/4/02  PA with another bus, written reprimand

3. 7/7/03  PA rear end, citation, 2 day suspension, 2nd within 2 years

4. 2/7/04  PA  parked vehicle, 2 day suspension, 2nd within 2 years

5. 3/7/06  PA with vehicle, offered last chance agreement after suspension, rejected,
   terminated 6/30/06, reinstated by arbitrator 3/07

**THREE PA's WITHIN 2 YEARS:**

6. 10/30/07  PA while turning, hit parked car, 1 day suspension without pay

7. 12/23/08  PA rear ended two vehicles at stop light,  5 day suspension without pay,  subject
   of pending lawsuit against County.

8. 10/28/09  PA, terminated 1/20/10,  grievance filed 2/1/10, demand for arbitration 3/1/10





**Palm Tran**

**Administrative Offices**

3201 Electronics Way

West Palm Beach, FL 33407-4618

(561) 841-4200

FAX: (561) 841-4291

**Palm Tran Connection**

50 South Military Trail

Suite 101

West Palm Beach, FL 33415-3132

(561) 649-9838

FAX: (561) 514-8365

www.palmtran.org

■

**Palm Beach County
Board of County
Commissioners**

Paulette Burdick, Mayor

Melissa McKinlay, Vice Mayor

Hal R. Valeche

Dave Kerner

Steven L. Abrams

Mary Lou Berger

Mack Bernard

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity
Affirmative Action Employer"*

Official Electronic Letterhead

March 29, 2017

RETURN RECEIPT/U.S. MAIL

Mr. Andre Robinson
1517 W 9th St.
Riviera Beach, FL 33404

Dear Mr. Robinson:

This letter is to advise you that after reviewing the evidence presented to me at the pre-termination hearing on Monday, March 20, 2017, regarding your violation of Palm Tran's **Substance Abuse Policy**, I have decided not to terminate your employment. However, your continued employment with Palm Tran will be contingent on your strict compliance with Palm Tran's Substance Abuse Policy, including, but not limited to Sections 6.4, 7.2(E), the recommendations of the Substance Abuse Professional (SAP) and agree to the terms and conditions pursuant with Palm Tran's "Last Chance Agreement."

If you have any questions regarding my decision and the terms of your continued employment, please contact Lavern Blackwood, Interim Human Resources Manager at (561) 841-4337.

Sincerely,

Clinton B. Forbes
Executive Director

c:      Donna Raney, Chief Assistant County Attorney
        Sean K. Smith, Director, Operations
        Joe Doucette, Director, Administrative Services
        B.J. Barrow, Senior Manager, Operations
        Amalgamated Transit Union, Local 1577
        Employee File



**Palm Tran**

**Administrative Offices**

3201 Electronics Way

West Palm Beach, FL 33407-4618

(561) 841-4200

FAX: (561) 841-4291

**Palm Tran Connection**

50 South Military Trail

Suite 101

West Palm Beach, FL 33415-5132

(561) 649-9838

FAX: (561) 514-8365

www.palmtran.org

■

**Palm Beach County**

**Board of County**

**Commissioners**

Mary Lou Berger, Mayor

Hal R. Valeche, Vice Mayor

Paulette Burdick

Shelley Vana

Steven L. Abrams

Melissa McKinlay

Priscilla A. Taylor

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity*
*Affirmative Action Employer"*

Official Electronic Letterhead

April 27, 2016

Mr. Andre Robinson
North County Bus Operator
3201 Electronics Way
West Palm Beach, Florida 33407

Dear Mr. Robinson:

We have met several times regarding the Red Light Infractions of March 11, 2013,  February 4, 2014 and March 24, 2015.

It has been determined by the company that there shall be no discipline issued for the above described Red Light Infractions.

For future reference, if you receive, a Red Light Ticket Infraction, the company will issue discipline.

At all times you shall  use due caution and care at all intersections whether controlled or not controlled by a traffic signal.

A copy of this letter will be placed in your personal file.

Regards,

Jeanne M. Rougeau
Safety and Training Department

Cc:   Personnel
      ATU, Local 1577



**Florida MVR Services, Inc**
P.O. Box 13905
Tallahassee, Florida 32317
Phone: (850) 894-8201 Fax: (850) 894-0538
www.flmvr.com

*Authorized by State Department of Highway Safety and Motor*
*Vehicles as a Network Provider of Florida Motor Vehicle Reports*

```
------------------------- DRIVING REPORT-------------------------

STATE OF RECORD    : FLORIDA          COMPANY NUMBER:  14621
AMOUNT OF HISTORY : 7YR                  REF. NUMBER:  2019393
REPORT DATE/TIME  : 03/05/14 12:56          COMMENTS:


------------------------- DRIVER INFORMATION-------------------------

ANDRE L ROBINSON                    DOB: 05/15/1964     SEX: M
1517 W 9TH ST                     HEIGHT: 5' 7"      RACE: AFRICAN AME
RIVIERA BEACH FL 334046501         COUNTY: PALM BEACH


------------------------- LICENSE INFORMATION-------------------------

LICENSE NUMBER  :
LICENSE CLASS   : CDL-B, ANY SINGLE VEHICLE WITH GVWR OF
                  26001 LBS OR MORE               ISSUED: 05-11-2010
LICENSE STATUS  : VALID PENDING               EXPIRES: 05-15-2018
LICENSE RESTR   : CORRECTIVE LENSES
LICENSE ENDOR   : ENDORSED FOR OPERATING VEHICLES HAULING
                  PASSENGERS
LICENSE ENDOR   : ENDORSED FOR OPERATING SCHOOL BUSES

PERMIT ISSUED   : CDL TEMPORARY PERMIT ISSUED      ISSUED:  08-18-2006
PERMIT STATUS   : EXPIRED PENDING              EXPIRES: 02-14-2007


------------------------- STATE SPECIFIC INFORMATION-------------------------

EXAMS TAKEN: VISION=1  RD SIGN=1  RD RULES=3  DRIVE=1  MC RULES=0  MC SKILL=0
CDL EXAMS TAKEN: VISION=1  GEN KNOWLEDGE=6  AIR BRAKES=3  COMB VEHICLE=0
    DOUBLE TRIPLES=0  TANKER=0  HAZARDOUS MAT=0  PASSENGER TRANSPORT=1
    INSPECTION=1  SKILLS=1  BASIC SKILLS=0  SCHOOL BUS=2
ORIGINAL ISSUE DATE :  01-18-1984
ORIGINAL CDL ISSUE DATE : 03-24-1992
REAL ID COMPLIANT
US CITIZEN
RECORD APPEARS IN NATIONAL DRIVER REGISTER
BLOCKED PERSONAL INFORMATION
BLOCKED FOR MAILING LIST
PERSON HAS A DIGITAL IMAGE
NOT ELIGIBLE TO ELECT DRIVER SCHOOL. DRIVER HAS MADE 5 ELECTIONS. LAST
ELECTION WAS ON 01-21-2000. VIOLATIONS COMMITTED WHILE A CDL HOLDER OR
IN A CMV VEHICLE ARE NOT ELIGIBLE FOR DRIVING SCHOOL ELECTION.
RECORD APPEARS IN CDLIS
(C) NON-EXCEPTED INTRASTATE. OPERATE OR EXPECT TO OPERATE ONLY IN
INTRASTATE COMMERCE AND IS REQUIRED TO MEET STATE OF FLORIDA MEDICAL
CERTIFICATION REQUIREMENTS. (MEDICAL CARD REQUIRED - NOT VALID AFTER
MIDNIGHT 04-23-2014.)
```

```
CLASS E DUPLICATE              09-10-1985    CLASS E DUPLICATE         10-02-1987
CLASS C DUPLICATE              11-15-1990    CLASS B DUPLICATE         07-27-1993
CLASS B DUPLICATE              09-09-1993             CDR/CDT CLEARANCE 01-14-1994
CLASS B DUPLICATE              01-14-1994    CLASS B DUPLICATE         04-15-1994
CLASS B DUPLICATE              05-26-1994    CLASS B CDR/CDT CLEARANCE 12-16-2003
CLASS B REPLACEMENT            09-01-2006    CLASS B CDR/CDT CLEARANCE 04-17-2007
CLASS B CDR/CDT CLEARANCE 11-05-2007         CLASS B CDR/CDT CLEARANCE 11-20-2007
CLASS B CDR/CDT CLEARANCE 07-18-2012         CLASS B CDR/CDT CLEARANCE 11-27-2012
CLASS B REPLACEMENT            01-06-2014

------------------------------ DRIVING HISTORY------------------------------
   DATE      TYPE                    DESCRIPTION                        PTS

07-01-12   SANCTION      FR-CANCELLATION
                         PERSONAL INJURY PROTECTION/PROPERTY DAMAGE
                         LIABILITY(PIP)
                         SUSPENSION
                         CASE NUMBER 723488181
                         COUNTY:            STATE:
                         SANCTION LENGTH:
                         NOTICE REQUIRED BY S.322.251 GIVEN: -
07-18-12   REINSTATED    COMPLIED WITH REQUIREMENTS, LICENSE REINSTATATED

11-26-12   SANCTION      FR-CANCELLATION
                         PERSONAL INJURY PROTECTION/PROPERTY DAMAGE
                         LIABILITY(PIP)
                         SUSPENSION
                         CASE NUMBER 724098307
                         COUNTY:                STATE:
                         SANCTION LENGTH:
                         NOTICE REQUIRED BY S.322.251 GIVEN: -
11-27-12   REINSTATED    COMPLIED WITH REQUIREMENTS, LICENSE REINSTATATED

03-25-14   SANCTION      FAILED TO PAY TRAFFIC FINE(PENALTY)
                         PENDING SUSPENSION
                         CITATION NUMBER: A1UMIJE
                         COUNTY COURT ACTION
                         COUNTY: PALM BEACH    STATE:
                         SANCTION LENGTH: Indefinite
                         NOTICE REQUIRED BY S.322.251 GIVEN: 03-05-14

12-23-08   VIOLATION     FAILURE TO USE DUE CARE                       6 PTS
02-25-09   DISPOSITION   DISPOSITION WAS GUILTY
                         COUNTY COURT
                         CRASH INDICATED
                         CITATION NUM: 4572RMJ
                         STATE ASSIGNED VIOL. REF. NUM:  17
                         COUNTY: PALM BEACH    STATE:
                         SCHOOL ELECTED:  NO
                         COMMERCIAL MV:  NO

02-15-11   VIOLATION     SEAT BELT VIOLATION                           0 PTS
03-16-11   DISPOSITION   DISPOSITION WAS GUILTY
                         COUNTY COURT
                         CITATION NUM:  6110WAI
                         STATE ASSIGNED VIOL. REF. NUM:  18
                         COUNTY: PALM BEACH    STATE:
                         SCHOOL ELECTED:  NO
```

```
                            COMMERCIAL MV:  NO

08-03-11  VIOLATION        316.0083 RED LIGHT CAMERA              0 PTS
10-04-11  DISPOSITION      DISPOSITION WAS GUILTY
                           COUNTY COURT
                           CITATION NUM:  3898LAH
                           STATE ASSIGNED VIOL. REF. NUM:  21
                           COUNTY:  PALM BEACH    STATE:
                           SCHOOL ELECTED:  NO
                           COMMERCIAL MV:  NO

09-12-13  VIOLATION        CARELESS DRIVING                       3 PTS
10-15-13  DISPOSITION      DISPOSITION WAS GUILTY
                           COUNTY COURT
                           CITATION NUM:  A02DUAE
                           STATE ASSIGNED VIOL. REF. NUM:  32
                           COUNTY:  PALM BEACH    STATE:
                           SCHOOL ELECTED:  NO
                           COMMERCIAL MV:  NO

11-18-13  VIOLATION        FAIL TO PAY TRAFFIC FINE               0 PTS
11-18-13  DISPOSITION      DISPOSITION WAS GUILTY
                           COUNTY COURT
                           CITATION NUM:  A02DUAE
                           STATE ASSIGNED VIOL. REF. NUM:  34
                           COUNTY:  PALM BEACH    STATE:
                           SCHOOL ELECTED:  NO
                           COMMERCIAL MV:  NO

12-17-13  VIOLATION        FAIL TO PAY TRAFFIC FINE               0 PTS
12-17-13  DISPOSITION      DISPOSITION WAS GUILTY
                           COUNTY COURT
                           CITATION NUM:  A02DUAE
                           STATE ASSIGNED VIOL. REF. NUM:  35
                           COUNTY:  PALM BEACH    STATE:
                           SCHOOL ELECTED:  NO
                           COMMERCIAL MV:  NO

01-16-14  VIOLATION        FAIL TO PAY TRAFFIC FINE               0 PTS
01-16-14  DISPOSITION      DISPOSITION WAS GUILTY
                           COUNTY COURT
                           CITATION NUM:  A02DUAE
                           STATE ASSIGNED VIOL. REF. NUM:  36
                           COUNTY:  PALM BEACH    STATE:
                           SCHOOL ELECTED:  NO
                           COMMERCIAL MV:  NO

02-26-14  VIOLATION        FAIL TO PAY TRAFFIC FINE               0 PTS
02-26-14  DISPOSITION      DISPOSITION WAS GUILTY
                           COUNTY COURT
                           CITATION NUM:  A1UMIJE
                           STATE ASSIGNED VIOL. REF. NUM:  37
                           COUNTY:  PALM BEACH    STATE:
                           SCHOOL ELECTED:  NO
                           COMMERCIAL MV:  NO

12-23-08  ACCIDENT         INVESTIGATED BY SHERIFF
                           CRASH INDICATES BODILY INJURY
```

```
                    CITATION WAS ISSUED
                    CRASH REPORT NUM:  80262942
                    COUNTY:  PALM BEACH     STATE:

06-14-12  ACCIDENT  INVESTIGATED BY SHERIFF
                    CRASH INDICATES PROPERTY DAMAGE
                    CITATION WAS ISSUED
                    CRASH REPORT NUM:  83465027
                    COUNTY:  PALM BEACH     STATE:

-----------------------------------------------------------------
                    ***  END OF REPORT  ***
```

*The information in this report comes directly from the Florida Department of Highway Safety and Motor Vehicles (DMV). Florida MVR Services, Inc. cannot make changes to the record we can only provide you with a copy of the report.*

Tanya Russell A.

| | |
|---|---|
| **From:** | Leon St. John |
| **Sent:** | Monday, September 20, 2010 5:43 PM |
| **To:** | Chuck Cohen D.; B.J. Barrow; Tanya Russell A.; Donna Raney |
| **Attachments:** | ROBINSON II accident chronolgy.doc |

Could someone check this list of accidents for accuracy please.

Also, I have some questions:

1.  Chuck's term letter of 1/20/10 , page two, #(1) refers to 8 accidents in 10 years. The CBA in Art. 16-6 only allows us to consider accidents in the last 2 years. This was the violation the arbitrator partially based his decision on to reinstate in Robinson I. This may be the reason they are taking this to arbitration. What is the reason that reference to the 10 years is in the term letter?

2.  There are still some documents I do not have. For instance, the first document I have relating to this arbitration is the 1/20/10 term letter. I would like to have the Notification and Acknowledgment of Violation of Rules and Regulations notice in this case, the Acc Rev Bd report, the pre-term notice letter, and any other document relating to this arbitration. I am meeting with BJ on 9/22 at 3 pm on this case. Can someone have the complete file on this termination somewhere where I can go through it at 1:30 pm please?

3.  I also need a copy of the CBA in effect on the date of the accident, 10/23/09.
    Thanks.

*2pm Tues.*

# EMPLOYEE TRAFFIC CITATION REPORT

DATE: 4-15-2015        EMPLOYEE'S NAME: André Robinson

DRIVER'S LICENSE NUMBER: R-152-012-64-175-0

CITATION NUMBER: 185150064929   CITATION DATE: 3-24-2015

OFFENSE: Red light Camera

PLACE OF ISSUANCE:

CITY: Boynton Beach

COUNTY: ~~Boynton Beach~~ Palm Beach     STATE: FLA

ISSUING POLICE AGENCY: _____

COMPANY VEHICLE NUMBER: 1307

PRIVATE VEHICLE:    YES  OR (NO)  *(Circle one)*

DO YOU INTEND TO GO TO COURT?    (YES) OR  NO  *(Circle one)*

OPERATOR'S SIGNATURE: André Robinson

COURT DATE: _____ *(Documentation must be provided)*

## PLEASE ATTACH A COPY OF THE CITATION

## Attachment to Notification and Acknowledgment of Violation of Rules and Regulations

Andre Robinson
Bus#0712
January 4, 2014

### Offense/Incident:

The Operator failed to report Accident/Incident immediately to the immediate supervisor on duty either by telephone or radio.

### Detailed Description of Offense/Incident:

While reviewing your report and video from Bus #0712 on the 4th of January, 2014 the following was observed:

| | |
|---|---|
| 7:53:27 | Passed up waiting passenger – time of Window Incident |
| 7:53:54 | Stopped bus |
| 7:54:10 | Stepped off bus |
| 7:54:22 | Stepped back on bus |
| 7:54:32 | Bus proceeds on |
| 7:54:43 | Stopped bus |
| 7:55:07 | Passed up passenger and operator have conversation |
| 7:56:01 | Passed up passenger walks away from bus |
| 7:56:06 | Operator makes radio call |
| 7:57:04 | Bus proceeds on |
| 7:57:39 | Stopped bus |

The operator did not notify the company until almost three (3) minutes after the incident occurred.

### Action Taken:

Verbal – Not notifying company immediately of accident/incident

### Corrective Action:

The operator shall follow the LMA Agreement regarding Article 34, Section 1, "Any employee involved in any accident or incident involving a company vehicle or passenger will make an immediate report by telephone or mobile radio to their immediate supervisor on duty."

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _4 / 4 / 2012_

Employee's Name: _ANDRE ROBINSON_

---

Department    ☑ Operations    ☐ Maintenance

Classification:    ☐ Maintenance Technician    ☐ Technician Trainee    ☑ Bus Operator
                   ☐ Utility Worker    ☐ Paint & Body Specialists    ☐ Storekeeper

Date of Offense/Incident: _4 , 3 , 2012_    Date Offense/Incident Reported to Company: _4 , 3 , 2012_

Offense/ Incident Reported by _Complaint from Customer Service_    Witness: _Video Camera_

Offense/Incident: _Don't Follow Detour on Route 31._

Detailed Description of Offense/Incident: _Operator Robinson never follow detour. When he was in his 1st trip south and northbound._

Action Taken:

☑ Verbal Warning

☐ Written Reprimand

☐ Suspension: _____ to _____
                Begin date         End date

Bus # 0409
Block 3103
Time: 2:40 - 2:55 pm.

Corrective Action: _Operator need to follow instruction and detours when are posted in the palesenet_

_[Supervisor's Signature]_    _4 / 4 / 2012_
Supervisor's Signature    Date

_B W Barr_    _4 , 4 , 12_
Manager's Signature    Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

A.R.  ☐ In agreement
      ☑ Under protest    Comments: _No body told me, And it wasn't in the paddle board a detour sheet. A supervisor gave me one._

_Andre Robinson_    _04 , 15 , 2012_
Employee's Signature    Date

---

**DISTRIBUTION**    White - Employee    Canary - Human Resources    Pink - Union

Form/Discipline/Reprimand  4th Misc. Cut and    Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 7 / 13 / 2012

Employee's Name: A. Robinson

Department ☑ Operations  ☐ Maintenance

Classification: ☐ Maintenance Technician  ☐ Technician Trainee  ☑ Bus Operator
☐ Utility Worker  ☐ Paint & Body Specialists  ☐ Storekeeper

Date of Offense/Incident: 6 / 14 / 2012    Date Offense/Incident Reported to Company: 6 / 14 / 2012

Offense/ Incident Reported by: Operator    Witness: Video

Offense/Incident: Vehicle Crash

Detailed Description of Offense/Incident: On the 14th of June, 2012 while driving bus # 0101 your vehicle made contact with the vehicle ahead of yours at a traffic light.

Action Taken:

☐ Verbal Warning

☐ Written Reprimand

☐ Suspension: 7-18-2012 to 7-18-2012 (1 day)
Begin date        End date

Corrective Action: Operator shall use due care when operating a Palm Tran vehicle & be more aware of the safety zone around the bus for any hazards which may cause your vehicle to be involved in a collision.

(Gene Rougeau)        7 / 13 / 2012
Supervisor's Signature        Date

B J Bain        07 / 13 / 12
Manager's Signature        Date

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐ In agreement
☐ Under protest    Comments:

Andre Robinson        07 / 18 / 2012
Employee's Signature        Date

**DISTRIBUTION**    White – Employee    Canary – Human Resources    Pink – Union

Forms/Discipline/Bargaining – 4th Miss Out.wnd        Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 8, 20, 12

Employee's Name: Robinson, Andre

---

| Department | ☑ Operations | ☐ Maintenance |

Classification: ☐ Maintenance Technician    ☐ Technician Trainee    ☑ Bus Operator
　　　　　　　☐ Utility Worker　　　　　☐ Paint & Body Specialists   ☐ Storekeeper

Date of
Offense/Incident: 8, 13, 12

Date Offense/Incident
Reported to Company: 8, 20, 12

Offense/ Incident
Reported by: L. Chung

Witness: Video Bus #4118
356.53, 359.39

Offense/Incident: Cell phone use while driving

Detailed Description of Offense/Incident: While operating Bus #0418 on the 13th of
August 2012 approximately 3rd pm a Supervisor reported a video to be viewed due to
a concern regarding your vehicle not stopping to pick up passengers. While reviewing
the video it was noted that you did miss at one stop, bus also noted the
use of your cell phone while the bus was in motion.

Action Taken:

☑　　Verbal Warning

☐　　Written Reprimand

☐　　Suspension: _____ to _____
　　　　　　　　　Begin date　　　　End date

Corrective Action: Operator shall follow Notice # 2009-013 regarding
the use of Cell Phones and the use of Personal Electronic Devices
including Hands Free devices while operating a Palm Tran vehicle.

Ayria Chung
Supervisor's Signature

8, 20, 12
Date

Br Bauer
Manager's Signature

8, 21, 12
Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance
rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written
grievance to the Human Resources Manager.

☐　In agreement
☑　Under protest

Comments: I'm sorry I have been the day I was
my bus was packed & I was long lining base what to do

Andre Robinson
Employee's Signature

08, 21, 2012
Date

---

**DISTRIBUTION**　　　White - Employee　　　Canary - Human Resources　　　Pink - Union

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 2/24/2012

Employee's Name: Andre' Robinson

---

Department   ☑ Operations   ☐ Maintenance

Classification:   ☐ Maintenance Technician   ☐ Technician Trainee   ☑ Bus Operator
   ☐ Utility Worker   ☐ Paint & Body Specialists   ☐ Storekeeper

Date of Offense/Incident: 2/14/2012

Date Offense/Incident Reported to Company: 2/14/2012

Offense/Incident Reported by: Complaint #52865   Witness: Video Camera

Offense/Incident: Operator passing passanger at bus stop

Detailed Description of Offense/Incident: Operator Robinson pass a passanger at bus stop, 2243 10 st.

Action Taken:

☑   Verbal Warning

☐   Written Reprimand

☐   Suspension: _____ to _____
   Begin date        End date

Bus # 908
Route: 20
Time: 8:36:55 AM

Corrective Action: Operator Robinson need to stop for passanger at bus stop

_____   2/24/2012
Supervisor's Signature      Date

_____   2/24/12
Manager's Signature         Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐   In agreement
☑   Under protest   Comments: Would like to see video please

Andre' Robinson   02/24/2012
Employee's Signature   Date

---

**DISTRIBUTION**   White - Employee   Canary - Human Resources   Pink - Union





**Palm Beach County**
**Board of County Commissioners**
Burt Aaronson, Chair
Karen T. Marcus, Vice Chair
Jeff Koons
Shelley Vana
Steven L. Abrams
Jess R. Santamaria
Priscilla A. Taylor

**County Administrator**
Robert Weisman

3201 Electronics Way • West Palm Beach, FL 33407-4618
Phone: (561) 841-4200 • Fax: (561) 841-4291

January 20, 2010

Mr. Andre Robinson
1517 W 9th Street
Riviera Beach, Florida 33404

Dear Mr. Robinson:

A pre-termination hearing was held on January 6, 2010. This action was triggered by your last preventable (at fault) accident that occurred on October 28, 2009, that gave you three at fault accidents within two years. You were represented at the hearing by Dwight Mattingly and other members of the Amalgamated Transit Union, Local 1577.

You and your Union representatives made several points in arguing against your termination, including:

- That the Safety Board made a bad decision in regard to your last accident of October 28, 2009.
- That the speed information on the video, specifically where it shows the speed increasing, was not accurate.
- That the brakes on the bus failed and by Palm Tran standards needed to be replaced.
- That I should review the video from the accident which you stated would show that you took reasonable actions in attempting to stop the bus.

In regard to the arguments made by you and your Union, we discussed the following:

- That Article 34 of the Labor Management Agreement specifically provides that the decision of the Accident Review Board (ARB) as to the preventability of the accident shall be final. You received the benefit of this in 2003/2004 when the ARB found in your favor and the Company (Palm Tran) did not take disciplinary action as a result of the ARB determination.

- While the brakes were determined, after the fact, to require preventive maintenance under Palm Tran's standards, they did not fail and were within operating standards for the vehicle. This issue was raised by you and taken into consideration by the ARB. Further, you operated the bus for 20-30 minutes prior to the accident, and did not find any issues with the brakes. You confirmed this during the pre-termination hearing.

- I watched the video as I promised. I specifically watched the speed and the timing of your actions in taking your foot from the accelerator and placing it onto the brake, using two and three different cameras, as you asked. Frankly, I think whether or not you were accelerating at the time is truly a non issue. What I believe is significant, based on my review of the tapes, is that the separation distance between you and the vehicle in front of you, based on the speed you were traveling was inadequate for you to stop the bus without striking the vehicle in front of you, when that vehicle stopped for the yellow light. As I watched the video, I noticed other times in your operation of the bus on the day of the

Mr. Andre Robinson
January 20, 2010
Page 2

accident, where your proximity (the separation) to other vehicles in front of you, appears too close for good safety practices.

Although I did not consider your overall employment history (of approximately ten (10) years) in reaching my determination that Palm Tran would go forward with your termination, I did review your record to determine if your employment history supported this action or if there were any mitigating factors that should be considered. As I reviewed your record, a number of things were clear:

1)  You have had eight (8) at fault accidents in approximately ten (10) years of service with Palm Tran; a very poor safety record.

2)  Your employment with Palm Tran was terminated in 2006 as a result of an at fault accident you had on March 7, 2006.  That termination was converted to a one (1) year suspension without pay as a result of an arbitrator's decision on March 28, 2007.

3)  Palm Tran considered terminating your employment as result of a serious accident you had on December 23, 2008 but issued you a five (5) day suspension.  You had previously been suspended for one (1) day as a result of an at fault accident you had on October 30, 2007.

4)  Your accident on October 28, 2009, was your third at fault accident within a two (2) year period.

I must tell you that I am very concerned about your overall safety record.  Your last four (4) accidents were all determined to be at fault and two of them resulted in serious damages and injuries.  Your last accident is particularly troubling in light of your December 23, 2008 accident where you were clearly at fault.  That accident resulted in bodily injuries and serious property damage to two different vehicles.  Less than a year from that accident, you have had another at fault accident, a total of three at fault accidents within a two-year period.

The safety of Palm Tran's passengers and drivers, and other members of the traveling public is a matter of highest concern to Palm Tran and myself.  In light of your accident on the 28th of October and your prior two accidents in the last two years, it is my determination that the only appropriate action is for Palm Tran to terminate your employment effective January 20, 2010.

Sincerely,

Charles D. Cohen
Executive Director

cc:     Donna Raney
        B.J. Barrow
        Tanya Russell
        Dwight Mattingly



## PalmTran

3201 Electronics Way • West Palm Beach, FL 33407-4618
Phone: (561) 841-4200 • Fax: (561) 841-4291



**Palm Beach County**
**Board of County Commissioners**
Jeff Koons, Chairman
Burt Aaronson, Vice Chairman
Karen T. Marcus
Shelley Vana
Steven L. Abrams
Jess R. Santamaria
Priscilla A. Taylor

**County Administrator**
Robert Weisman

---

December 21, 2009

RETURN RECEIPT/U.S. MAIL

Mr. Andre Robinson
1517 W 9th Street
Riviera Beach, FL 33404

Dear Mr. Robinson:

As per the **Labor-Management Agreement, Article 9: Employee Cooperation, Section 1**, states, *"The employees shall work at all times to the best interest of the COMPANY; they shall perform efficient service in their work; they shall operate and handle the COMPANY'S vehicles carefully, safely, and with the utmost regard to the safety of passengers, the general public, and the equipment entrusted to their care; they shall operate and handle the COMPANY'S vehicles at all times in full compliance with the rules of the COMPANY; they shall give the riding public courteous and respectful treatment at all times to the end that the COMPANY'S service may improve and grow; and they shall at all times use their influence and best endeavors to preserve and protect the interest of the COMPANY and cooperate in the promotion and advancement of the COMPANY'S interest."*

As a result of your latest accident on October 28 2009 and the findings of the Palm Beach County Accident Review Board, a pre-termination hearing has been scheduled for Wednesday, January 6, 2010 at 10:00 a.m. in the Dale R. Smith conference room located at 3201 Electronics Way.

The purpose of this hearing is to determine the appropriate extent of personnel action to be taken and/or including termination of employment. At this hearing you will be afforded the opportunity to present any and all evidence relating to the allegations stated above that you would like Palm Tran to consider. Failure to appear at this hearing may result in termination of employment.

If you have any questions regarding your hearing, please contact me at (561) 841-4200.

Sincerely,

Chuck Cohen
Executive Director

Pc: B.J. Barrow, Operations Manager
Wayne Condry, Director, Palm Beach County Human Resources
Donna Raney, Assistant Attorney, County Attorney's Office
Amalgamated Transit Union
Employee's File





**Palm Beach County**
**Board of County Commissioners**
Jeff Koons, Chairman
Burt Aaronson, Vice Chairman
Karen T. Marcus
Shelley Vana
Mary McCarty
Jess R. Santamaria
Addie L. Greene

**County Administrator**
Robert Weisman

3201 Electronics Way • West Palm Beach, FL 33407-4618
Phone: (561) 841-4200 • Fax: (561) 841-4291

---

March 31, 2009

Mr. Andre Robinson
Bus Operator

Dear Mr. Robinson,

Regarding your vehicle crash of December 23, 2008, according to the police report you were issued a citation under Florida State Statute 316.183 (1) Failure to use Due Care.

At the time of the vehicle crash you failed to notify the company of the citation in writing via the Employee Traffic Citation Report (attached).

We need to know the outcome of your citation. Please provide the documentation no later than April 2, 2009.

Sincerely,

Todd Bendfelt
Chief Safety Supervisor.


CC:    B.J. Barrow Manager of Operations
       Union local 1577
       File

## Notification and Acknowledgment of Violation of Rules and Regulations
## Palm Tran, Inc.
## Bargaining Unit

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 02 / 17 / 04

Employee's Name: A. ROBINSON     Position/Department: BUS OPERATOR

Date of Offense/Incident: 12 / 20 / 03     Date Offense/Incident Reported to Company: 12 / 20 / 03

Offense/Incident Reported by: A. ROBINSON     Witness: _____

Offense/Incident: Vehicle CRASH

Detailed Description of Offense/Incident: OPERATOR MAKE SLIGHT RIGHT TO GO AROUND A CURVE, BUS STRUCK PARKED VEHICLE

Action Taken:

[ ] Verbal Warning

[ ] Written Reprimand

[X] Suspension: 02/20/04 AND 02/20/04
    Begin date                End date

Corrective Action: TWO DAY SUSPENTION WITHOUT PAY FOR THREE PREVENTABLE CRASHES WITHIN (2) TWO YEARS MR. ROBINSON WILL BE MORE AWARE OF THE SAFETY ZONE AROUND THE BUS TO AVOID HAZARDS.

Supervisor's Signature _____     Date 02 / 17 / 04

Division Director's Signature _____     Date 2 / 17 / 04

I acknowledge that I have been provided with a copy of this disciplinary action and that I have been advised of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Division Director. Article 16 - Discipline and Article 17-Grievance and Grievance Procedure.

[ ] In agreement

[X] Under protest: Employee's Comments: I felt Like I should have been notified befor my trip or after my trip

Employee's Signature: Archie Robinson     Date 2 / 20 / 04

**DISTRIBUTION AT THIS TIME**     White - Employee     Canary - Human Resources     Pink - Union

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran, Inc.**
**Bargaining Unit**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _02 / 22 / 02_                                            _02-2-2N_

Employee's Name: _ANDRE ROBINSON_   Position/Department: _BUS OPERATOR_

Date of Offense/Incident: _02 / 04 / 02_   Date Offense/Incident Reported to Company: _02 / 04 / 02_

Offense/Incident Reported by: _A. ROBINSON_   Witness: _____

Offense/Incident: _VEHICLE CRASH_

Detailed Description of Offense/Incident: _OPERATOR WAS DISTRACTED BY PASSENGERS WHILE DRIVING AROUND ANOTHER BUS AND MADE CONTACT WITH THAT BUS CAUSING DAMAGE TO BOTH BUSES_

Action Taken:

☐ Verbal Warning

☒ Written Reprimand

☐ Suspension: _____ to _____
       Begin date              End date

Corrective Action: _OPERATOR ROBINSON WILL BE CAREFULL IN THE FUTURE TO MONITOR THE SAFETY ZONE AROUND HIS BUS TO SPOT AND AVOID ANY HAZARD WHICH COULD RESULT IN A CRASH_

_[Supervisor's signature]_                   Date _02 / 22 / 02_
Supervisor's Signature

_[Division Director's signature] B.J. Barca_   Date _2, 22, 02_
Division Director's Signature

I acknowledge that I have been provided with a copy of this disciplinary action and that I have been advised of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Division Director. Article 16 - Discipline and Article 17-Grievance and Grievance Procedure

☑ In agreement

☐ Under protest: Employee's Comments: _____

_Andre Robinson_                              Date _2 / 22 / 02_
Employee's Signature

**DISTRIBUTION AT THIS TIME**   White - Employee   Canary - Human Resources   Pink - Union

I:\Forms\Discipline\Current\Bargaining.wpd                                    Revised 6/19/01

# EXHIBIT

# D

Palm Beach County Sherrif's Office - Booking Blotter                    Page 1 of 1

*C 1*



+ click image to zoom

Name: COLLINS, MEREDITH NICOLE        Race: Black            DOB: 01/17/1982

Address: 8776 DOVELAND DR ,PAHOKEE,FL 33476                 Gender: Female

Facility:  RELEASED TO SOR          OBTS Number: 5001044086    Booking Date/Time: 04/09/2017 00:23

Arresting Agency: 01-PBSO          Release Date: 04/09/17  Time: 14:32    Holds For Other Agencies: No

Jacket Number: 0334827

| Booking Number: 2017012157 | Booking Date/Time:04/09/2017 00:23 |
|---|---|
| Charges | |
| 784.03-2560 | BATTERY - TOUCH OR STRIKE |
| | Original Bond: $0.0000   Current Bond: $0.0000 Bond Information |

Information contained herein should not be relied upon for any type of legal action. PBSO cannot represent that the information is current, accurate or complete. Persons may use false identification information. True identity can only be confirmed through fingerprint comparison.

O334827   854

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

1. Arrest 3. Request For Warrant
2. N.T.A. 4. Request For Capias  **1**   Juvenile **N**

| OBTS Number | | | | |
|---|---|---|---|---|

| Agency ORI Number | Agency Name | | Agency Report Number | |
|---|---|---|---|---|
| FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 06 | 17062178 | |

Charge Type: Check as many as apply
1. Felony  3. Misdemeanor  5. Ordinance
2. Traffic Felony [X] 4. Traffic Misdemeanor  6. Other

If Weapon Seized  Enter Type  Multiple Clearance Indicator **0** | **1**

| Location of Arrest (Including Name of Business) | | Location of Offense (Including Name of Business) | |
|---|---|---|---|
| EVERGLADES ST/FLORIDA AVE   CANAL POINT, FL. 33438 | 590 E MAIN ST, FAMILY DOLLAR   PAHOKEE, FL. 33476 | | |

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| Apr 8, 2017 | 2125 | | | | | |

| Name (Last, First, Middle) | | | Alias (Name, DOB, Soc. Sec. #, Etc.) |
|---|---|---|---|
| COLLINS   MEREDITH   NICOLE | | | |

| Race | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| W-White I-American Indian B-Black O-Oriental/Asian  **B** | **F** | 1-17-1982 | 5'3" | 199 | BROWN | BLACK | DARK | MEDIUM |

| Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description) | Marital Status | Religion |
|---|---|---|
| | SINGLE | CHRISTIAN |

Indication of: Alcohol Influence / Drug Influence — Y / N / Unk

| Local Address (Street, Apt. Number) | City | State | Zip | Phone | Residence Type |
|---|---|---|---|---|---|
| 8776 DOVELAND DR | PAHOKEE | FL | 33476 | 772-501-6252 | 1. City 3. Florida 2. County 4. Out of State **2** |

| Permanent Address (Street, Apt. Number) | City | State | Zip | Phone | Address Source |
|---|---|---|---|---|---|

| Business Address (Street, Apt. Number) | City | State | Zip | Phone | Occupation |
|---|---|---|---|---|---|
| | | | | | BUS DRIVER |

| DL Number, State | Social Security Number | INS Number | Place of Birth | Citizenship |
|---|---|---|---|---|
| C-452-554-82-517-0 | | | PAHOKEE | USA |

| Co-Defendant Name ( Last, First, Middle) | Race | Sex | Date of Birth | 1. Arrested 2. At Large | 1. Felony 4. Misdemeanor 6. Juvenile |
|---|---|---|---|---|---|

| Co-Defendant Name ( Last, First, Middle) | Race | Sex | Date of Birth | 1. Arrested 2. At Large | 1. Felony 4. Misdemeanor 6. Juvenile |
|---|---|---|---|---|---|

Parent / Legal Guardian / Other  Name ( Last, First, Middle) | Phone

| Address (Street, Apt. No.) | City | State | Zip | Business Phone |
|---|---|---|---|---|

| Notified By (Name) | Date | Time | Juvenile Disposition: 1. Handled/Processed within Dept. and Released | 2. TOT HRS/DYS 3. Incarcerated |
|---|---|---|---|---|

| Released To (Name) | Relationship | Date | Time |
|---|---|---|---|

The above address was provided by [ ] defendant and/or [ ] defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office (Phone 561 355-2926) informed of any address change [ ] Yes, by: (Name) [ ] No: (Reason)

| School Attended | Grade |
|---|---|

Property Crime? [ ] Yes [ ] No  Description of Property  Value of Property

| Drug Activity A. N/A P. Possess | S. Sell B. Buy T. Traffic | R. Smuggle D. Deliver E. Use | K. Dispense/Distribute | M. Manufacture/Produce Cultivate | Z. Other | Drug Type N. N/A A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana | P. Paraphernalia Equipment | U. Unknown Z. Other |
|---|---|---|---|---|---|---|---|---|---|---|

| Charge Description | Counts | Domestic Violence Y/N | Statute Violation Number | Violation or ORD. # |
|---|---|---|---|---|
| BATTERY (DOMESTIC) | | [ ]Y [ ]N | 784.03 (1)(A)(1) | |

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|
| N | N | | 17062178 | | |

| Charge Description | Counts | Domestic Violence Y/N | Statute Violation Number | Violation or ORD. # |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|

| Charge Description | Counts | Domestic Violence Y/N | Statute Violation Number | Violation or ORD. # |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|

| Charge Description | Counts | Domestic Violence Y/N | Statute Violation Number | Violation or ORD. # |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|

| Location (Court, Address, Room Number) | |
|---|---|

| Court Date and Time | | | | | |
|---|---|---|---|---|---|
| Month | Day | Year | Time | AM / PM | |

I AGREE TO APPEAR AT THE ABOVE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

| Signature of Defendant (or Juvenile and Parent/Custodian) | Signature of Arresting Officer | Date Signed | Name Verification (Printed by Arrestee) |
|---|---|---|---|

| HOLD for Other Agency | | Signature of Arresting Officer | | |
|---|---|---|---|---|
| Name | | F. Vera #3002 | | (PRINT) |
| [ ] Dangerous [ ] Suicidal | [ ] Resisted Arrest [ ] Other | Name of Arresting Officer   D/S F.VERA | ID# 13002 | |
| | | Transporting Officer   D/S F.VERA 13002 | ID# | Agency PBSO | Page 1 of 1 |
| Intake Deputy | ID# | Pouch # | | Witness hereof signed within "X" |

SCA
APR 0 9 2017

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | 1. Arrest  3. Request For Warrant 2. N.T.A.  4. Request For Copies | | 1 | Juvenile N |

| Agency ORI Number FLO 5 0 0 0 0 | Agency Name PALM BEACH COUNTY SHERIFF'S OFFICE | Agency Report Number 06 | 17062178 |

| Charge Type: Check as many as apply | 1. Felony 2. Traffic Felony | ☒ 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 6. Other | | Special Notes |

| Defendant Name (Last, First, Middle) COLLINS | MEREDITH | NICOLE | Race B | Sex F | Date of Birth 1-17-1982 |

| Charge BATTERY (DOMESTIC) | Charge |
| Charge | Charge |

| Victim Name (Last, First, Middle) WILLIAMS | GLOVER | LEE | Race B | Sex M | Date of Birth 9/10/1962 |

| Local Address (Street, Apt. Number) 8753 DOVELAND DR | City PAHOKEE | State FL | Zip 33476 | Phone 561-516-0356 | Address Source VERBAL |

| Business Address (Street, Apt. Number) | City | State | Zip | Phone | Occupation |

The undersign swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The person taken into custody...

☐ committed the below acts in my presence.

☐ confessed to admitting to the below facts.

☐ was observed by _____ who told ____ that he/she saw the arrested person commit the below acts.

☒ was found to have committed the below acts, resulting from (described) investigation.

On the 8th day of APRIL 20 17 at 8:09 ☐ AM ☒ PM

Meredith Collins flagged down her boyfriend, Glover Williams while he was driving, to stop his car. Glover parked in the Family Dollar parking lot and Meredith Collins stopped the bus at the bus stop at 590 E Main St. Meredith Collins got off of the bus and approached Glover William as he sat in his vehicle with his left door window down. Meredith stuck him in the face, with a closed fist and then returned to her bus and drove away. Glover Williams suffered an injury to his inner upper lip.

Both Glover Williams and Meredith Collins stated they have been in a romantic relationship for 7 years.

Based on Glover Williams Sworn Written Statement and the injury I observed on his inner upper lip I find probable cause to arrest Meredith Collins as follows:

Pursuant to FSS 784.03(1)(a)(1), for hitting Glover Williams in the face, without his permission causing injury to his inner upper lip, and is domestic in nature.

| The foregoing instrument was sworn to and affirmed before me this 8th day of APRIL 20 17 , by: | |
| D/S O.mverscon h Z3893 | D/S F.VERA 13002 |
| Name of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | Name of Arresting/Investigating Officer |
| Signature of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | Signature of Arresting/Investigating Officer |

SCANNED

APR 0 9 2017

| Page 1 of 1 |

**Palm Beach County Sheriff's Office**
## DOMESTIC VIOLENCE/DATING VIOLENCE SUPPLEMENTAL PROBABLE CAUSE FORM
**(Submit this form with the original Probable Cause Affidavit)**

Defendant: **COLLINS    MEREDITH    NICOLE**    DOB: **1-17-1982**    Case #: **17062178**
Victim: **WILLIAMS    GLOVER    LEE**    DOB: **9/10/1962**    Race: **B**    Sex: **M**
Relationship between Victim and Defendant: **DATING**

Photographs: Scene ☑Yes ☐No    Victim ☑Yes ☐No    Defendant ☐Yes ☑No
911 Call: ☐Yes ☑No    Caller: _____
Weapon Used: ☐Yes ☑No    Type: _____
Witness: ☐Yes ☑No    Name: _____
Victim Pregnant: ☐Yes ☑No    If yes, _____ Weeks _____ Months
Injuries: ☑Yes ☐No    Description: **ABRASION INNER UPPER LIP**
Medical Treatment: ☐Yes ☐No
    At Scene: ☐Yes ☑No    Paramedics: _____
    At Hospital: ☐Yes ☑No    Hospital: _____ Physician: _____
Are children living in the home? ☑Yes ☐No    DCF Notified? ☐Yes ☑No
Name: **GARY ROW III**    DOB **12/9/2000**
Name: **TAVARIOUS ROW**    DOB **5/9/2002**
Name: **PRECIOUS ROW**    DOB **5/4/2004**
Injunction: ☐Yes ☑No    Case #: _____
No Contact Order: ☐Yes ☑No    Case #: _____
Alcohol or Drugs: ☐Yes ☑No ☐Unknown
Prior history of Domestic/Dating Violence ☐Yes ☑No
Defendant's statements ☑Yes ☐No    If yes, ☑written ☐recorded ☐oral
First words Defendant said when you responded to scene: **I GOT IN HIS FACE BUT I NEVER TOUCHED HIM.**
_____

Vicitm's statements ☑Yes ☐No    If yes, ☑written ☐recorded ☐oral
First words Victim said when you responded to scene: **SHE TOOK MY PHONE. SHE IS GOING THROUGH MY PHONE RIGHT NOW.**
_____
Did the Victim contact anyone other than the police within an hour of the incident regarding the incident?
☐Yes ☑No    If yes, name: _____ phone _____
Observations of Victim (Physical & Emotional): **ABRASION INNER UPPER LIP**
☑Upset ☐Crying ☐Fearful ☐Hysterical ☐Afraid ☐Calm ☐Nervous
☐Complained of pain ☐Other
Victim contact information:
Local Address: **8753 DOVELAND DR**
**PAHOKEE**    **FL**    **33476**
Phone:    Home: **561-516-0356**    Work: _____    Cell: **561-516-0356**
Employer: **US SUGAR**
Name of Relative: _____    Phone: _____

SCANNED
APR 0 9 2017

PBSO #0004A REV. 01/01

# EXHIBIT

# E

## Notification and Acknowledgment of Violation of Rules and Regulations
### Palm Tran
### ATU

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 4 / 30 / 2014

Employee's Name: Laurence Sussman

---

Department   ☑ Operations   ☐ Maintenance

Classification:   ☐ Maintenance Technician   ☐ Technician Trainee   ☑ Bus Operator
                  ☑ Utility Worker   ☐ Paint & Body Specialists   ☐ Storekeeper

Date of Offense/Incident: 3 / 17 / 2014   Date Offense/Incident Reported to Company: 3 / 18 / 2014

Offense/ Incident Reported by: Complaint 92319   Witness: Video

Offense/Incident: See Attached

Detailed Description of Offense/Incident: See Attached

Action Taken:   1. Failure to stop at/for Stop Signs (2) — Verbal Warn
                2. Two (2) passenger pedestrian/Passengers left in
☑ Verbal Warning   Harms way wanting your bus - Verbal Warn

☐   Written Reprimand

☐   Suspension: _____ to _____
                 Begin date        End date

Corrective Action: See Attached

_Jaime Rougeau_
Supervisor's Signature        Date 4 / 30 / 2014

_P.J. Baron_
Manager's Signature          Date 5 / 1 / 14

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐   In agreement
☑   Under protest        Comments: _____

_Refused to Sign_                      5 , 7 , 14
Employee's Signature                  Date

---

**DISTRIBUTION**   White - Employee   Canary - Human Resources   Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd                          Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 5 , 23 , 2014

Employee's Name: F. Sussman

---

Department   ☑ Operations   ☐ Maintenance

Classification:  ☐ Maintenance Technician   ☐ Technician Trainee   ☑ Bus Operator
                ☐ Utility Worker            ☐ Paint & Body Specialists   ☐ Storekeeper

Date of
Offense/Incident: 5 , 6 , 2014        Date Offense/Incident
                                      Reported to Company: 5 , 8 , 2014

Offense/ Incident
Reported by: Complaint 94173         Witness: Video

                                     See Attachment

Offense/Incident: _____

Detailed Description of Offense/Incident: _____

See Attachment

---

Action Taken:

☐  Verbal Warning        1. ADA Violation - failure to board & transport
☒  Written Reprimand     a wheel chair customer due to "Not" asking
                         the customers on board to vacate the wheelchair
☐  Suspension: _____ to _____    area - Written Rep
              Begin date      End date

Corrective Action: _____
                    See Attachment

Lani Rougeau                         5 , 23 , 2014
Supervisor's Signature               Date

_____                      5 , 27 , 2014
Manager's Signature                  Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance
rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written
grievance to the Human Resources Manager.

☐  In agreement
☐  Under protest        Comments: I called Dispatcher, Bus was
                        Jammed & it would have No effect to
_____          me & Remove
Employee's Signature     Standing customer        Date  _ / _ / _

**DISTRIBUTION**    White - Employee    Canary - Human Resources    Pink - Union

Forms/Discipline/Bargaining Unit Miss Out.wpd                    Revised 06/22/05

Notification and Acknowledgment of Violation of Rules and Regulations
Palm Tran
ATU
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 3 / 24 / 2015

Employee's Name: L Sussman

---

Department    ☒ Operations    ☐ Maintenance

Classification:    ☐ Maintenance Technician    ☐ Technician Trainee    ☒ Bus Operator
                   ☐ Utility Worker             ☐ Paint & Body Specialists    ☐ Storekeeper

Date of
Offense/Incident: 12 / 22 / 14          Date Offense/Incident
                                         Reported to Company: 12 / 22 / 14

Offense/ Incident     Operator)            Witness: Video
Reported by:

Offense/Incident: At fault vehicle crash

Detailed Description of Offense/Incident: On the 22nd December 2014 while driving
bus # 0707 approximately 1806 pm your vehicle made
contact with another vehicle

Action Taken:

☐    Verbal Warning

☐    Written Reprimand

☒    Suspension: 3-25-2015    to    3-25-2015    (1-day)
                    Begin date          End date

Corrective Action: The operator shall use due care when operating a Palm Tran
vehicle and be more aware of the safety zone around the vehicle
for any hazards that may cause you to be involved in an
auto collision or affect passenger safety

Jadae Rougeau                          3 / 24 / 2015
Supervisor's Signature                 Date

D A Brown                              3 / 24 / 15
Manager's Signature                    Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance
rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written
grievance to the Human Resources Manager.

☒    In agreement
☐    Under protest        Comments: _____

Lawrence Sussman                       3 / 24 / 2015
Employee's Signature                   Date

---

**DISTRIBUTION**    White - Employee    Canary - Human Resources    Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd                    Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 5 / 23 / 17

Employee's Name: Larry Sussman

Department   ☒ Operations   ☐ Maintenance

Classification:   ☐ Maintenance Technician   ☐ Technician Trainee   ☒ Bus Operator
             ☐ Utility Worker           ☐ Paint & Body Specialists   ☐ Storekeeper

Date of Offense/Incident: 5 / 19 / 17

Date Offense/Incident Reported to Company: 5 / 19 / 17

Offense/Incident Reported by: Relief Operator

Witness: _____

Offense/Incident: Violation of Employee Handbook 5.04 Weapons

Detailed Description of Offense/Incident: On 5-19-17 your hand gun was found in relief vehicle 717 by relief operator and brought to office. Weapons are strictly prohibited while on duty.

Action Taken:

☐     Verbal Warning

☐     Written Reprimand

☒     Suspension: 5-30-17    to    5-30-17 (1) day
                 Begin date            End date

Corrective Action: Do not violate Employee Handbook 5.04 Weapons The carring of weapons while on duty or on company property is strictly prohibited

Supervisor's Signature _____    Date __/__/__

Manager's Signature B.J. Baron    Date 5 / 23 / 17

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☒     In agreement
☐     Under protest      Comments: _____

Employee's Signature _____    Date 5 / 30 / 2017

# EXHIBIT

# F

**Notification and Acknowledgment of Violation of Rule and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 12 / 6 / 12

Employee's Name: _Michael Wallace_

| Department | ☒Operations | ☐ Maintenance |

Classification: ☐ Maintenance Technician ☐ Technician Trainee ☒Bus Operator
☐ Utility Worker ☐ Paint & Body Specialists ☐ Storekeeper

Date of
Offense/Incident: 12 / 4 / 12

Date Offense/Incident
Reported to Company: 12 / 5 / 12

Offense/ Incident
Reported by: B.J. Barrow

Witness: _____

Per Contract

Offense/Incident: _Failed to notify Operations Manager of Arrest_

Detailed Description of Offense/Incident: _On 12-4-12 Arrest was made at 11:51A_
_Made call on said day to Dispatch at 3:30pm and booked_
_off FMLA for 12-5-12 released on 12-5-12 at 12:00N and_
_reported to work on 12-6-12 at 9:05AM still had not notted_
_Operations Manager_

Action Taken:

☐ Verbal Warning

☒ Written Reprimand

☐ Suspension: _____ to _____
          Begin date          End date

Corrective Action: _Notify Operations Manager of any future_
_Arrest immediately._

_____          ___ / ___ / ___
Supervisor's Signature                Date

B.J. Barrow                    12 / 7 / 12
Manager's Signature              Date

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐ In agreement
☐ Under protest          Comments: _____

_Michael M Wallace_          12 / 11 / 12
Employee's Signature              Date

**DISTRIBUTION**     White - Employee     Canary - Human Resources     Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd          Revised 06/22/05



**Palm Tran**

3201 Electronics Way • West Palm Beach, FL 33407-4618
Phone: (561) 841-4200 • Fax: (561) 841-4291

**Palm Beach County**
**Board of County Commissioners**
Shelley Vana, Chair
Steven L. Abrams, Vice Chairman
Karen T. Marcus
Paulette Burdick
Burt Aaronson
Jess R. Santamaria
Priscilla A. Taylor

**County Administrator**
Robert Weisman

December 6, 2012

**Hand Delivery**

Mr. Michael Wallace
North County Bus Operator
Palm Tran, Inc.
3201 Electronics Way
West Palm Beach, FL 33407

Dear Mr. Wallace:

Effective Thursday, December 6, 2012, you are hereby placed on *Administrative Leave with Pay* pending the outcome of our investigation regarding an incident which occurred on Tuesday, December 4, 2012.

Once our investigation has been completed, you will be notified of the outcome and the appropriate action(s) will be taken.

Sincerely,

B.J. Barrow
Manager of Operations

BJB/daf

pc:   Chuck Cohen, Executive Director
      Charles Frazier, Assistant Executive Director
      Tanya Russell, Human Resources Manager
      North County Amalgamated Transit Union



**Palm Tran**
**Administrative Offices**
3201 Electronics Way
West Palm Beach, FL 33407-4618
(561) 841-4200
FAX: (561) 841-4291

**Palm Tran Connection**
50 South Military Trail
Suite 101
West Palm Beach, FL 33415-3132
(561) 649-9838
FAX: (561) 514-8365
www.palmtran.org

■

**Palm Beach County**
**Board of County**
**Commissioners**

Paulette Burdick, Mayor

Melissa McKinlay, Vice Mayor

Hal R. Valeche

Dave Kerner

Steven L. Abrams

Mary Lou Berger

Mack Bernard

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity*
*Affirmative Action Employer"*

Official Electronic Letterhead

November 14, 2017

Michael J. Wallace
835 Bayberry Drive Apt 105
Lake Park, FL 33403

Dear Mr. Wallace:

This letter is written confirmation of our offer to you for the position of Operations Supervisor within our Fixed Route Section.  Your hourly compensation rate will be $21.789.

Your start date will be Sunday, December 10, 2017.  **Please report to 3201 Electronics Way, West Palm Beach, Florida on Monday, December 11, 2017 at 8:00 A.M.** to begin training. Your work schedule will be determined by the Section Manager.

Terms of employment including salary, benefits and paid time off accruals are outlined in the Labor Management Agreement and are listed in the Memorandum of Understanding (MOU) and the Contract Ratification between Palm Tran, Inc. and the SEIU, Florida Public Service Union, CTW, CLC. You will serve a one (1) year probationary period.

Congratulations! We look forward to seeing you in your new position.

Sincerely,

Clinton B. Forbes
Executive Director

If you understand these terms and accept our offer of employment, please sign, date and return this letter to Palm Tran Human Resources.

Michael J. Wallace                    12/27/2017
Michael J. Wallace                    Date

# EXHIBIT

# G

EMPLOYEE TRAFFIC CITATION REPORT

EMPLOYEE NAME: _Constance Killings_     TODAY'S DATE: _11-20-98_

DRIVER LICENSE NO.: ~~████████████~~

CITATION NO.: _504852 D_     CITATION DATE: _10/29/98_

OFFENCE: _Speeding_

ISSUED AT:

CITY: _West Palm Bch_ COUNTY: _Palm Beach_   STATE: _FL_

ISSUING POLICE AGENCY: _F H P_

COMPANY VEHICLE? NO.: _None_

PRIVATE VEHICLE?: _Yes_

DO YOU INTEND TO GO TO COURT? YES____ NO _X_  _Going to Driver's School_
_will fwd copy_
COURT DATE:_____ (Provide documentation)   _upon completion_

(Attach copy of citation)

TRAFFIC.CIT

||||| (barcode) |||||

**504852-D** CHECK DIGIT **5**

**FLORIDA UNIFORM TRAFFIC CITATION**

COUNTY OF Palm Beach   ☒ (1) F.H.P. ☐ (2) P.D. ☐ (3) S.O. ☐ (4) OTHER

CITY OF APPLICABLE Palm Beach   **FLORIDA HIGHWAY PATROL**
AGENCY

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**SUMMONS**
(DEFENDANT'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | TIME | |
|---|---|---|---|---|---|
| THURSDAY | 10 | 27 | 07 | 7:19 | ☒ PM |

NAME (PRINT) (FIRST) ANTOINE   (MIDDLE)   (LAST) KILLING

STREET 311 West 27 Street   ☐ IF DIFFERENT THAN ON, OR DRIVER LICENSE "X" HERE

CITY Riviera Beach   STATE FL   ZIP CODE 33404-5525

TELEPHONE NUMBER 840-7719   DATE OF BIRTH   SEX   HGT   WGT

DRIVER LICENSE NUMBER [redacted]   ☐ IF COMMERCIAL MTR. VEH. "X" HERE ☐

YR. VEHICLE 88   MAKE CHEV   STYLE 4DR   COLOR GRAY   ☐ IF HAZARDOUS MATERIAL "X" HERE ☐

VEHICLE LICENSE NO.   STATE   YEAR/MO. EXPIRES   ☐ IF COMPANION CITATION(S) "X" HERE ☐

UPON A PUBLIC STREET OR HIGHWAY DETAIL LOCATION & NAME:

| FT. | MILES | ☐ N ☐ S ☐ E ☐ W | OF NODE |

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE, CHECK ONLY ONE OFFENSE EACH TICKET.**

☒ UNLAWFUL SPEED 61   MPH. SPEED APPLICABLE   MPH.

☐ 4-LANE HWY, WITH 20 FT. MEDIAN OUTSIDE BUS. OR RES. DIST.)

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER CHANGE OF LANE OR COURSE
☐ IMPROPER PASSING
☐ CHILD RESTRAINT

☐ SAFETY BELT VIOLATION
☐ IMPROPER OR UNSAFE EQUIPMENT
☐ EXPIRED TAG
☐ FOUR (4) MONTHS OR LESS
☐ MORE THAN FOUR (4) MONTHS
☐ NO PROOF OF INSURANCE

☐ EXPIRED DRIVER LICENSE
☐ FOUR (4) MONTHS OR LESS
☐ MORE THAN FOUR (4) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED.

☐ DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES OR IN ACTUAL PHYSICAL CONTROL, WHILE IMPAIRED, OR DRIVING/ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD/BRINE ALCOHOL LEVEL. BAL. _____ %

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:

IN VIOLATION OF: ☐ LOCAL ORDINANCE ☒ STATE STATUTE   SECTION 16.18.16   SUB-SECTION

CRASH ☐ YES ☐ NO   PROPERTY DAMAGE ☐ YES $_____ ☐ NO   INJURY TO ANOTHER ☐ YES ☐ NO   SERIOUS BODILY INJURY TO ANOTHER ☒ YES ☐ NO   FATAL ☐ YES ☐ NO

☐ CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION, COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☒ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

**504852-D** CHECK DIGIT **5**

COURT INFORMATION   DATE   TIME

COURT

LOCATION

ARREST DELIVERED TO _____
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF BONDS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF DEFENDANT

THE I.C.J. INSTRUMENT IS NOW

# Memo

**To:**       Constance Killings
**From:**     BJ Barrow, Director of Operations
**Date:**     February 8, 1999
**Subject:**  Employee Conduct Issues

On Wednesday, February 10, 1999 at 11:30 a.m., there will be a hearing in the
Administration conference room regarding your conduct on February 7, 1999.  You will
be suspended pending the out come of this hearing.

cc:   Union
      Human Resources
      File of Constance Killings

317



## PalmTran

3201 Electronics Way
West Palm Beach, FL 33407
Phone:  (561) 841-4200
FAX:  (561) 841-4290
www.palmtran.org

**Perry J. Maull**
Executive Director



**Palm Beach County
Board of County
Commissioners**
Maude Ford Lee, Chair
Warren H. Newell, Vice Chairman
Karen T. Marcus
Carol A. Roberts
Mary McCarty
Burt Aaronson
Tony Masilotti

**County Administrator**
Robert Weisman

December 22, 1999

Ms. C. Killings
311 W. 23RD Street
Riviera Beach, FL 33404

Dear Ms. Killings:

According to our letter dated December 20, 1999
December 22, 1999, to discuss your traffic citati

The facts surrounding the citation were review
since the citation was issued while operating a
receive a one day suspension without pay, to be s
1999. We will expect you back to work Monday,
assigned report time.

Please be advised that a recurrence of this natur
more sever disciplinary action. We sincerely
necessary.

Sincerely,

Todd Bendfelt
Chief Safety Supervisor

CC:   C. Hayden, Assistant Executive Director
       B. J. Barrow, Director of Operations
       Personnel
       Union Local 1577
       File

*An Equal Opportunity - Affirmative Action Employer*

*317*

# PALM TRAN
### I N T E R O F F I C E

## MEMORANDUM

**to:**       Donna Grieve, Human Resource Manager

**from:**     Dale R. Smith, Director of Maintenance

**subject:**  Driver Insubordination

**date:**     November 21, 2000

On Monday, 11/20/00, at about 5:45 pm, I overheard a radio conversation with Charles Quandt and a driver.  Charles asked the driver to wait for another bus, but the driver refused.  Again, Charles said that it was a "10-54", and that she needed to wait.  The driver told him, "No, I'm not waiting.  It's cold out here and I have on short pants."

After that, the radio conversation ended.  I called Charles to offer my help, but he declined saying that everything was under control.

At about 6:05 pm, I overheard the radio again.  It was Charles telling Dispatcher Dennis Roberts that the operator of Bus 245 was refusing to get off the bus.  Dennis told him to just sit there and wait for a few minutes.  Immediately after that comment, Charles came back on the radio and said to Dennis that the operator had just pulled away.  Dennis told Charles to let her go.  His comment was, "Just let her go.  Let's not make a scene.  I'll talk to her when she gets in."

# MEMO

To:        B.J Barrow, Director of Operations
From:      D. Roberts, Operations Supervisor
Subject:   Violation of Rules by Op. Killings
Date:      November 21, 2000

On Monday, November 20, 2000 while acting as P.M. Dispatcher, at about 5:47 P.M., Op. Loriol on Rt 31 called Communicator Quant. She stated that she had a wheel chair passenger requesting to connect with the Rt 21 at St. Mary's Hospital. Quandt called Op. Killings to relay the message. Op Killings said "I know that guy, he's always late. I'll wait 5 minutes and no longer" Quandt explained that hers was the last bus and to disregard the 5 minute window and wait as she was directed. Op Killings refused. There were no Stand-By Operators and both Road Supervisors were at least 30 minutes away. I dispatched Quandt to St. Mary's to relieve Op Killings, however, she refused to leave the bus. I directed Quandt to return to base and let her continue on route. At about 6:45 P.M, when Op Killings was signing off duty, I told her on two occasions to come into the Dispatch Office and she refused saying, "I'm not going in there without representation"

CC:

*317*

# Palm Tran
## Labor-Management Memorandum

| | |
|---|---|
| **Date:** | December 18, 2000 |
| **To:** | Dennis McCabe, President<br>ATU, Local 1577 |
| **From:** | Cliff Hayden, Assistant Executive Director |
| **Subject:** | Discipline for insubordination; Constance Killings; Grievance # 00-12-01 |

Based on the discussion today at the hearing on this grievance with Union representative Dwight Mattingly and the facts surrounding the incident of November 11, 2000, I find that the discipline imposed was just and therefore must deny the grievance.

The four (4) days of suspension which resulted in the loss of six and one-half days of pay due to the Thanksgiving Holiday are within the guidelines established by the County for the second offense of insubordination.   In fact, Ms. Killings was insubordinate on two occasions on the 20th and the discipline could have been more severe.

Ms. Killings should be made aware that further acts of insubordination will not be tolerated and may result in the scheduling of a pre-termination hearing.

CC:    Employee File
       Dwight Mattingly
       Grievance File

# MEMO

To: BJ Barrow

From: Farahbun

Subject: Killings & G Morgan

Date: 6/26/9

On Saturday, June 23, 2001 approximately 8:00 am, G Morgan came in to Dispatch to inform me that G Killings made an unwelcomed comment to him. While G Morgan was in the office G Killings passed the dispatch window making this statement: "You think that I'm playing, I'll call the police on you." Prior to G Killings coming in, I informed Mr Morgan to behave regardless if others actions. Mr Morgan stated he did not say anything outside; nor did he respond back to her in my presence.

Farahbun

cc:





**Palm Beach County**
**Board of County Commissioners**
Warren H. Newell, Chair
Carol A. Roberts, Vice Chair
Karen T. Marcus
Mary McCarty
Burt Aaronson
Tony Masilotti
Addie L. Greene

**County Administrator**
Robert Weisman

3201 Electronics Way  -  West Palm Beach, FL 33407
Phone: (561) 841-4200  -  Fax: (561) 841-4290

Perry J. Maull
Executive Director

October 11, 2002

**Hand Delivered**

Ms. Constance Killings
North County Bus Operator
Palm Tran, Inc.
3201 Electronics Way
West Palm Beach, FL 33407

Dear Ms. Killings:

Effective immediately, you will be placed on administrative leave with pay pending the   outcome of a Pre-termination hearing for excessive absenteeism as outlined in **Labor-Management Agreement**, *Article 22 - Sick Leave and Sick Pay, Section 10.*

A letter will be sent to the home address with the date and time of the hearing.  If you have any questions, please do not hesitate to call Ms. Donna M. Grieve, Human Resources Manager, at (561) 841-4231.

Sincerely,

B.J. Barrow
Director of Operations

BJB/daf

pc:   Perry Maull, Executive Director
      Cliff Hayden, Assistant Executive Director
      Donna M. Grieve, Human Resources Manager
      Donna Raney, Assistant County Attorney
      Wayne Condry, Assistant Director of ER&P
      North County Amalgamated Transit Union

page 2 of 2
Constance Killings Response

Sincerely,

Perry J. Maull
Executive Director

c:      Robert Weisman, County Administrator
        Donna Raney, Assistant County Attorney
        Cliff Hayden, Assistant Executive Director
        Wayne Condry, Assistant Director, Employee Relations and Personnel
        B.J. Barrow, Director of Operations
        Donna Grieve, Human Resources Manager

 

**Palm Beach County**
**Board of County Commissioners**
Warren H. Newell, Chair
Carol A. Roberts, Vice Chair
Karen T. Marcus
Mary McCarty
Burt Aaronson
Tony Masilotti
Addie L. Greene

3201 Electronics Way  -  West Palm Beach, FL 33407
Phone: (561) 841-4200  -  Fax: (561) 841-4290

**County Administrator**
Robert Weisman

Perry J. Maull
Executive Director

October 25, 2002

**U.S. Mail**
**Certified/Return Receipt Requested**

Ms. Constance Killings
311 West 23rd Street
Riviera Beach, FL 33404

Dear Ms. Killings:

This letter is to summarize the results of the hearing that was held on October 24, 2002. Your termination was recommended for the following violation:

♦   **Article 22- Sick Leave and Sick Pay, Section 10**

At the hearing, Mr. Cliff Hayden, Assistant Executive Director of Palm Tran, began the hearing by stating that the purpose of this hearing was to determine the appropriate disciplinary action for your having seven (7) occurrences of sick leave lasting less than three (3) consecutive days in two (2) consecutive years.

Mr. Hayden then discussed the issues with the representatives of Palm Beach County Personnel and your Division Director after which he determinated to terminate your employment with Palm Tran effective October 25, 2002.

Sincerely,

Donna M. Grieve
Human Resources Manager

DMG:hhl

c:      Vince Bonvento, Assistant County Administrator
        Perry Maull, Executive Director of Palm Tran
        Cliff Hayden, Assistant Director of Palm Tran
        B.J. Barrow, Director of Operations
        Donna Raney, Assistant County Attorney
        Wayne Condry, P.B.C. Personnel
        Employee file



**317**

# PalmTran

3201 Electronics Way  -  West Palm Beach, FL  33407
Phone: (561) 841-4200 or (561) 841-4290



**Palm Beach County**
**Board of County Commissioners**
Karen T. Marcus, Chair
Tony Masilotti, Vice Chairman
Jeff Koons
Warren H. Newell
Mary McCarty
Burt Aaronson
Addie L. Greene

**County Administrator**
Robert Weisman

**Perry J. Maull**
Executive Director

December 22, 2002

Ms. Constance Killings
311 W. 23rd Street
Riviera Beach, Florida   33404

Dear Ms. Killings:

I am writing in reply to your letter to County Administrator Robert Weisman dated November 19, 2002, which was forwarded to me for my review and response.

You were afforded a proper pre-termination hearing on October 24, 2002 regarding discipline for not reporting to work as scheduled on at least seven (7) occasions during the previous six (6) month period. Under the requirement of Article 32, Section 3 of Palm Tran's Labor Management contract, your actions required termination. At the pre-termination hearing, you presented evidence to support your absences. The evidence was examined by those present at the hearing, which included: Wayne Condry, Assistant Director, Employee Relations and Personnel, Cliff Hayden, Assistant Executive Director, B.J. Barrow, Director of Operations and Donna Grieve, Human Resources Manager. By unanimous decision, your evidence was found not to support your excessive absenteeism and therefore you were terminated effective October 25, 2002.

Subsequent to your termination, you filed a grievance. A grievance hearing was held on December 6, 2002. Present at that hearing were Donna Grieve, Palm Tran Human Resource Manager and Assistant County Attorney, Donna Raney. That grievance is still pending and if denied, you have access to the arbitration process if supported by the Union.

Palm Tran has reviewed your allegations that you have been treated unfairly and that certain Palm Tran employees are biased against you. Having considered the facts surrounding your termination, I am confident that the email you sent to Mr. Weisman played absolutely no part in the decision to terminate your employment. As indicated above, the decision to terminate your employment was based solely upon your failure to adhere to Palm Tran's attendance requirements as set forth in Article 22, Section 10, of the Collective Bargaining Agreement. As always, if you have any questions regarding your separation of employment, please contact Ms. Donna Grieve, Palm Tran's Human Resource Manager.



**317**

**Palm Tran**

3201 Electronics Way - West Palm Beach, FL 33407
Phone: (561) 841-4200 or (561) 841-4290

**Perry J. Maull**
Executive Director

**Palm Beach County
Board of County Commissioners**
Karen T. Marcus, Chair
Tony Masilotti, Vice Chairman
Jeff Koons
Warren H. Newell
Mary McCarty
Burt Aaronson
Addie L. Greene

**County Administrator**
Robert Weisman

---

June 11, 2004

Ms. Constance Killings
311 W. 23rd Street
Riviera Beach, FL 33404

Dear Ms. Killings:

A Pre-Termination hearing was held on October 24, 2002, at Palm Tran's Administrative Offices located at 3201 Electronics Way, West Palm Beach, Florida to consider the imposition of discipline, including termination, as a result of your violation of Section 10 of Article 22, Sick Leave and Sick Pay, of the Labor Management Agreement, for excessive absenteeism. You attended the hearing with ATU President Dwight Mattingly who represented you at the hearing. Palm Tran determined that you had not complied with the requirements of the Labor Management Agreement and terminated your employment for excessive absenteeism as of October 25, 2002.

You then filed a grievance alleging that Palm Tran had discriminated against you and wrongfully terminated your employment. Palm Tran denied the grievance. Thereafter, ATU demanded that the grievance be submitted to arbitration. In an effort to settle the pending arbitration and resolve any and all claims arising out of your termination, Palm Tran has decided to reinstate your employment and return you to work, subject to your acceptance of this Reinstatement, Release and Last Chance Agreement (Agreement) and compliance with its terms and conditions as set forth below:

**Reinstatement, Release and Last Chance Agreement**

In consideration of Palm Tran's determination to reinstate Constance Killings (hereinafter "Killings") without backpay or other employment benefit, except for the seniority credit as expressly set forth herein, and Killings's and the Amalgamated Transit Union Local 1577's (hereinafter "Union") decision to withdraw the grievance and the pending demand for arbitration in their entirety and with prejudice, Palm Tran, Killings and Union (also collectively referred to herein as the "parties") agree as follows:

1.   This Agreement shall take effect upon execution and remain in effect for a period of two (2) years.

2.   Killings must provide to Palm Tran, prior to her reinstatement and return to work, proof that she still holds a commercial drivers' license with passenger endorsement.

3.   Prior to her return, Killings must complete and pass a new hire drug test and physical examination to be given at the Palm Beach County Occupational Health Clinic, and satisfy all other requirements determined by Palm Tran to be applicable to employment as a Palm Tran bus operator.

4.   Following execution of this document and Killings's satisfaction of all conditions which must be met before her return to work, a date will be established by Palm Tran, after consultation with Killings and the Union, for Killings's return and upon her return to work Killings's employment status will be changed from terminated to reinstated.

*317*

5.   Killings's seniority will be reinstated to her original date of hire for the purposes of bidding for job assignments, vacations, and to determine layoff, recalls and overtime.  Seniority credit will not be given for the purpose of determining Killings's entitlement to any other employment benefit or other term or condition of employment unless agreed to in writing by Palm Tran and the Union.  She will be assigned her selected run, if a run was selected in the last general bid, and she has satisfied all conditions which must be met prior to her return to work.

6.   Notwithstanding any provision of the Labor Management Agreement, or any past pattern, practice or policy of Palm Tran, the Union and Killings agrees that during the first year of this Agreement that she will be in a probationary at-will status, that she will not be absent from work more than five (5) times, that she will not be absent from work more than ten (10) full days, and that she will not incur or be charged with five (5) or more miss-outs.  T he Union and Killings further agrees that her absence from work more than five (5) times, her absence from work for more than ten (10) full days, and/or incurring or being charged with five (5) or more miss-outs in the first year of this Agreement shall constitute just cause for termination and that she will be immediately terminated.  If during the term of this Agreement she is absent for any type of approved leave of absence, workers compensation, disability or other paid or non-paid approved leave, the term of this Agreement will be extended by the same amount of time equal to the number of days that the employee was absent from work on an approved leave.

7.   Ms. Killings has requested and Palm Tran will grant her, an un-paid leave of absence to be taken on 9 - 12 July, with a scheduled return to work on Tuesday, 13 July.   This leave request is granted under conditions, established in paragraph # 6 above.

8.   The parties agree that neither the actions of Palm Tran, Inc. nor the terms and conditions of this Agreement shall be used or offered as evidence of a past pattern, practice, choice of action, or interpretation by Killings or the Union in any legal, equitable or administrative action, including but not limited to arbitrations.

9.   Killings and the Union agree that Palm Tran shall have the right, in its sole discretion, to determine whether Killings and/or the Union have complied with or satisfied the conditions of this Agreement, including satisfactory performance of her probationary period.  In the event Palm Tran shall determine that Killings and/or the Union have failed to comply with one or more conditions of this Agreement, Palm Tran shall have the right to terminate Killings' employment and/or impose such other discipline, which it determines to be appropriate.  Any decision by Palm Tran to terminate or discipline Killings for reasons related to this Agreement during the first year of this Agreement shall be deemed by the parties to constitute just cause for termination.  Any decision by Palm Tran to terminate or discipline Killings for a violation of any provision of the parties' Labor Management Agreement and/or any work rule, for conduct unbecoming a Palm Tran employee, or for failing to satisfactorily perform her job duties and responsibilities during the term of this Agreement shall constitute just cause for termination. No action(s) or decision(s) by Palm Tran related to the enforcement of this Agreement, or any of its terms or provisions, shall be arbitrable nor shall any related facts, events or occurrences considered by Palm Tran in reaching a decision to discharge or discipline Killings be arbitrable by Killings, the Union or any other entity which might have standing to challenge Palm Tran's action.   However, should Palm Tran propose to terminate Ms. Killings after she has been back to work for a period of more than six (6) months of work , as defined in paragraph six (6), than she will be afforded an opportunity for a pre-termination hearing; provided, however, that this provision shall not alter Ms. Killings's at-will status nor diminish any rights Palm Tran has under this Agreement.

9.   Killings and the Union acknowledge that the terms and conditions of this Agreement may differ from or conflict with the terms and conditions applicable to her employment under the Labor Management Agreement.  Killings and the Union expressly waive any rights each had, have or may have under the Labor

*3/7*

Management Agreement which differ from or conflict with the provisions of this Agreement and acknowledge that but for this Agreement, waiver and release that Killings would not be reinstated and returned to employment.

10.   For and in consideration of Palm Tran's agreement to reinstate Killings as described in this Agreement, and other good and valuable consideration, Killings and Union, their successors and assigns, to the extent permitted by law, knowingly and voluntarily waive, release, acquit, satisfy, and forever discharge Palm Tran and/or Palm Beach County, and their officials, employees, servants and agents, in both their individual and official capacities, from any and all known and unknown rights, claims and causes of action which either had, has, or may have arising out of Killings' employment, termination and/or reinstatement of employment with Palm Tran, from the original date of Killings' employment to the date of this Agreement, including, but not limited to, any claim(s) under:

- The Public Employees Relations Act;
- The Florida Civil Rights Act of 1992;
- Title VII of the Civil Rights Act of 1964;
- The Civil Rights Act of 1991;
- Sections 1981 through 1988 of Title 42 of the United States Code;
- The Immigration Reform and Control Act of 1986;
- The Americans with Disabilities Act of 1990;
- The Equal Pay Act of 1963;
- The Occupational Safety and Health Act;
- The Family and Medical Leave Act of 1993;
- Any other federal, state or local civil or human rights law or any other federal, state or local law, regulation, resolution or ordinance; and/or
- Any public policy, contract, or common law claims, including any tort claims (e.g., negligent or intentional infliction of emotional distress, defamation, assault, battery, false imprisonment, wrongful termination, etc.) whether based on common law or otherwise.

as they may be revised from time to time.

This waiver and release also bars any claim or demand for costs, fees, or other expenses including attorney's fees incurred in connection with any of the above-referenced claims.  The listing of claims waived in this paragraph is intended to be illustrative rather than exhaustive. **Thus, to the extent permitted by law, Killings acknowledges and agrees that this Agreement constitutes a full and final bar to any and all claims of any type that she, individually or collectively with Union, had, now has, or may have against Palm Tran and/or County, including, but not limited to, each and every one of Palm Tran's and/or County's officers, employees, servants and agents, in both their official and individual capacities, and their successors and assigns, arising out of or related to Killings' employment, termination and/or reinstatement of employment with Palm Tran up to and including the date of this Agreement.**

11.   It is understood and agreed by the parties that this Agreement is executed based upon the unique and particular circumstances of this matter and does not establish a precedent for the resolution of any other matter or for any other purpose whatsoever.  This Agreement is not admissible in any legal, equitable or administrative proceeding (including mediation and arbitration) except for the purpose of enforcing its terms.

*317*

12.   Killings and the Union acknowledge that prior to executing this Agreement that each had sufficient time to carefully read and fully understand its terms.  Killings further acknowledges that she has had sufficient time and opportunity to consult with an attorney or her choosing, and that she has consulted with her Union representatives who have discussed the impact and effect of this Agreement.  Killings and the Union represent and affirm that each has knowingly and voluntarily entered into this Agreement and fully accepts its terms and conditions.

**IN WITNESS WHEREOF**, the parties have executed this Last Chance Agreement as of the date set forth below.


By: _____ 6/1/04        By: _____ June 11, 2004
Dwight Mattingly, President    Date        Charles D. Cohen    Date
ATU Local 1577                Assistant Executive Director, Palm Tran


By: _____ 6/11/04       By: _B.J. Bauon_ 6-11-04
Constance Killings    Date        Witness    Date


Approved:

_Janis Brunell_ 6/16/04
Janis Brunell, Director    Date
Human Resources, Palm Beach County


G:\...\draney\AConstanceKillings.pt.06-08-04.wpd



# *Personnel Action Form*

---

**A.**

☐ Promotion     ☐ Demotion     ☐ New Hire     ☐ Termination     ☐ Retroactive

☐ Transfer     ☐ Rehire     ☐ Merit     ☒ Other: _re-instated - per last_ *Chance agreement*

Name: **Constance Killings**     Effective Date **6/23/04**

Social Security Number: _____     Note _____

---

**B. Status Change**

***From:***

Department _____ Title: _____ Salary: $ _____

Account #: 080-_____-_____-_____-00___ Job Class _____ Pay Range/Grade: _____

☐ FT     ☐ Exempt     ☐ Regular     ☐ Bargaining Unit
☐ PT     ☐ Non-exempt     ☐ Temp     ☐ Non Bargaining Unit

***To:***

Department **12110** Title: _____ Salary: $ **18.02**

Account #: 080-**540**-**5110**-_____-00___ Job Class **9710** Pay Range/Grade: **N/A**

☒ FT     ☐ Exempt     ☒ Regular     ☒ Bargaining Unit
☐ PT     ☒ Non-exempt     ☐ Temp     ☐ Non Bargaining Unit

---

**C. Leave of Absence**

☐ FMLA     ☐ Extended Sickness     ☐ Personal     ☐ Other: _____

Effective Date: _____ Return Date: _____

---

**D. Separations**

☐ Resignation     ☐ Involuntary Termination     ☐ Retirement     ☐ Layoff

☐ Other _____ ☐ Reason Code: _____

Recommend for rehire?     ☐ Yes     ☐ No

---

**E.**

*B. J. Bavan*        **6-21-04**
Division/Dept. Head Signature        Date

*Donna M. Gurey*        **6/22/04**
Human Resources Manager Signature        Date

☐ Inputted in HRMS     Date **6/21/04**
                   **6/24/04**

Employee File – White     Payroll - Canary     Risk Management - Pink     Pension - Blue

Revised 2/03

*317*

**Harry Lander**

| | |
|---|---|
| **From:** | Samantha Prescod |
| **Sent:** | Wednesday, November 25, 2009 1:54 PM |
| **To:** | Harry Lander |
| **Cc:** | B.J. Barrow |
| **Subject:** | C. Killings |

November 25, 2009 on around 9:09 we received a call from Customer Service, stating that It was raining and the operator refused to open the door and let the passengers on at the Town Center Mall.  The bus was due to leave at 9:10am. A man began a verbal confrontation with this operator in turn she requested a supervisor. PT-3 was dispatched from Delray Beach, Fl. Heading to that location.  9:13 lightning knocked down the link in the computer therefore the radio was down anywhere from 3-5 minutes. At 9:16 am Operator Killings called back on the radio stating " I thought you were being funny" The communicator asked her why she said that. Operator stated that I called and did not hear anything I thought that you were being funny.  The communicator explained that the link was down and  that there is a supervisor in route. The Operator than called via landline, I answered and she stated that she was getting off the bus I then informed her that since the supervisor was far away that  Boca Police Department would be there soon. I asked her to please let me know when they arrive. Upon the arrival of the supervisor she became irate with the supervisors decision to carry the passenger she called me to let me know that Robert Andolina is making her transport the passenger, I informed her that I could not override his decision. I then asked her if she wanted to believe relieved. Operator Killing stated that she will not mess up her "Holiday Pay"

Samantha Prescod

317

## OPS Investigation Report

*Incident Number:* 8863

*Day & Date Of* 11/25/2009 *Time of Incident* 9 :29 AM *Type of Comment* Phone *Nature of Call* Complaint

*Location of Incident* Town Center Mall   *Routes* 3 *Direction* North *Block*

*Operators* *Badge* *Bus Number* 0029 *Garage* South County

*Incident Description*
Caller states that the female driver has a nasty attitude, refuses to turn the AC off when all
passenger are making the request (they are wet because of the rain) and the driver refuses to let
them on the bus at the TCM until time to leave. In addition, after the bus leaves the TCM, the
driver then decides to stop at McDonalds to use the restroom, further delaying the bus. The caller
states that the driver is doing this purposely and that a Supervisor (Rob Andolina) was at the
scene following the bus.

*Date* 11/25/2009 *Action Dept* Operations *Returned* *Investigator*

*Follow-Up Action*
Emailed to Harry Lander for tape review and follow up.

*Taped Incident*

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

B17

Date: 5 , 4 , 11

Employee's Name: Constance Killings .

---

| Department | ☑ Operations | ☐ Maintenance |

Classification:    ☐ Maintenance Technician    ☐ Technician Trainee    ☑ Bus Operator
              ☐ Utility Worker    ☐ Paint & Body Specialists    ☐ Storekeeper

Date of
Offense/Incident: 4 , 28 , 11      Date Offense/Incident
                       Reported to Company: 4 , 28 , 11

Offense/ Incident
Reported by: Multiple Person    Witness: Various

Offense/Incident: Posting of inappropriate material in workplace.

Detailed Description of Offense/Incident: Violation of ATU Article 9.

---

Action Taken:

☑    Verbal Warning

☐    Written Reprimand

☐    Suspension: _____ to _____
              Begin date      End date

Corrective Action: Ms. Killings must refrain from inappropriate
Conduct on the job, cease and desist same.

Supervisor's Signature _____    Date ___/___/___

Manager's Signature _____    Date 5 /12 /11

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐    In agreement                   Comments: SEE ATTACHMENT 2 pages
☐    Under protest

Refused to sign

Employee's Signature _____    Date ___/___/___

---

**DISTRIBUTION**      White - Employee      Canary - Human Resources      Pink - Union

Forms/Discipline/Bargaining– 4th Miss Out.wpd                      Revised 06/22/05

B17

then be brought up on charges and their employment terminated. I feel the same thing should be appropriate for the individual who STOLE MY PERSONAL PROPERTY.

As far as the investigation goes it should begin with the individual who has been arrested for theft previously!!!

5/13/11

Due to the THEFT of My Personal property and the track record of Palm Tran Ignoring Issues that Concern me (which I feel is discriminatory) I wrote and posted the letter in the women's bathroom. Bus Operators are CONSTANTLY Being subjected to Theft of personal property with NO Investigation nor recourse other than the replacement of said property by the individual themselves. This practice needs to STOP. If someone stole something from the person who is "guiding" this witch hunt video would be pulled and viewed until the culprit is caught. They would

B17

**SUPERVISOR'S INCIDENT REPORT**

TO: To Whom it May Concern

FROM: Mrs Barbara Coffee

DATE: 5/2/11

SUBJECT: Operator Constance Killings

On April 28. 2011 about 4:30Am Miss Killings approched Me to ask if she Could use the Copy Machine I Said yes. I Notice that she was taking longer than usual I asked her if she knew how to operator the Machine she said "yes I'm finish" she left. Miss killings approched me a Second time asking if she Could borrow the tape, as I was giving her the tape I asked her if she was posting Something she did not respond.

I then notice her going into the restroom. I went to the restroom and notice that Miss killings was about to post a Letter after reading the first line of the letter I told Miss Killings she Could not post such a Letter and that she would be in trouble if she did she said "I know" I returned to my duties. it never Cross my mind until another Operator brought it to my attention that the letter was posted in the restroom. I took a copy give it to the Manager and ask if I Should remove it he Said "No" I Continue to do my Work.

I would appreciate it if
You Bitches would stay out
my shit!!! You STOLE my
Loch Yesterday (no harm done)
Cuz Even if you bitches took
a loch a day off my locker
you Bitches couldn't BREAK
me!!! Don't INVITE me to
your Bullshit Because I Don't
Play fair!!! keep this Bullshit
Up and fuch Round and I'll be
RECORDING EVERYTHING
that Goes on in HERE!!!

Constance P Killings
Don't start Nothing You can't
FINISH!!!

It was a combination you was using Broke Bitches!!! it is of No USE it was the number



**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _10, 18, 11_

Employee's Name: _Ms Constance Killings_

---

Department ☑ Operations ☐ Maintenance

Classification: ☐ Maintenance Technician ☐ Technician Trainee ☑ Bus Operator
☐ Utility Worker ☐ Paint & Body Specialists ☐ Storekeeper

Date of
Offense/Incident: _10, 18, 11_

Date Offense/Incident
Reported to Company: _10, 18, 11_

Offense/ Incident
Reported by: _Barbara Goffe_

Witness: _Bill Belmont_

Offense/Incident: Fourth (4th) Miss Out Point

Detailed Description of Offense/Incident: The employee has accumulated four (4) Miss Out within a rolling one (1) year. In accordance with Article 32 of the Labor Management Contract, the employee shall receive a letter of reprimand.

Action Taken:

☐      Verbal Warning

■      **Written Reprimand**

☐      Suspension: _____ to _____
                      Begin date              End date

Corrective Action: Improve attendance, ten (10) "Miss-Outs" a rolling one (1) year the employee will be afforded a pre-termination hearing prior to termination for excessive Miss Outs.

_[signature]_
Supervisor's Signature                    Date _10, 18, 11_

_[signature]_
Manager's Signature                       Date _10, 18, 11_

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐      In agreement
☐      Under protest                    Comments: _____

_Ms. Killings_     _refused to sign - 10/19/11_
Employee's Signature                          Date

---

**DISTRIBUTION**     White - Employee     Canary - Human Resources     Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd                    Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: *Apr / 10  / 2012*

Employee's Name: *Constance Killings*

*Reversal per E.Cox 4/3/12*

---

Department        ☒ Operations        ☐ Maintenance

Classification:  ☐ Maintenance Technician    ☐ Technician Trainee      ☒ Bus Operator
                 ☐ Utility Worker            ☐ Paint & Body Specialists  ☐ Storekeeper

Date of
Offense/Incident: *Apr / 10, / 2012*

Date Offense/Incident
Reported to Company: *Apr / 10 / 2012*

Offense/ Incident
Reported by: *William R Belmont*

Witness: _____

Offense/Incident: *Late Pull Out*

Detailed Description of Offense/Incident: *Operator Working Run # 3001 Blk. 304 Failed to leave bus yard on time. Due out at 0450am. Left at 0#57am 7 min. late*

Action Taken:

☒       Verbal Warning

☐       Written Reprimand

☐       Suspension: _____  to  _____
                    Begin date              End date

Corrective Action: *Operator has to leave busyard at the required time.*

*Will R Belmont*
Supervisor's Signature

*April 10 /2012*
Date

Manager's Signature

*4 / 10 / 292*
Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐       In agreement
☐       Under protest        Comments: _____

*Refused to sign 0440am 4-11-12 Will R Belmont*

_____        ___/___/___
Employee's Signature              Date

**DISTRIBUTION**       White - Employee       Canary - Human Resources       Pink - Union

Forms/Discipline/Bargaining - d° Miss Out.wpd

**Notification and ~~knowledgment~~ of Violation of Rules ~~& R~~egulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _6, 29, 2012_

Employee's Name: _Constance Killings_

---

Department  ☑ Operations  ☐ Maintenance

Classification: ☐ Maintenance Technician  ☐ Technician Trainee  ☑ Bus Operator
☐ Utility Worker  ☐ Paint & Body Specialists  ☐ Storekeeper

Date of Offense/Incident: _5 21, 2012_    Date Offense/Incident Reported to Company: _5 21 2012_

Offense/ Incident Reported by: _PASSENGER_    Witness: _Video Record_

Offense/Incident: _Passenger Pass Up & Wilful Disregard Of Property_

Detailed Description of Offense/Incident: (1) _PASS UP PASSENGER_
(2) _failure to secure passenger property. PAX was not allowed to board bus but his Bicycle remained on the bus. Bicycle was removed from bus by another passenger_

Action Taken: _(See Attached Letter) s/e -_

☐   Verbal Warning

☐   Written Reprimand

☑   Suspension: _7/11/12_ to _7/13/12 — 3 DAYS (24 HRS)_
     Begin date        End date

Corrective Action: _Operator Killings should follow rules as spelled out in Metro Tran Bus Operators Handbook (us_

Supervisor's Signature _____    Date _/ /_

Manager's Signature _____    Date _7, 10, 2012_

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐   In agreement
☐   Under protest    Comments: _____

_Operator Killings Refused to Sign._
Employee's Signature    Date _____

---

**DISTRIBUTION**    White - Employee    Canary - Human Resources    Pink - Union

Forms/Discipline/Bargaining – 4° Misc Out.wpd    Revised 05/04/06

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 6 / 21 / 16

Employee's Name: CONNIE KILLINGS

Department        ☑ Operations        ☐ Maintenance

Classification:   ☐ Maintenance Technician    ☐ Technician Trainee      ☑ Bus Operator
                  ☐ Utility Worker            ☐ Paint & Body Specialists  ☐ Storekeeper

Date of                        Date Offense/Incident
Offense/Incident: 5 / 20/ 16   Reported to Company: 5 / 20 / 16

Offense/ Incident              Witness: VIDEO OBSERVATION
Reported by: OPERATOR

Offense/Incident: PREVENTAIBLE ACCIDENT

Detailed Description of Offense/Incident: OPERATOR KILLINGS ON BUS 1009 RUN 3410 ON MAY 20, 2016 APPROXIMATELY 5:56PM YOUR VEHICLE MADE CONTACT WITH A VEHICLE STOPPED IN TRAFFIC.

Action Taken:

☐        Verbal Warning

☑        Written Reprimand

☐        Suspension: _____ to _____
                    Begin date          End date

Corrective Action: OPERATOR KILLINGS SHALL USE DUE CARE WHEN OPERATING A PALM TRAN VEHICLE AND BE MORE AWARE OF THE SAFETY ZONE AROUND THE VEHICLE FOR ANY HAZARDS THAT MAY CAUSE YOU TO BE INVOLVED IN A COLLISION OR AFFECT PASSENGER SAFETY.

_____          6 / 21 / 16
Supervisor's Signature             Date

_____          6 / 21 / 16
Manager's Signature                Date

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐    In agreement
☐    Under protest          Comments: _____

_____                          6 / 21 / 16
Employee's Signature                               Date

**DISTRIBUTION**      White - Employee      Canary - Human Resources      Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd                    Revised 06/27/05



*B17*

October 4, 2018

**Palm Tran**
**Administrative Offices**
3201 Electronics Way
West Palm Beach, FL 33407-4618
(561) 841-4200
FAX: (561) 841-4291

**Palm Tran Connection**
50 South Military Trail
Suite 101
West Palm Beach, FL 33415-3132
(561) 649-9838
FAX: (561) 514-8365
www.palmtran.org

■

**Palm Beach County**
**Board of County**
**Commissioners**

Melissa McKinlay, Mayor

Mack Bernard, Vice Mayor

Hal R. Valeche

Paulette Burdick

Dave Kerner

Steven L. Abrams

Mary Lou Berger

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity*
*Affirmative Action Employer"*

Official Electronic Letterhead

Constance Killings
1790 Woodbine Way
Riviera Beach, FL 33418

Dear Ms. Killings:

This letter is to notify you that effective today, **Thursday, October 4, 2018**, you are hereby being placed on Administrative Leave with pay pending an investigation regarding allegations of unprofessional conduct.

Be advised that while you are on Administrative Leave, you are expected to remain available to your management as needed. This includes telephone calls and email notices.

You will be immediately advised upon the conclusion and outcome of this administrative investigation.

Sincerely,

Steven Fields
Operations Manager

c: Clinton B. Forbes, Executive Director
Sean K. Smith, Director of Operations
Cathy Lewis, Senior Manager of Human Resources
Dwight Mattingly, President of Amalgamated Transit Union (Local 1577)
Employee's Personnel File
Payroll Section

Received:

Constance Killings

Date:

10/4/18

# EXHIBIT

# H

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 6 / 11 / 13

Employee's Name: CASSANDRA BRADLEY

---

| Department | ☑ Operations | ☐ Maintenance |
|---|---|---|

Classification: ☐ Maintenance Technician    ☐ Technician Trainee    ☑ Bus Operator
                ☐ Utility Worker            ☐ Paint & Body Specialists    ☐ Storekeeper

Date of Offense/Incident: 5 / 20 / 13

Date Offense/Incident Reported to Company: 5 / 21 / 13

Offense/ Incident Reported by: Customer Complaint

Witness: VIDEO OBSERVATION

Offense/Incident: USE OF CELL PHONE WHILE ON DUTY / EAT AND DRINKING IN SERVICE

Detailed Description of Offense/Incident: OPERATOR BRADLEY ON BUS 1180 BLOCK 106 THROUGH A CUSTOMER COMPLAINT WAS OBSERVED USING AN ELECTRONIC DEVICE WHILE OPERATING HER BUS. OPERATOR BRADLEY WAS ALSO OBSERVED EATING AND DRINKING WHILE OPERATING THE BUS. THESE ACTIONS ARE A DIRECT VIOLATION OF NOTICES # 2009-013

**Action Taken:**
                                              00 - 015
                                              00 - 008

☑    Verbal Warning

☐    Written Reprimand

☐    Suspension: _____ to _____
                   Begin date            End date

Corrective Action: OPERATOR BRADLEY WILL ABIDE BY ALL PALM TRAN POLICIES AND PROCEDURES BY REFRAINING FROM USING ANY AND ALL ELECTRONIC DEVICES WHILE OPERATING PALM TRAN VEHICLES. AS WELL AS EATING AND DRINKING WHILE IN PASSENGER SERVICE.

Supervisor's Signature                            Date: 6 / 11 / 13

Manager's Signature                                Date: 6 / 11 / 2013

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☑    In agreement
☐    Under protest      Comments: _____

Employee's Signature                                Date: 6 / 11 / 13

---

**DISTRIBUTION**      White - Employee      Canary - Human Resources      Pink - Union

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _10 / 6 / 2015_

Employee's Name: _CASSANDRA BRADLEY - Daniels._

---

| Department | ☑ Operations | ☐ Maintenance |

Classification: ☐ Maintenance Technician  ☐ Technician Trainee  ☑ Bus Operator
☐ Utility Worker  ☐ Paint & Body Specialists  ☐ Storekeeper

Date of Offense/Incident: _8 / 17 / 2015_

Date Offense/Incident Reported to Company: _8 / 17 / 2015_

Offense/Incident Reported by: _CSR #11003_   Witness: _VIDEO_

Offense/Incident: _SEAT BELT VIOLATION - FS 14-90.006 (14)_

Detailed Description of Offense/Incident: _OPERATOR NOT WEARING SEAT BELT AS REQUIRED, WHILE DRIVING BUS._

Action Taken:

☐   Verbal Warning

☐   Written Reprimand

☑   Suspension: _10/8/2015_ to _10/8/2015_   (1 DAY)
    Begin date            End date

Corrective Action: _Operator must adhere to the policies of PT, FDOT 14-90_

Supervisor's Signature _____   Date __/__/__

Manager's Signature _____   Date _10 /6 / 2015_

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐   In agreement
☑   Under protest   Comments: _____

Employee's Signature _____   Date __/__/__

_Operator does not agree with the level of discipline_

**DISTRIBUTION**    White - Employee    Canary - Human Resources    Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd                              Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 10 16 2015

Employee's Name: CASANDRA BRADLEY-DANIELS

---

Department: ☑ Operations   ☐ Maintenance

Classification: ☐ Maintenance Technician   ☐ Technician Trainee   ☑ Bus Operator
☐ Utility Worker   ☐ Paint & Body Specialists   ☐ Storekeeper

Date of Offense/Incident: 8 / 17 / 2015

Date Offense/Incident Reported to Company: 8 / 17 / 2015

Offense/ Incident Reported by: CSR #110083

Witness: VIDEO

Offense/Incident: ATTITUDE (ELECTRONIC DEVICE VIOLATION) PER BUS OPERATORS HANDBOOK 3.18

Detailed Description of Offense/Incident: Operator is in revenue service, sitting in the driver seat using an electronic device.

**Action Taken:**

☐   Verbal Warning

☐   Written Reprimand

☑   Suspension: 10/8/2015   to   10/9/2015   (1 DAY)
/Begin date       /End date

Corrective Action: _____

_____

Supervisor's Signature _____   Date ___/___/___

Manager's Signature _____   Date 10.6.2015

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐   In agreement
☐   Under protest

Comments: _____

Employee's Signature _____   Date ___/___/___

**DISTRIBUTION**   White - Employee   Canary - Human Resources   Pink - Union

Forms/Discipline/Bargaining – 4ᵗʰ Miss Out.wpd   Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _10 / 6 / 2015_

Employee's Name: _CASSANDRA BRADLEY - Daniels._

---

Department   ☑ Operations      ☐ Maintenance

Classification:   ☐ Maintenance Technician   ☐ Technician Trainee    ☑ Bus Operator
                 ☐ Utility Worker            ☐ Paint & Body Specialists   ☐ Storekeeper

Date of
Offense/Incident: _8 / 17 / 2015_          Date Offense/Incident
                                           Reported to Company: _8 / 17 / 2015_

Offense/ Incident      _CSR # 110083_      Witness: _Video_
Reported by:

Offense/Incident: _Unsafe Operation - Eating_

Detailed Description of Offense/Incident: _Operator observed eating_
_while driving (and using one hand_
_on the steering wheel to control vehicle._

Action Taken:

☐      Verbal Warning

☑      Written Reprimand

☐      Suspension: _____   to   _____
                   Begin date                End date

Corrective Action: _____

_____

_____


Supervisor's Signature                    Date

                                          _10 / 6 / 2015_
Manager's Signature                       Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐      In agreement
☐      Under protest          Comments: _____

_Operator does not agree with level 1 Discipline, and refuses to sign_
Employee's Signature                    Date                              _document_

**DISTRIBUTION**      White - Employee      Canary - Human Resources      Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd                    Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _9 / 20 / 16_

Employee's Name: _CASSANDRA BRADLEY_

---

Department   ☑ Operations          ☐ Maintenance

Classification:   ☐ Maintenance Technician   ☐ Technician Trainee   ☑ Bus Operator
                  ☐ Utility Worker           ☐ Paint & Body Specialists   ☐ Storekeeper

Date of
Offense/Incident: _8 / 15 / 16_

Date Offense/Incident
Reported to Company: _8 / 15 / 16_

Offense/ Incident
Reported by: _OPERATOR_

Witness: _VIDEO OBSERVATION_

Offense/Incident: _PREVENTABLE ACCIDENT_

Detailed Description of Offense/Incident: _OPERATOR BRADLEY ON BUS 0724 RUN 3423_
_APPROXIMATELY 23° PM YOUR VEHICLE MADE CONTACT WITH_
_ANOTHER VEHICLE AS YOU WERE ATTEMPTING TO MAKE A TURN_

Action Taken:

☐     Verbal Warning

☑     Written Reprimand

☐     Suspension: _____ to _____
                  Begin date              End date

Corrective Action: _OPERATOR BRADLEY SHALL USE DUE CARE WHEN OPERATING A PALM_
_TRAN VEHICLE AND BE MORE AWARE OF THE SAFETY ZONE AROUND THE VEHICLE_
_FOR ANY HAZARDS THAT MAY CAUSE YOU TO BE INVOLVED IN A COLLISION OR_
_AFFECT PASSENGER SAFETY_

_(signature)_                          _9 / 20 / 16_
Supervisor's Signature                  Date

_(signature)_                          _9 / 20 / 16_
Manager's Signature                     Date

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐     In agreement
☐     Under protest          Comments: _____

_(signature)_                          _9 / 21 / 16_
Employee's Signature                    Date

**DISTRIBUTION**     White - Employee     Canary - Human Resources     Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd                          Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 12 / 22 / 2017

Employee's Name: Cassandra Bradley

| Department | ☒ Operations | ☐ Maintenance |
|---|---|---|

| Classification: | ☐ Maintenance Technician | ☐ Technician Trainee | ☒ Bus Operator |
|---|---|---|---|
| | ☐ Utility Worker | ☐ Paint & Body Specialists | ☐ Storekeeper |

Date of
Offense/Incident: 12 / 13 / 2017

Date Offense/Incident
Reported to Company: 12 / 13 / 2017

Offense/ Incident
Reported by: Complaint# 129598

Witness: Video

Offense/Incident: Driver Misconduct

Detailed Description of Offense/Incident: Operator engaged in a discussion
with a passenger which bothered another passenger on
the bus.

Action Taken:

☒   Verbal Warning

☐   Written Reprimand

☐   Suspension: _____ to _____
            Begin date            End date

Corrective Action: Operator should adhere to being genuinely courteous,
friendly and helpful to all customers and in a manner
befitting the publics trust.

_____                    ___ / ___ / ___
Supervisor's Signature                          Date

_____                    12 / 22 / 2017
Manager's Signature                             Date

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☒     In agreement
☐     Under protest          Comments: _____

_____                    12 / 21 / 17
Employee's Signature                            Date

**DISTRIBUTION**      White - Employee      Canary - Human Resources      Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wnd                          Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 8/10/18

Employee's Name: Cassandra Braxton

---

Department   ☑ Operations   ☐ Maintenance

Classification:   ☐ Maintenance Technician   ☐ Technician Trainee   ☑ Bus Operator
                  ☐ Utility Worker   ☐ Paint & Body Specialists   ☐ Storekeeper

Date of Offense/Incident: 7/19/18     Date Offense/Incident Reported to Company: 7/19/18

Offense/ Incident Reported by: Lou Armas     Witness: Video Obs

Offense/Incident: Discourteous Driver

Detailed Description of Offense/Incident: Operator was given necessive w/t the customer. Operator scrummed at customer + missed statement of e right bus, wrong driver.

Action Taken:

☐   Verbal Warning

☑   Written Reprimand

☐   Suspension: _____ to _____
                Begin date        End date

Corrective Action: Operator will maintain customer courtesy and utilize all customer service training. Operator will receive Re-training of customer serv.

Supervisor's Signature _____   Date ___/___/___

Manager's Signature _____   Date 8/10/18

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐   In agreement
☐   Under protest     Comments: Had argument w/ now with same passenger

Employee's Signature _____   Date 8/10/18

**DISTRIBUTION**     White - Employee     Canary - Human Resources     Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wpd     Revised 06/22/05

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 7/30/18

Employee's Name: Cassandra Bradley

| | | |
|---|---|---|
| Department | ☒ Operations | ☐ Maintenance |

Classification:  ☐ Maintenance Technician   ☐ Technician Trainee   ☒ Bus Operator
                 ☐ Utility Worker          ☐ Paint & Body Specialists   ☐ Storekeeper

Date of
Offense/Incident: 7/30/18

Date Offense/Incident
Reported to Company: 7/30/18

Offense/ Incident
Reported by: Trapeze

Witness: _____

Offense/Incident: 7th Sick Occurrence

Detailed Description of Offense/Incident: Each time an employee is out sick will count as one sick occurrence. Employees who accumulate 15 sick occurrences or a maximum of 35 days sick in a rolling calendar year will be afforded a pre-termination hearing prior to termination for excessive absents Article 22 Section 9 A

Action Taken:

☐     Verbal Warning

☒     Written Reprimand

☐     Suspension: _____  to  _____
                    Begin date              End date

Corrective Action: 7th sick occurrence equals written warning

_____          Date ___/___/___
Supervisor's Signature

_____          Date 8/14/18
Manager's Signature

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights. I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐ / In agreement
☒ / Under protest      Comments: Have FMCA need to see about 35

_____          ___/___/___
Employee's Signature             Date

**DISTRIBUTION**     White - Employee     Canary - Human Resources     Pink - Union

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**
(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: 4 / 23 / 18

Employee's Name: Cassandra Bradley

---

Department  ☒ Operations          ☐ Maintenance

Classification:  ☐ Maintenance Technician    ☐ Technician Trainee    ☒ Bus Operator
                 ☐ Utility Worker             ☐ Paint & Body Specialists  ☐ Storekeeper

Date of Offense/Incident: 4 / 21 / 18

Date Offense/Incident Reported to Company: 4 / 21 / 18

Offense/ Incident Reported by: Trapeze

Witness: _____

Offense/Incident: 7th Sick occurrence

Detailed Description of Offense/Incident: Each time an employee is out sick will count as one sick occurrence. Employees who accumulate 10 sick occurrences or a maximum of 25 days sick in a rolling calendar year will be afforded a pre-termination hearing prior to termination for excessive absents. Article 22 Section 9

Action Taken:

☐    Verbal Warning

☒    Written Reprimand

☐    Suspension: _____ to _____
                Begin date        End date

Corrective Action: 7th sick occurrence equals written warning

Supervisor's Signature _____  Date ___/___/___

Manager's Signature [signature]  Date 1 / 27 / 2018

---

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.  I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐  In agreement
☐  Under protest          Comments: I believe that I am [illegible]

Employee's Signature [signature]   Date 4 / 28 / 18

---

**DISTRIBUTION**     White - Employee      Canary - Human Resources      Pink - Union

Forms/Discipline/Bargaining – 4th Miss Out.wnd                              Revised 06/22/05

# EXHIBIT

# I



*1316*

Palm Tran

**Administrative Offices**

3201 Electronics Way

West Palm Beach, FL 33407-4618

(561) 841-4200

FAX: (561) 841-4291

**Palm Tran Connection**

50 South Military Trail

Suite 101

West Palm Beach, FL 33415-3132

(561) 649-9838

FAX: (561) 514-8365

www.palmtran.org

**Palm Beach County
Board of County
Commissioners**

Mary Lou Berger, Mayor

Hal R. Valeche, Vice Mayor

Paulette Burdick

Shelley Vana

Steven L. Abrams

Melissa McKinlay

Priscilla A. Taylor

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity
Affirmative Action Employer"*

Official Electronic Letterhead

June 22, 2017

*Via Hand Delivery*

Wayne E. White
2550 SW Cooper Lane
Port Saint Lucie, FL 34984

Dear Mr. White:

Effective Thursday June 22, 2017, you are hereby being placed on *Administrative Leave with Pay* pending the outcome of an incident which occurred on Tuesday June 13, 2017.

Palm Tran's Human Resources will notify you of the date and time of the Pre-Termination Hearing.

Sincerely,

B.J. Barrow
Manager of Operations

BJB/smr

C: Clinton B. Forbes, Executive Director
   Donna Raney, Chief Assistant County Attorney, County Attorney
   Sean K. Smith, Director of Operations
   Michael Williams Interim, Director, Administrative Services
   Jafari Bowden, Interim Safety & Training Officer
   Dwight Mattingly, President, Amalgamated Transit Union (Local 1577)
   Employee's Personnel File
   Payroll Section



*B 16*

**Palm Tran**
**Administrative Offices**
3201 Electronics Way
West Palm Beach, FL 33407-4618
(561) 841-4200
FAX: (561) 841-4291

**Palm Tran Connection**
50 South Military Trail
Suite 101
West Palm Beach, FL 33415-3132
(561) 649-9838
FAX: (561) 514-8365
www.palmtran.org

**Palm Beach County**
**Board of County**
**Commissioners**

Paulette Burdick, Mayor

Melissa McKinlay, Vice Mayor

Hal R. Valeche

Dave Kerner

Steven L. Abrams

Mary Lou Berger

Mack Bernard

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity*
*Affirmative Action Employer"*

Official Electronic Letterhead

June 26, 2017

*First Class & Certified Mail*

Mr. Wayne White
2550 SW Cooper Ln.
Port Saint Lucie, FL 34984

Dear Mr. White:

As you know, the Labor Management Agreement between Palm Tran and ATU (LMA) requires that employees shall act in the best interests of Palm Tran and treat the public with respect and courtesy. Specifically, in this regard, **Article 9: Employee Cooperation, Section 1,** of the LMA provides as follows:

*"The employees shall work at all times to the best interest of the COMPANY; they shall perform efficient service in their work; they shall operate and handle the COMPANY'S vehicles carefully, safely, and with the utmost regard to the safety of passengers, the general public, and the equipment entrusted to their care; they shall operate and handle the COMPANY'S vehicles at all times in full compliance with the rules of the COMPANY; they shall give the riding public courteous and respectful treatment at all times to the end that the COMPANY'S service may improve and grow; and they shall at all times use their influence and best endeavors to preserve and protect the interest of the COMPANY and cooperate in the promotion and advancement of the COMPANY'S interest."*

As a result of an incident that occurred on June 13, 2017 you were placed on Administrative Leave with Pay on Thursday, June 22, 2017. The investigation of the incident has been completed.

A pre-termination hearing has been scheduled for **Wednesday, July 12, 2017 at 2:30 PM** located 3201 Electronics Way in the Dale Smith Conference Room, West Palm Beach, FL 33407. The purpose of this hearing is to determine the appropriate extent of personnel action to be taken up to and including termination of employment. At this hearing, you will be afforded the opportunity to present any and all evidence relating to the allegations stated above that you would like Palm Tran to consider. If you have any questions regarding your hearing, please contact me at (561) 841-4200.

Sincerely,

Clinton B. Forbes
Executive Director, Palm Tran

c:    Donna Raney, Chief Assistant County Attorney, County Attorney's
      Sean K. Smith, Director of Operations
      Michael Williams, Interim Administrative Services Director
      B.J. Barrow, Senior Manager of Operations
      Amalgamated Transit Union, Local 1577



*B 16*

July 26, 2017

Mr. Wayne White
2550 SW Cooper Lane
Port St. Lucie, FL 34984

**Palm Tran**
**Administrative Offices**
3201 Electronics Way
West Palm Beach, FL 33407-4618
(561) 841-4200
FAX: (561) 841-4291

**Palm Tran Connection**
50 South Military Trail
Suite 101
West Palm Beach, FL 33415-3132
(561) 649-9838
FAX: (561) 514-8365
www.palmtran.org

◼

**Palm Beach County**
**Board of County**
**Commissioners**

Paulette Burdick, Mayor

Melissa McKinlay, Vice Mayor

Hal R. Valeche

Dave Kerner

Steven L. Abrams

Mary Lou Berger

Mack Bernard

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity*
*Affirmative Action Employer"*

Official Electronic Letterhead

Dear Mr White,

On July 12, 2017, we met to discuss staff's recommendation to terminate your employment with Palm Tran. At this hearing you and your union representative President, Dwight Marttingly, were shown the video to afford you an opportunity to explain your actions.

Your behavior was unprofessional and in violation of **Article 9: Employee Cooperation** of the Labor Management Agreement, which requires Operators to be courteous and respectful at all times. When you were shown the video and you acknowledged how inappropriate your behavior was. You displayed great remorse and took full responsibilties for your actions.

I have been advised by the Executive Director, Clinton B. Forbes, that he has made the decision not to terminate your employment, based on your overall work history as a Bus Operator. Prior to this incident, you have never received disciplinary action relating to unprofessional conduct.

Based upon the evidence presented, and in consideration of your overall work history and acknowlegement of your inappropriate actions, Mr. Forbes has decided that in lieu of dismissal, you will serve a three (3) day suspension without pay.

The foregoing is based upon the unique particular circumstances of this case and does not establish a precedent for the resolution of any other matter. Should you have any questions regarding your hearing, please contact Lavern Blackwood at (561)-841-4337.

Sincerely,

Sean K. Smith

Sean k. Smith
Director of Operations

C:      Clinton B. Forbes, Executive Director
        Donna Raney, Chief Assistant County Attorney
        Cathy Lewis, Senior HR Manager
        BJ Barrow, Senior Manager of Operations
        Payroll Section
        ✓Employee's File
        Amalgamated Transit Union, Local 1577

**Notification and Acknowledgment of Violation of Rules and Regulations**
**Palm Tran**
**ATU**

*B16*

(The following employee is hereby notified of a violation of the Rules and Regulations)

Date: _7 / 26 / 17_

Employee's Name: _Wayne White_

| Department | ☒ Operations | ☐ Maintenance |

Classification: ☐ Maintenance Technician   ☐ Technician Trainee   ☒ Bus Operator
☐ Utility Worker   ☐ Paint & Body Specialists   ☐ Storekeeper

Date of Offense/Incident: _6 / 13 / 17_     Date Offense/Incident Reported to Company: _6 / 13 / 17_

Offense/ Incident Reported by: _Wayne White_     Witness: _Video_

Offense/Incident: _Article 9 Employee Cooperation  Unprofessional Conduct_

Detailed Description of Offense/Incident: _Inappropriate behavior while on duty_

Action Taken:

☐   Verbal Warning

☐   Written Reprimand

☒   Suspension: _7/24/17_ to _7/26/17_ _3 days per letter dated July 26, 2017_
Begin date          End date

Corrective Action: _Refrain from Unprofessional Conduct while on duty._

Supervisor's Signature _____     Date ___ / ___ / ___

_BA Barrow_
Manager's Signature     Date _7 / 26 / 17_

I acknowledge that I have been provided with a copy of this disciplinary action and that I'm aware of my grievance rights.   I understand that I have ten (10) days from the date the discipline was imposed, to present a written grievance to the Human Resources Manager.

☐   In agreement
☒   Under protest     Comments: _____

_Wayne E. White_
Employee's Signature     Date _7 / 26 / 17_

**DISTRIBUTION**   White - Employee     Canary - Human Resources     Pink - Union

Jose Rivera
4539 Amherst Circle #89
West Palm Beach, FL 33417
561-687-0981

November 26, 2018

Katherine Gonzalez
U.S. Equal Employment Opportunity Commission
Miami Tower, Suite 1500
100 SE 2nd Street
Miami, Florida 33131-2216

EEOC

Re: Jose Rivera v. Palm Tran/ 15m-2018-00051

Dear Ms. Gonzalez,

I have reviewed Palm Tran's position statement and prepared this letter in rebuttal. There is sufficient evidence to support a finding that Palm Tran has discriminated against me, a white person, on the basis of my race due to their deferential treatment of black employees in comparison.

Palm Tran fails to justify their position in their declaration headed *"It is impossible for the Charging Party to establish that he was discriminated against because of his race, national origin and gender."* First off, Palm Tran attempts to justify their discriminatory treatment against me by mischaracterizing the incident they used as a pretext to terminate me. Palm Tran generalizes my response to a confrontation instigated by passenger Myron King as "egregious" and "abhorrent" without specifically stating the behavior or actions they deem as such. In actuality, the incident involved a patron who has previously been charged with assault on a public transit employee (see exhibit ___A_) and who has numerous confrontations with other public transit workers (see exhibits _B_1__ thru _B 15___). The incident was in fact a minor argument instigated by Mr. King which was completely resolved without escalation of the argument. It is clear that Palm Tran's position statement attempts to magnify a minor incident and provide a pretext for a discriminatory termination of my employment.

In contrast, Palm Tran has given similarly situated black employees much more favorable treatment for incidents which could very well be characterized as "egregious" or "abhorrent." The following incidents are examples which are known to or should be known to Palm Tran.

(Example 1) Between May and July of 2017, Wayne White (black/Male), while employed by Palm Tran and on duty, was returning a bus back to the garage. He was cut off by a driver which ensued into a verbal altercation between Mr. White and the driver of another vehicle. Mr. White told the driver to "Suck my dick" numerous time. (A public records request has been submitted and fees have been paid for information pertaining to this employee and this incident which has not been fulfilled [see exhibit _Waiting__B16_]). Mr. White invited the other driver to follow him to the

Palm Tran bus garage for the purpose of engaging in a physical altercation. Palm Tran became aware of this incident and gave Mr. White a one week suspension. On the other hand, Mr. Jose Rivera (who is white) engaged in a verbal argument with a passenger and was terminated.

(Example 2) On April 7, 2017, Meredith Collins (black/Female), while employed by Palm Tran, was driving on her route and transporting passengers when she saw Glover Williams at a Dollar Store. Ms. Collins stopped her bus and physically battered Mr. Williams (see exhibits ___C_1__, ____C2__, and __C6___). As a result of this incident, she was later arrested. Ms. Williams was later apprehended which necessitated her abandoning the bus. She received a written reprimand. On the other hand, Mr. Jose Rivera (who is white) engaged in a verbal argument with a passenger and was terminated.

(Example 3) Between January and June of 2012, Constance Killings (black/Female), was terminated for being rude to passengers. She was reemployed after union intervention with all seniority. She has been the subject of additional investigations since that time which have not resulted in discipline. (A public records request has been submitted and fees have been paid for information pertaining to this employee and these incidents which have not been fulfilled [see exhibit _Waiting_B17_]). On the other hand, Mr. Jose Rivera (who is white) engaged in a verbal altercation with a passenger and was terminated.

Palm Tran further goes on to elaborate on my utilization of the union process to address my termination. Palm Tran's inclusion of this information is nothing more than a red herring used to distract the EEOC from Palm Tran's initial discriminatory treatment of me as a white employee in comparison to similarly situated black employees. In addition, the decision to terminate my employment is solely that of Palm Tran's and not that of the union.

Palm Tran fails to explain their position in their declaration headed *"It is impossible for the Charging Party to establish that he received disparate treatment from other employees of a different race, national origin or gender in similar situations."* Clearly, in the three examples of disparate treatment cited, the discrimination is more than apparent.

While Palm Tran demonstrates an ability to cite the law and an interpretation of the same, they fail to justify why I was treated so harshly for an argument and black employees were treated so leniently for engaging in physical altercations, challenging others to fights, and being rude to passengers. All cases demonstrate a violation of company policy. All cases involve an on duty employee. All cases involve individuals not in management positions. All cases involve interactions with the public. My case is different as being less "egregious" or "abhorrent" because it does not involve a physical confrontation, abandonment of the bus and arrest. In addition, my case involves me being terminated because I am white and the black employees remaining employed with Palm Tran.

Furthermore, Palm Tran cites that anti-discrimination policies have been adopted by the company. It is not my contention that Palm Tran does not have anti-discrimination policies, just that they do not follow them as clearly demonstrated in the above examples of discrimination based on race.

Palm Tran fails to justify their position in their declaration headed *"Conclusion."* Palm Tran has ignored the information given to them; relied on a citing of the law which does not support their position; and cited their policies which have not been followed in this case in order to support their erroneous conclusion. My actions of March 7, 2018 have been exaggerated, mischaracterized, magnified, and distorted in an attempt to provide a pretext for Palm Tran's discriminatory termination of my employment. A public records request has been submitted to Palm Tran in order to obtain documents which support my claims of racial discrimination. I am requesting that my complaint continue to process through EEOC and that Palm Tran be required to provide all documents which may confirm or rebut the information provided in this letter to both the charging party and EEOC.  I am also requesting that I be provided additional time to submit any additional documentation in support of my claim upon receipt from Palm Tran. Thank you for your attention.

Sincerely,


Jose Rivera

I would Appreciate it if you Bitches would Stay out my shit!!! You STOLE my Lock yesterday (no harm done) Cuz Even if you bitches took a lock a day off my locker you Bitches couldn't BREAK me!!! Don't INVITE ME to your Bullshit Because I Don't Play fair!!! keep this Bullshit Up and fuck Around and I'll be RECORDING EVERYTHING that Goes on in HERE!!!

Constance P Killings
Don't Start Nothing you can't Finish!!!

It was a combination lock unless you know the number it is of No Use Broke Bitches!!!

IN THE CIRCUIT COURT OF THE FIFTEENTH )
JUDICIAL CIRCUIT IN AND FOR PALM BEACH )
COUNTY, FLORIDA )
 )
CASE No. )
Division: )
 )
JOSE A RIVERA, )
     Plaintiff, )
 )
and )
 )
PALM TRAN, INC., )
     Defendant, )
                               )

## NOTICE OF APPEARANCE AND
## DESIGNATION OF E-MAIL ADDRESSES

    PLEASE TAKE NOTE that Christopher W. Cook, Esq. of the law firm THE LIONS' DEN,
ATTORNEYS AT LAW, PLLC, enters his appearance as counsel of record for PLAINTIFF, JOSE
RIVERA.

    Pursuant to Florida Rule of Judicial Administration 2.561(b)(1), the undersigned hereby
designates the following primary and secondary email addresses.

              Primary email:        chriscook@lionsdenjustice.com
              Secondary email:     jonmay@lionsdenjustice.com
              Secondary email:     admin@lionsdenjustice.com

All papers and pleadings filed in this action should be served on the undersigned at the email
addresses set forth above. All other correspondence should utilize the primary email address and/or
the address set forth below.

                                   /s/Christopher W. Cook
                                   Christopher W. Cook, Esq.
                                   The Lions' Den, Attorneys at Law
                                   515 N. Flagler Dr., Suite P-300
                                   West Palm Beach, FL 33401
                                   844-954-6652
                                   chriscook@lionsdenjustice.com
                                   jonmay@lionsdenjustice.com

                                                     Page 1 of 1

Filing # 92176740 E-Filed 07/08/2019 01:05:31 PM

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

| I. | CASE STYLE |

IN THE CIRCUIT COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>JOSE A RIVERA</u>
Plaintiff
vs.
<u>PALM TRAN INC</u>
Defendant

## II.     TYPE OF CASE

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability – commercial
   ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more
   ☐ Homestead residential foreclosure $0 – 50,000
   ☐ Homestead residential foreclosure $50,001 - $249,999
   ☐ Homestead residential foreclosure $250,000 or more
   ☐ Non-homestead residential foreclosure $0 - $50,000
   ☐ Non-homestead residential foreclosure $50,001 - $249,999

☐ Non-homestead residential foreclosure $250,00 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
   ☐ Malpractice – business
   ☐ Malpractice – medical
   ☐ Malpractice – other professional
☒ Other
   ☐ Antitrust/Trade Regulation
   ☐ Business Transaction
   ☐ Circuit Civil - Not Applicable
   ☐ Constitutional challenge-statute or ordinance
   ☐ Constitutional challenge-proposed amendment
   ☐ Corporate Trusts
   ☒ Discrimination-employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Non-monetary declaratory or injunctive relief;
    ☒ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

    <u>4</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ Yes
    ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Christopher William Cook</u>    FL Bar No.: <u>117367</u>
    Attorney or party                     (Bar number, if attorney)

    <u>Christopher William Cook</u>   <u>07/09/2019</u>
    (Type or print name)                       Date