**IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No.: 19-81111-CIV-ROSENBERG/REINHART

JOSE RIVERA,

    Plaintiff,

v.

PALM BEACH COUNTY

    Defendant.

_____/

**DEFENDANT'S, PALM BEACH COUNTY, STATEMENT OF DISPUTED FACTS
IN OPPOSITION TO PLAINTIFF'S STATEMENT OF MATERIAL
FACTS AND STATEMENT OF ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, PALM BEACH COUNTY, hereby files this Response to Plaintiff's Motion for Summary Judgment, and states in support thereof as follows:

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Undisputed.

10. Undisputed.

11. Disputed. Plaintiff mischaracterizes and misquotes Cathy Lewis' testimony. The citation provided by Plaintiff in his statement of undisputed facts regarding the written reprimand dated July 11th cannot be substantiated anywhere in the record; the pinpoint citation provided by Plaintiff does not correspond to this paragraph of the statement of undisputed facts.

12. Disputed. Plaintiff misstates Cathy Lewis' testimony. Plaintiff cites to a question he posed to Lewis, to which neither of the two undisputed facts asserted by Plaintiff in this paragraph are contained in the record at this pinpoint citation or anywhere else within Lewis' transcript.

13. Disputed. Plaintiff misstates Forbes' testimony. There is no record of what Plaintiff asserts in his undisputed statement of facts at this pinpoint citation. Rather to the contrary, Forbes states in clear terms I can't answer that. Forbes deposition June 22, 2020, p. 36/lines 16-18.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. Undisputed.

18. Undisputed.

19. Disputed. Plaintiff mischaracterizes Forbes' testimony. Contrary to Plaintiff's undisputed statement of facts, Forbes testifies that he was not sure about the disposition of the case or whether a crime was committed. Forbes deposition June 29, 2020, p. 45/lines 15-16.

20. Disputed. Plaintiff misstates Forbes' testimony. There is no record of what Plaintiff asserts in his undisputed statement of facts at this pinpoint citation. Conversely, Forbes testified that the one and only thing he recalls is that [White] was extremely contrite and apologetic and regretful about his behavior. Forbes deposition June 29, 2020, p. 20/lines 21-25.

21.     Disputed. Plaintiff mischaracterizes Forbes' testimony.  Contrary to Plaintiff's statement of facts, Plaintiff requested that Forbes read documents provided by Plaintiff at no point during Forbes' deposition does Plaintiff elicit testimony concerning the information read from the documents. Forbes deposition June 29, 2020, p. 33/lines 21-25.

22.     Disputed. Plaintiff misstates Forbes' testimony.  Contrary to Plaintiff's statement of facts, Plaintiff asked if it depends on the position as to whether Forbes has the final say. Forbes deposition June 29, 2020, p. 36/lines 12-19.

23.     Undisputed.

24.     Disputed. Plaintiff mischaracterizes Killing's testimony.  Contrary to Plaintiff's undisputed statement of facts, Killings states that her handwriting appeared on a form. Killings deposition, p. 9/lines 1-5. There is no reference at this pinpoint citation to Killings' signature as Plaintiff asserts in his undisputed statement of facts.

25.     Disputed. Plaintiff misstates Killings' testimony.  Contrary to Plaintiff's undisputed statement of facts, Killings repeatedly testifies that she did not engage in insubordination. Killings deposition p. 16/lines 24-25, 17/lines 1-2.

26.     Disputed. Plaintiff mischaracterizes Killings' testimony. In Plaintiff's undisputed statement of facts Plaintiff conveniently neglects to put the testimony in context. Here, Killings reads the title of the memo as pre-termination hearing for excessive absenteeism. Killings deposition p. 17/lines 21-23.

27.     Undisputed.

28.     Disputed. Plaintiff misstates Killings' testimony.  Killings' testimony is clear that she fled the bus to get away from a verbally abusive passenger who was onboard the bus. Killings deposition, p. 24/lines 14-18.

29. Undisputed.

30. Undisputed.

31. Disputed. Plaintiff misstates Killings' testimony.  Killings testified that she was bumped by two co-workers on separate occasions, not that she was involved in a physical interaction. Killings deposition, p. 43/lines 2-7, p. 48/lines 16-19.

32. Undisputed.

33. Disputed. Plaintiff misstates Cathy Lewis' testimony.  There is no reference at this pinpoint citation in Lewis' deposition transcript of what Plaintiff asserts in his undisputed statement of facts.

34. Undisputed.

35. Undisputed.

36. Undisputed.

37. Disputed. Plaintiff mischaracterizes Cathy Lewis' testimony. There is no record at this pinpoint citation in Lewis' deposition transcript of what Plaintiff asserts in his undisputed statement of facts. Lewis' testifies as follows: "Give me just a moment because as I was reviewing the file there is a document where she indicates that she's black." Lewis deposition, p. 45/lines 10-13. Plaintiff does not give Lewis a moment to provide the answer, instead Plaintiff continues with another line of questioning concerning Odette Powell. Lewis deposition, p. 45/lines 14.

38. Disputed. Plaintiff mischaracterizes Forbes' testimony. Contrary to Plaintiff's statement of facts, Plaintiff requested that Forbes read documents provided by Plaintiff at no point during Forbes' deposition does Plaintiff elicit testimony concerning the information contained in the documents; Forbes unequivocally states that he is not familiar with acts of driver Odette Powell. Forbes deposition June 29, 2020, p. 47/lines 15-18.

39. Undisputed.

40. Undisputed.

41. Undisputed.

42. Undisputed.

43. Disputed. Plaintiff misstates Forbes' testimony. Forbes is clear on the record that he does not know whether Arnaldo Guanche was terminated. Forbes deposition June 29, 2020, p. 49/lines 11-12.

44. Disputed. Plaintiff misstates Cathy Lewis' testimony. There is no record at this pinpoint citation in Lewis' deposition transcript of what Plaintiff asserts in his undisputed statement of facts.

45. Undisputed.

46. Undisputed.

47. Disputed. Plaintiff misstates that Contino was involved in a fight. There is no reference of a 'fight' in Baker's Palm Tran Supervisor's Incident Report relied upon by Plaintiff in his undisputed statement of facts.

48. Undisputed.

49. Undisputed.

50. Undisputed.

51. Undisputed.

                Respectfully Submitted,

                ___/s/ Jason Tracey_____
                Jason Tracey, Esquire
                Assistant County Attorney
                Attorney for Palm Beach County
                Florida Bar No. 13063

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the authorized CM/ECF filers.

                                       ___*/s/ Jason Tracey*_____
                                       Jason Tracey, Esquire
                                       Assistant County Attorney
                                       Attorney for Palm Beach County
                                       Florida Bar No. 13063
                                       Litigation Section
                                       300 North Dixie Highway, Third Floor
                                       West Palm Beach, Florida 33401
                                       Tel.: (561) 355-2529/ Fax: (561) 355-4234
                                       Primary Email: jtracey@pbcgov.org
                                       Secondary Email: aairey@pbcgov.org
                                                                  mjcullen@pbcgov.org