UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-81111-ROSENBERG/REINHART

JOSE RIVERA,

    Plaintiff,

v.

PALM BEACH COUNTY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon Defendant's Motion for Summary Judgment [DE 67] which was previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendation on any dispositive matters. On March 15, 2021, Judge Reinhart issued a Report and Recommendation recommending that Defendant's Motion be granted. DE 87. The parties have filed notices of non-objection. Nonetheless, the Court has conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reinhart's Report and Recommendation and concludes that the Motion should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 87] is hereby **ADOPTED**;

2. Defendant's Motion for Summary Judgment [DE 67] is **GRANTED**;

3. The Clerk of the Court is **DIRECTED TO CLOSE THIS CASE**;

4. All other pending motions are **DENIED AS MOOT**; and

5. Defendant shall submit a proposed final judgment, after conferral with Plaintiff, and submit the proposed final judgment in Microsoft Word format to rosenberg@flsd.uscourts.gov within three business days of the date of rendition of this Order.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of March, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record